# EXHIBIT 3

**Westpac Banking Corp Loss Chart**
**Class Period: November 11, 2015 through November 19, 2019**

| Name | Date Purchased | Shares | Price per Share | Total | Date Sold | Shares | Price per Share | Total | Shares Retained | Value Retained | Total Loss/Gain | Lookback Price $16.81 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Davies, Edward | 4/12/2016 | 100 | ($22.43) | ($2,243.23) | 4/21/2016 | 100 | $24.00 | $2,400.30 | | | | |
| | 5/18/2016 | 100 | ($21.91) | ($2,191.00) | 3/1/2017 | 6,000 | $26.11 | $156,672.00 | | | | |
| | 5/23/2016 | 200 | ($21.55) | ($4,309.20) | 7/13/2017 | 500 | $24.29 | $12,145.50 | | | | |
| | 10/4/2016 | 500 | ($22.76) | ($11,379.50) | | | | | | | | |
| | 11/15/2016 | 500 | ($23.27) | ($11,635.00) | | | | | | | | |
| | 11/16/2016 | 500 | ($23.11) | ($11,556.00) | | | | | | | | |
| | 11/18/2016 | 500 | ($22.81) | ($11,406.00) | | | | | | | | |
| | 11/28/2016 | 500 | ($23.38) | ($11,689.00) | | | | | | | | |
| | 11/30/2016 | 1,000 | ($23.39) | ($23,394.00) | | | | | | | | |
| | 12/13/2016 | 500 | ($24.01) | ($12,005.58) | | | | | | | | |
| | 1/5/2017 | 500 | ($24.43) | ($12,212.85) | | | | | | | | |
| | 1/9/2017 | 1,000 | ($24.84) | ($24,835.80) | | | | | | | | |
| | 5/22/2017 | 80 | ($23.33) | ($1,866.13) | | | | | | | | |
| | 5/22/2017 | 670 | ($23.35) | ($15,645.44) | | | | | | | | |
| | 5/26/2017 | 250 | ($22.74) | ($5,684.05) | | | | | | | | |
| | 6/6/2017 | 500 | ($22.24) | ($11,120.00) | | | | | | | | |
| | 11/10/2017 | 500 | ($24.57) | ($12,284.50) | | | | | | | | |
| | 11/29/2017 | 150 | ($23.93) | ($3,589.50) | | | | | | | | |
| | 11/29/2017 | 100 | ($23.94) | ($2,393.80) | | | | | | | | |
| | 11/30/2017 | 250 | ($23.92) | ($5,978.90) | | | | | | | | |
| | 2/28/2018 | 1,000 | ($24.03) | ($24,028.00) | | | | | | | | |
| | 3/7/2018 | 600 | ($23.30) | ($13,978.62) | | | | | | | | |
| | 3/7/2018 | 400 | ($23.30) | ($9,318.00) | | | | | | | | |
| | 3/19/2018 | 1,000 | ($22.60) | ($22,595.00) | | | | | | | | |
| | 4/4/2018 | 1,000 | ($21.97) | ($21,972.50) | | | | | | | | |
| | 4/30/2018 | 1,000 | ($21.56) | ($21,563.00) | | | | | | | | |
| | 10/3/2018 | 1,000 | ($19.48) | ($19,484.00) | | | | | | | | |
| | 10/9/2018 | 1,000 | ($19.17) | ($19,166.80) | | | | | | | | |
| | 10/12/2018 | 1,000 | ($18.73) | ($18,727.10) | | | | | | | | |
| | | 16,400 | | ($368,252.50) | | 6,600 | | $171,217.80 | 9,800 | $164,777.86 | ($32,256.83) | |