# EXHIBIT 5



# RANSOM, GILBERTSON, MARTIN & RATLIFF, LLP

| | |
|---|---|
| 8401 NE Halsey Street | 17 SW Frazer |
| Suite 208 | Suite 381 |
| Portland, OR 97220 | Pendleton, OR 97801 |

Ransom, Gilbertson, Martin & Ratliff, LLP has been representing the legal interests of Oregonians for over 50 years in state and federal court.

- **Michael Gilbertson**

    **Education:**

    **B.A. Political Science – 1985**
    University of Central Florida
    Orlando, Florida

    **Juris Doctor – 1989 (Cum Laude)**
    Northwestern School of Law of Lewis & Clark College
    Portland, Oregon

1

**Legal Experience:**

1989-1990 – Staff Attorney: U.S. District Court Judge James M. Burns
1991-1995 – Associate Attorney: Law Offices of Hollis Ransom
1995-Present – Partner Attorney: Ransom, Gilbertson, Martin & Ratliff, L.L.P

- **Adian Martin**

  **Education:**

  **B.A. Philosophy and History – 1990**
  **M.A. Education – 1993**
  University of South Florida
  Tampa, Florida

  **Juris Doctor – 1997**
  Northwestern School of Law of Lewis and Clark College
  Portland, Oregon

  **Legal Experience:**

  1997-2000 – Associate Attorney: Ransom, Gilbertson, Martin & Ratliff L.L.P
  2000-Present – Partner Attorney: Ransom, Gilbertson, Martin & Ratliff L.L.P

- **Jeffrey Ratliff**

  **Education:**

  **B.A. Economics – 1985**
  Emory University
  Atlanta, Georgia

  **Juris Doctor – 1989**
  Northwestern School of Law of Lewis and Clark College
  Portland, Oregon

  **Legal Experience:**

  1989-2002 – Deputy District Attorney: Multnomah County, Oregon
  2002-2004 – Special Assistant United State Attorney: District of Oregon
  2004-Present – Partner Attorney: Ransom, Gilbertson, Martin & Ratliff L.L.P