RANSOM, GILBERTSON, MARTIN &
RATLIFF, LLP
Jeffrey S. Ratliff
8401 NE Halsey Street Suite 208
Portland, OR 97220
T: 503-226-3664

*[Proposed] Liaison Counsel for Plaintiff and Class*

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| JOHN BYRNE, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WESTPAC BANKING CORPORATION, BRIAN CHARLES HARTZER, and PETER FRANCIS KING,<br><br>Defendants. | CASE No.: 3:20-cv-00171-AC<br><br>**CLASS ACTION**<br><br>**DECLARATION OF JEFFREY S. RATLIFF IN SUPPORT OF MOTION OF MOVANT EDWARD DAVIES FOR APPOINTMENT AS LEAD PLAINTIFF AND APPROVAL OF COUNSEL** |

I, Jeffrey S. Ratliff, declare:

1. I am an attorney duly licensed to practice in the State of Oregon and before this Court. I am a partner at Ransom, Gilbertson, Martin & Ratliff, LLP, attorneys for Movant Edward Davies ("Movant"). I make this declaration in support of Movants' motion for appointment as Lead Plaintiff and approval of Movant's choice of counsel pursuant to Section 21D(a)(3)(B) of the Exchange Act. I have personal knowledge of the matters stated herein and if called as a witness, I could and would competently testify thereto.

2. Attached hereto are true and correct copies of the following documents:

    Exhibit 1:    PSLRA Early Notice;

    Exhibit 2:    Movant's PSLRA certifications;

    Exhibit 3:    Movant's loss chart;

    Exhibit 4:    The firm resume of The Rosen Law Firm, P.A.; and

    Exhibit 5:    The firm resume of Ransom, Gilbertson, Martin &

1

Ratliff, LLP.

I declare under penalty of perjury under the laws of the State of Oregon and the United States of America that the foregoing is true and correct.

Executed this 30th of March 2020.

RANSOM, GILBERTSON, MARTIN & RATLIFF, LLP
By: _MTS for Jeff Ratliff_ CSB#392470
Jeffrey S. Ratliff