UNITED STATES DISTRICT COURT
DISTRICT OF OREGON

| | |
|---|---|
| JOHN BYRNE, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WESTPAC BANKING CORPORATION, BRIAN CHARLES HARTZER, and PETER FRANCIS KING,<br><br>Defendants. | CASE No.: 3:20-cv-00171-AC<br><br>CLASS ACTION<br><br>[PROPOSED] ORDER SETTING PLEADING AND BRIEFING SCHEDULE |

WHEREAS, on January 30, 2020 Plaintiff John Byrne filed a class action complaint against Defendants Westpac Banking Corp., ("Westpac"), Brian C. Hartzer ("Hartzer") and Peter Francis King ("King"), (collectively "Defendants") alleging violations of the federal securities laws (Dkt. No. 1);

WHEREAS, on March 30, 2020, Plaintiff Edward Davies ("Lead Plaintiff") moved the Court to: (1) be appointed as Lead Plaintiff; and (2) approve Lead Plaintiff's selection of The Rosen Law Firm, P.A. as Lead Counsel and Ransom, Gilbertson, Martin & Ratliff LLP as Liaison Counsel (Dkt. No. 11);

WHEREAS, on April 16, 2020 the Court granted Lead Plaintiff's motion to be appointed as Lead Plaintiff and to approve Plaintiff's selection of the Rosen Law Firm, P.A., as Lead Counsel and Ransom, Gilbertson, Martin & Ratliff LLP as Liaison Counsel (Dkt. No. 21);

1

WHEREAS, on April 20, 2020 the Court entered an order requiring the parties to file a proposed scheduling order by July 6, 2020 (Dkt. No. 22);

WHEREAS, Lead Plaintiff intends to file an amended complaint.

IT IS HEREBY ORDERED THAT:

1.    Lead Plaintiff shall file his Consolidated Amended Complaint by July 30, 2020;

2.    Defendants shall move, answer, or otherwise respond to the amended complaint by October 13, 2020;

3.    If Defendants file a motion to dismiss, Lead Plaintiff shall file his opposition to the motion by December 27, 2020, and Defendants shall file their reply in further support of any motion to dismiss the amended complaint by February 10, 2021.

SO ORDERED:

Dated _____, 2020

HONORABLE JOHN V. ACOSTA
UNITED STATES MAGISTRATE JUDGE

2