# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

| | |
|---|---|
| JOHN BYRNE, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WESTPAC BANKING CORPORATION, BRIAN CHARLES HARTZER, and PETER FRANCIS KING,<br><br>Defendants. | **Case No: 3:20-cv-00171-AC** |

## NOTICE OF PLAINTIFFS' CONSENTED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT

Lead Plaintiff Edward Davies ("Davies" or "Lead Plaintiff") and Named Plaintiff John Byrne ("Byrne") (collectively, "Plaintiffs"), on behalf of themselves and all members of the proposed Settlement Class, hereby respectfully move this Court for an Order, pursuant to Rule 23(e) of the Federal Rules of Civil Procedure preliminarily certifying the Settlement Class; (b) preliminarily approving the Settlement; (c) holding that the manner and forms of notice set forth in the Preliminary Approval Order satisfy due process and provide the best notice practicable under the circumstances; (d) setting a date for the Settlement Hearing; (e) appointing Lead Plaintiff as Class Representative and Lead Counsel as Class Counsel; (f) appointing Strategic Claims Services as the Claims Administrator; (g) ordering that Notice substantially in the forms of the proposed notices be given to the proposed Settlement Class; and (h) granting such other and further relief as may be required.

Plaintiffs are contemporaneously filing herewith a memorandum of law and accompanying Declaration of Sara Fuks ("Fuks Declaration") and the exhibits attached thereto, incorporated by reference herein, in support of this motion.

The [Proposed] Order Granting Plaintiffs' Motion for Preliminary Approval of Class Action Settlement, negotiated by the Parties, is also filed herewith as Exhibit A to the Stipulation and Agreement of Settlement, submitted as Exhibit 1 to the Fuks Declaration.

Defendants support approval of the Settlement.

Dated: October 12, 2020       Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: /s/ *Sara Fuks*
Laurence M. Rosen, Esq. (LR 5733)
Phillip Kim, Esq. (PK 9384)
Sara Fuks (SF 6034) (*pro hac vice*)
275 Madison Ave., 34th Floor
New York, NY 10016
Tel: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: pkim@rosenlegal.com

*Lead Counsel for Lead Plaintiff*

**RANSOM, GILBERTSON, MARTIN & RATLIFF, LLP**
Jeffrey S. Ratliff
8401 NE Halsey Street Suite 208
Portland, OR 97220
T: 503-226-3664

*Liaison Counsel for Lead Plaintiff*

NOTICE OF PLAINTIFFS' CONSENTED MOTION FOR PRELIMINARY APPROVAL OF PROPOSED CLASS ACTION SETTLEMENT