# EXHIBIT 1

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

| | |
|---|---|
| JOHN BYRNE, Individually and on behalf of all others similarly situated,<br>     Plaintiff,<br><br>     v.<br><br>WESTPAC BANKING CORPORATION, BRIAN CHARLES HARTZER, and PETER FRANCIS KING,<br>     Defendants. | **Case No: 3:20-cv-00171-AC** |

**DECLARATION OF JOSEPHINE BRAVATA CONCERNING:**
**(A) MAILING OF THE POSTCARD NOTICE;**
**(B) PUBLICATION OF THE SUMMARY NOTICE; AND**
**(C) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS**

I, Josephine Bravata, declare as follows:

1.    I am the Quality Assurance Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm.[1]  I have over nineteen years of experience specializing in the administration of class action cases.  SCS was established in April 1999 and has administered over four hundred and twenty-five (425) class action settlements since its inception.  Pursuant to the Court's Amended Order Preliminarily Approving Settlement and Providing for Notice, dated November 5, 2020 (the "Preliminary Approval Order"), SCS was retained and approved as Claims Administrator in connection with the Settlement of the above-captioned action.  I submit this Declaration in order to provide the Court and the Parties information regarding the mailing of the Postcard Notice to potential Settlement Class Members, as well as updates concerning other aspects of the Settlement administration process.  I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated October 6, 2020 (the "Stipulation").

**MAILING OF POSTCARD NOTICE**

2.     To provide actual notice to those persons and entities who purchased Westpac Banking Corporation ("Westpac") American Depositary Receipts ("ADRs") during the period between November 11, 2015 and November 19, 2019, inclusive (the "Settlement Class Period"), pursuant to the Preliminary Approval Order, SCS printed and mailed the Postcard Notice to potential members of the Settlement Class.  A true and correct copy of the Postcard Notice is attached as **Exhibit A**.

3.     As in most class actions of this nature, the large majority of potential Settlement Class Members are expected to be beneficial purchasers whose securities are held in "street name" — *i.e.,* the securities are purchased by brokerage firms, banks, institutions and other third-party nominees in the name of the nominee, on behalf of the beneficial purchasers.  The names and addresses of these beneficial purchasers are known only to the nominees.  SCS maintains a proprietary master mailing list consisting of 706 banks and brokerage companies, as well as 602 mutual funds, insurance companies, pension funds, and money managers.  On October 29, 2020, SCS caused a letter to be mailed or e-mailed to the 1,308 nominees contained in the SCS master mailing list.  The letter notified them of the Settlement and requested that, within 7 calendar days from the date of the letter, they either send a Postcard Notice to their customers who may be beneficial purchasers/owners, or provide SCS with a list of the names, mailing addresses, and email addresses of such beneficial owners so that SCS could promptly mail the Postcard Notice or email the Summary Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses ("Summary Notice") directly to them.  A copy of the letter sent to these nominees is attached as **Exhibit B**.

4.      Following this mailing, SCS received additional names and addresses of potential Settlement Class Members from individuals or nominees requesting that a Postcard Notice be mailed by SCS, and SCS received requests from nominees for Postcard Notices so that the nominees could forward them to their customers. To date, SCS has mailed 84,341 Postcard Notices.[2]   Additionally, the Summary Notice was emailed to 8,331 clients of one of the nominees, and a direct link from the webpage for the Notice and Claim Form was sent by email from one of the nominees to 25,607 of their clients.   In total 118,279 potential Settlement Class Members were notified either by Postcard Notice or email of Summary Notice/link of Notice and Claim Form.

5.      SCS also sent the Depository Trust Company ("DTC") a notice packet (consisting of the Notice and Claim Form for the DTC to publish on its Legal Notice System ("LENS") on October 29, 2020. LENS provides DTC participants the ability to search and download legal notices as well as receive e-mail alerts based on particular notices or particular CUSIPs once a legal notice is posted.

6.      Out of the 84,341 Postcard Notices mailed, 2,300 were returned as undeliverable. Of these, the United States Postal Service provided forwarding addresses for 199, and SCS immediately mailed another Postcard Notice to the updated addresses.  The remaining 2,101 Postcard Notices returned as undeliverable were "skip-traced" to obtain updated addresses and 428 were re-mailed to updated addresses.

---

[2] Out of the 35,938 Postcard Notices mailed, we received 79 requests from the potential Settlement Class Members to mail them the Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses ("Notice") and Proof of Claim and Release ("Claim Form") (collectively, the "Notice and Claim Form").

## PUBLICATION OF THE SUMMARY NOTICE

7.     Pursuant to the Court's Preliminary Approval Order, the Summary Notice was published once in *Investor's Business Daily* and transmitted once over *PR Newswire* on November 23, 2020, as shown in the confirmations of publication attached hereto as **Exhibit C**.

## SETTLEMENT WEBPAGE

8.     On October 29, 2020, SCS established the dedicated webpage, www.strategicclaims.net/westpac/, which is accessible 24 hours a day, 7 days a week.  The website contains a current status of the case, case deadlines, an online claim filing link, and important documents such as the Notice and Claim Form, Postcard Notice, Preliminary Approval Order, and Stipulation.  A copy of the Notice and Claim Form is attached as **Exhibit D**.

## TOLL-FREE HELPLINE

9.     SCS maintains a toll-free telephone number (1-866-274-4004), which was set forth in the Postcard Notice, Notice, Claim Form,  and Summary Notice.  SCS made the toll-free helpline available on October 29, 2020 for Settlement Class Members to call and obtain information about the Settlement and/or request a Notice and Claim Form.  SCS has promptly responded to each telephone inquiry and will continue to address Settlement Class Member inquiries.

## REQUESTS FOR EXCLUSION RECEIVED TO DATE

10.     The Postcard Notice, Notice, Summary Notice, and Settlement Webpage all informed potential Settlement Class Members that written requests for exclusion are to be mailed or otherwise be delivered to *In re Westpac Class Action Litigation*-EXCLUSIONS, c/o Strategic Claims Services, P.O. Box 230, 600 N. Jackson St., Suite 205, Media, PA 19063, such that they were received no later than March 8, 2021.  SCS has been monitoring all mail delivered for this

case.  As of the date of this Declaration, SCS has received 9 exclusion requests. However, only one of the Settlement Class Members requesting exclusion held their shares through the alleged corrective disclosure. *Id.*  Accordingly, one of the purportedly excluded Settlement Class Member's shares were damaged and would have recognized losses of $80.00.  The remaining 8 Settlement Class Members requesting exclusion are not eligible to receive any recovery pursuant to the Settlement. **Exhibit E** contains copies of the exclusion requests.

11.    Although Settlement Class Members who wish to object to the Settlement, the proposed Plan of Allocation, or Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses, are to file objections with the Court and serve the papers on counsel on or before March 30, 2021, SCS has checked its mail as well and, as of the date of this Declaration, has received no objections of any kind.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Signed this 16th day of March 2021, in Media, Pennsylvania.


Josephine Bravata

EXHIBIT A

*In re Westpac Class Action Litigation*
c/o Strategic Claims Services
600 N. Jackson St., Suite 205
Media, PA 19063

## *COURT-ORDERED LEGAL NOTICE*

**Important Notice about a Securities Class Action Settlement.**

**You may be entitled to a CASH payment.  This Notice may affect your legal rights.  Please read it carefully.**

*Byrne v. Westpac Banking Corp., et al.*
Case No.: 3:20-cv-00171-AC

***THIS CARD PROVIDES ONLY LIMITED INFORMATION ABOUT THE SETTLEMENT.***
***PLEASE VISIT [WWW.STRATEGICCLAIMS.NET](http://WWW.STRATEGICCLAIMS.NET) FOR MORE INFORMATION.***

There has been a proposed Settlement of claims against Westpac Banking Corp. ("Westpac") and certain current and former executives of Westpac (collectively, the "Defendants"). The Settlement would resolve a lawsuit in which Plaintiffs allege that Defendants disseminated materially false and misleading information to the investing public about their policies concerning and compliance with anti-money laundering/counterterrorism financing laws, in violation of the federal securities laws. Defendants deny any wrongdoing. You received this Postcard Notice because you or someone in your family may have purchased Westpac Securities between November 11, 2015 and November 19, 2019, inclusive, and been damaged thereby.

Defendants have agreed to pay a Settlement Amount of $3,100,000 U.S. Dollars. The Settlement provides that the Settlement Fund, after deduction of any Court-approved attorneys' fees and expenses, notice and administration costs, and taxes, is to be divided among all Settlement Class Members who submit a valid Claim Form, in exchange for the settlement of this case and the Releases by Settlement Class Members of claims related to this case. **For all details of the Settlement, read the Stipulation and full Notice, available at www.strategicclaims.net.**

Your share of the Settlement proceeds will depend on the number of valid Claims submitted, and the number, size and timing of your transactions in Westpac Securities. If every eligible Settlement Class Member submits a valid Claim Form, the average recovery will be $0.11 per eligible security before expenses and other Court-ordered deductions. Your award will be determined *pro rata* based on the number of claims submitted. This is further explained in the detailed Notice found on the Settlement website.

**To qualify for payment, you must submit a Claim Form**. The Claim Form can be found on the website www.strategicclaims.net or will be mailed to you upon request to the Claims Administrator: *In re Westpac Class Action Litigation, c/o Strategic Claims Services, P.O. Box 230, 600 N. Jackson St., Suite 205, Media, PA 19063; toll-free (866) 274-4004; fax: (610) 565-7985; info@strategicclaims.net.* **Claim Forms must be postmarked by __January 18, 2021__**. If you do not want to be legally bound by the Settlement, you must exclude yourself by March 8, 2021, or you will not be able to sue the Defendants about the legal claims in this case. If you exclude yourself, you cannot get money from this Settlement. If you want to object to the Settlement, you may file an objection by March 30, 2021. The detailed Notice explains how to submit a Claim Form, exclude yourself or object.

The Court will hold a hearing in this case on April 20, 2021 at 9:30 a.m., to consider whether to approve the Settlement and a request by the lawyers representing the Settlement Class for up to $33^{1/3}$% of the Settlement Fund in attorneys' fees, plus actual expenses up to $40,000 U.S. Dollars for litigating the case and negotiating the Settlement, and reimbursement of Plaintiffs' costs and expenses related to their representation of the Settlement Class in an amount not to exceed $1,500 U.S. Dollars. You may attend the hearing and ask to be heard by the Court, but you do not have to. For more information, call toll-free (866) 274-4004 or visit the website [www.strategicclaims.net](http://www.strategicclaims.net) and read the detailed Notice.

.

### REQUEST FOR NAMES, EMAILS AND ADDRESSES OF CLASS MEMBERS
STRATEGIC CLAIMS SERVICES
600 N. JACKSON STREET, SUITE 205
MEDIA, PA   19063
PHONE: (610) 565-9202          EMAIL: info@strategicclaims.net   FAX: (610) 565-7985

October 29, 2020

This letter is being sent to all entities whose names have been made available to us, or which we believe may know of potential class members.

**We request that you assist us in identifying any individuals who fit the following description:**

ALL PERSONS OR ENTITIES WHO OR PURCHASED WESTPAC AMERICAN DEPOSITARY RECEIPTS ("WESTPAC SEURITIES" OR "WESTPAC ADRS") ON A U.S. EXCHANGE, INCLUDING THE NYSE, DURING THE PERIOD BETWEEN NOVEMBER 11, 2015 AND NOVEMBER 19, 2019 (THE "SETTLEMENT CLASS PERIOD") AND WERE DAMAGED THEREBY.

Excluded from the Settlement Class are: (i) the Defendants; (ii) members of the Immediate Family of each of the Individual Defendants; (iii) any entity in which any Defendant has a controlling interest; (iv) the officers and directors of Westpac during the Settlement Class Period; and (v) the legal representatives, heirs, successors or assigns of any such excluded party.

**The information below may assist you in finding the above requested information.**

| | |
|---|---|
| *In re Westpac Class Action Litigation*<br>Case No: 3:20-cv-00171-AC<br>Claim Filing Deadline: January 18, 2021<br>Exclusion Deadline: March 8, 2021<br>Objection Deadline: March 30, 2021<br>Settlement Hearing: April 20, 2021 | Cusip Number: 961214301 |

### PER COURT ORDER, PLEASE RESPOND WITHIN 7 CALENDAR DAYS FROM THE DATE OF THIS NOTICE

Please comply in one of the following ways:
1. If you have no beneficial purchasers/owners, please so advise us in writing; or
2. **Supply us with email addresses**, if email addresses are not available, provide us with names and last known addresses of your beneficial purchasers/owners and we will do the mailing of the Postcard Notice. Please provide us this information electronically. If you are not able to do this, labels will be accepted, but it is important that a hardcopy list also be submitted of your clients; or
3. Advise us of how many beneficial purchasers/owners you have, and we will supply you with ample postcards to do the mailing. After the receipt of the postcards you have seven (7) calendar days to mail them; or
4. Request a copy of the Notice in electronic format and advise us that you will email the notice to your beneficial purchasers/owners.

You can bill us for any reasonable expenses actually incurred and **not to exceed**:
- **$0.05 per email if you email the notice** OR
- **$0.05 per name and address or email address** if you are providing us the records OR
- **$0.05 per name and address, including materials, plus postage at the current postcard rate if** you are requesting postcards and performing the mailing.

**All invoices must be received within 30 days of this letter.**

You are on record as having been notified of this legal matter. A copy of the Notice of (I) Pendency of Class Action and Proposed Settlement; (II) Settlement Hearing; and (III) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses and Proof of Claim Form and Release form and important documents are available on our website at www.strategicclaims.net. You can also request a copy via email at info@strategicclaims.net.

Thank you for your prompt response.

Sincerely,
Claims Administrator
Westpac Class Action Litigation

EXHIBIT C

# INVESTOR'S BUSINESS DAILY®

## Affidavit of Publication

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

Name of Publication:      IBD Weekly
Address:                  12655 Beatrice Street
City, State, Zip:         Los Angeles, CA 90066
Phone #:                  310.448.6700
State of:                 California
County of:                Los Angeles

I, __Shaun Shen__ for the publisher of __IBD Weekly__ , published in the city of __Los Angeles__ , state of __California__ , county of __Los Angeles__ hereby certify that the attached notice(s) for __Westpac Banking Corporation__ was printed in said publication on the following date(s):

**NOVEMBER 23, 2020**

State of California

County of __Los Angeles__

Subscribed and sworn to (or affirmed) before me on this __23rd__ day of __November__ , __2020__ , by _____ , proved to me on the basis of satisfactory evidence to be the person(s) who appeared before me.

Signature _____ (Seal)

RICHARD CHARLES BRAND II
Notary Public - California
Los Angeles County
Commission # 2276190
My Comm. Expires Feb 25, 2023

# INVESTOR'S BUSINESS DAILY

















## IBD 50

**SMARTSELECT® COMPOSITE RATING**

### COMPANIES 1-15

| Rank | Company | Price | EPS Rtg | Rel Str Rtg | Annual %Chg | Last Qtr EPS Est %Chg | Last Qtr EPS %Chg | NxtQtr EPS %Chg | Last Qtr Sales %Chg | ROE | Pretax mrgn | Mgt Own % |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | **Etsy** — Online marketplace for artisans has big overseas growth plans. | 140.1 | 99 | 99 | 96 | +180 | +483 | +128 | +128 | 24 | 9 | 4 |
| 2 | **Crocs** — Blockbuster partnership with Justin Bieber boosts Q3 results. | 61.27 | 99 | 99 | 95 | +57 | +65 | +292 | +16 | 84 | 10 | 2 |
| 3 | **Repligen** — Develops consumables for life science and biotech firms. | 193.5 | 99 | 98 | 94 | +34 | +54 | +55 | +35 | 6 | 24 | 2 |
| 4 | **Trade Desk** — Makes partnership to expand company's reach in Chinese ad market. | 827.0 | 99 | 96 | 98 | +27 | +69 | +23 | +32 | 35 | 29 | 2 |
| 5 | **Logitech Intl** — Major supplier of PC and consumer electronic device peripherals. | 83.72 | 99 | 99 | 92 | +81 | +274 | +29 | +75 | 27 | 13 | 1 |
| 6 | **PennyMac Financial** — Low interest rates, high housing demand driving record results. | 56.12 | 99 | 99 | 91 | +310 | +366 | +179 | +157 | 21 | 31 | 21 |
| 7 | **Teradyne** — Chip testing systems firm serves auto, computing, game markets. | 106.3 | 99 | 98 | 91 | +59 | +53 | +13 | +41 | 33 | 25 | 1 |
| 8 | **Entegris** — Purity products and processes help chipmakers boost output, quality. | 89.22 | 99 | 97 | 92 | +27 | +34 | +18 | +22 | 24 | 20 | 2 |
| 9 | **Nvidia** — Datacenter, AI chip giant sees hot demand for gaming notebook PCs. | 523.5 | 99 | 97 | 92 | +66 | +63 | +47 | +57 | 33 | 35 | 4 |
| 10 | **National Beverage** — Company makes Shasta, La Croix and other soft drink brands. | 93.59 | 95 | 95 | 94 | +23 | +47 | +27 | +11 | 33 | 16 | 75 |
| 11 | **Generac** — Bad weather, aging U.S. power grid are driving demand for generators. | 223.0 | 98 | 95 | 94 | +24 | +45 | +29 | +17 | 35 | 16 | 3 |
| 12 | **PayPal** — Ex–eBay unit is a giant in e-payments; owns Venmo, Honey apps. | 192.7 | 98 | 99 | 86 | +27 | +41 | +20 | +25 | 22 | 24 | 1 |
| 13 | **ServiceNow** — Develops cloud–based IT software for workflow automation. | 518.1 | 97 | 98 | 89 | +36 | +22 | +10 | +30 | 40 | 23 | 1 |
| 14 | **LAM Research** — Chip gear maker sees outperformance from its "disruptive innovation." | 433.6 | 99 | 96 | 89 | +38 | +78 | +42 | +47 | 48 | 26 | 1 |
| 15 | **West Pharmaceutical** — Company makes drug–delivery products for testing, blood collection. | 284.7 | 98 | 96 | 89 | +40 | +46 | +37 | +20 | 16 | 15 | 2 |

## How To Succeed With IBD 50

The IBD 50 is a weekly computer-generated watch list of market leading growth stocks. We use earnings, sales plus other basics & price action. Don't buy a stock solely on it being in the list. Scan charts for ones near buy points, in price bases or at support areas like a 10-week moving average. See Investors.com for further research. Be sure to read an archived story & analyze your stock with IBD's Stock Checkup.

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

JOHN BYRNE, Individually and on behalf of all others similarly situated, Plaintiff,
v.
WESTPAC BANKING CORPORATION, BRIAN CHARLES HARTZER, and PETER FRANCIS KING, Defendants.

Case No: 3:20-cv-00171-AC

**SUMMARY NOTICE OF (I) PENDENCY OF CLASS ACTION AND PROPOSED SETTLEMENT; (II) SETTLEMENT HEARING; AND (III) MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

**TO: All persons and entities who purchased shares of Westpac Banking Corp. ("Westpac") traded on a U.S. exchange, including the NYSE ("Westpac Securities") during the period between November 11, 2015 and November 19, 2019, inclusive (the "Settlement Class"), and were damaged thereby.**

**PLEASE READ THIS NOTICE CAREFULLY; YOUR RIGHTS WILL BE AFFECTED BY A CLASS ACTION LAWSUIT PENDING IN THIS COURT.**

YOU ARE HEREBY NOTIFIED, pursuant to Rule 23 of the Federal Rules of Civil Procedure and an Order of the United States District Court for the District of Oregon, that the above-captioned litigation (the "Action") has been certified as a class action on behalf of the Settlement Class, except for certain persons and entities who are excluded from the Settlement Class by definition as set forth in the full Notice of (i) Pendency of Class Action and Proposed Settlement; (ii) Settlement Hearing; and (iii) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (the "Notice").

YOU ARE ALSO NOTIFIED that Plaintiffs in the Action have reached a proposed settlement of the Action for $3,100,000 U.S. Dollars in cash (the "Settlement"), that, if approved, will resolve all claims in the Action.

A hearing will be held on April 20, 2021 at 9:30 a.m., before the Honorable John V. Acosta at the United States District Court for the District of Oregon, Mark O. Hatfield United States Courthouse, Courtroom 1127, 1000 S.W. Third Avenue, Portland, Oregon, 97204, to determine (i) whether the proposed Settlement should be approved as fair, reasonable, and adequate; (ii) whether the Action should be dismissed with prejudice against Defendants, and the Releases specified and described in the Stipulation and Agreement of Settlement, dated October 6, 2020 (and in the Notice) should be granted; (iii) whether the proposed Plan of Allocation should be approved as fair and reasonable; and (iv) whether Lead Counsel's application for an award of attorneys' fees and reimbursement of expenses should be approved.

**If you are a member of the Settlement Class, your rights will be affected by the pending Action and the Settlement, and you may be entitled to share in the Settlement Fund.** The Notice and Proof of Claim and Release form ("Claim Form") can be downloaded from the website maintained by the Claims Administrator, www.strategicclaims.net. You may also obtain copies of the Notice and Claim Form by contacting the Claims Administrator at *In re Westpac Class Action Litigation*, c/o Strategic Claims Services, P.O. Box 230, 600 N. Jackson St., Suite 205, Media, PA 19063; Toll-Free: (866) 274-4004; Fax: (610) 565-7985; info@strategicclaims.net.

If you are a member of the Settlement Class, in order to be eligible to receive a payment under the proposed Settlement, you must submit a Claim Form to the Claims Administrator postmarked no later than January 18, 2021. If you are a Settlement Class Member and do not submit a proper Claim Form, you will not be eligible to share in the distribution of the net proceeds of the Settlement, but you will nevertheless be bound by any judgments or orders entered by the Court in the Action.

If you are a member of the Settlement Class and wish to exclude yourself from the Settlement Class, you must submit a request for exclusion to the Claims Administrator such that it is received no later than March 8, 2021, in accordance with the instructions set forth in the Notice. If you properly exclude yourself from the Settlement Class, you will not be bound by any judgments or orders entered by the Court in the Action and you will not be eligible to share in the proceeds of the Settlement.

Any objections to the proposed Settlement, the proposed Plan of Allocation, or Lead Counsel's motion for attorneys' fees and reimbursement of expenses, must be filed with the Court and delivered to Lead Counsel and Defendants' Counsel such that they are received no later than March 30, 2021, in accordance with the instructions set forth in the Notice.

**Please do not contact the Court, the Clerk's office, Westpac, or its counsel regarding this notice. All questions about this notice, the proposed Settlement, or your eligibility to participate in the Settlement should be directed to Lead Counsel or the Claims Administrator.**

Inquiries, other than requests for the Notice and Claim Form, should be made to Lead Counsel:

ROSEN LAW FIRM, P.A.
Sara Fuks, Esq.
275 Madison Avenue, 40th Floor
New York, New York 10016
Tel: (212) 686-1060
info@rosenlegal.com

Requests for the Notice and Claim Form should be made to:

*In re Westpac Class Action Litigation*
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Suite 205
Media, PA 19063
Toll-Free: (866) 274-4004
info@strategicclaims.net

By Order of the Court




**ATTENTION INVESTORS!**

SPECIAL TRIAL OFFER
**BLACK FRIDAY SALE**
ONLY $0.99!

### Special Black Friday Trial Offer

Try VectorVest Risk-Free for 30 Days, Only $0.99!
Yes, that's 99 cents!

**You will receive:**

- All the tools and information to make faster, smarter, better trading decisions
- A market timing system that has never failed to signal a major market turn
- Daily Market Guidance Video with hand-selected Hot Stock Picks
- Professional-grade, unbiased stock analysis with Buy, Sell and Hold ratings
- Group coaching by a VectorVest expert to get you started fast
- Premium mobile app to manage your portfolio on the go

Get started now! www.VectorVest.com/IBD

**VectorVest®**
1-888-658-7638

**A WEEKLY PODCAST**

# INVESTING
## with IBD®

Listen and subscribe wherever you get your podcasts!

For more info, go to: **investors.com/ibdpodcast**

# Josephine Bravata

**From:**              phhubs@prnewswire.com
**Sent:**              Monday, November 23, 2020 9:00 AM
**To:**                jbravata@strategicclaims.net
**Subject:**           PR Newswire: Press Release Distribution Confirmation for The Rosen Law Firm, P.A.. ID#2963337-1-1

**Flag Status:**       Flagged

Hello

Your press release was successfully distributed at: 23-Nov-2020 09:00:00 AM ET

Release headline: The Rosen Law Firm, P.A. Announces Proposed Class Action Settlement on Behalf of Purchasers of Westpac Banking Corporation Securities --WBK
Word Count: 871
Product Selections:
US1
Visibility Reports Email
Complimentary Press Release Optimization
PR Newswire ID: 2963337-1-1

View your release:* http://www.prnewswire.com/news-releases/the-rosen-law-firm-pa-announces-proposed-class-action-settlement-on-behalf-of-purchasers-of-westpac-banking-corporation-securities----wbk-301163479.html?tc=eml_cleartime

Thank you for choosing PR Newswire!

Regards,

Your 24/7 Content Services Team
888-776-0942
PRNCS@prnewswire.com

Achieve your communications goals every time you distribute content, with these tips for crafting your next perfect press release:
https://www.cision.com/us/resources/tip-sheets/easy-pr-sharing-guide/?sf=false

US Members, find audience, engagement and other key metrics for your release by accessing your complimentary Visibility Reports in the Online Member Center:
https://portal.prnewswire.com/Login.aspx

* If the page link does not load immediately, please refresh and try again after a few minutes.

2

EXHIBIT D

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

| | |
|---|---|
| JOHN BYRNE, Individually and on behalf of all others similarly situated,<br>　　　Plaintiff,<br><br>　　　v.<br><br>WESTPAC BANKING CORPORATION, BRIAN CHARLES HARTZER, and PETER FRANCIS KING,<br>　　　Defendants. | **Case No: 3:20-cv-00171-AC** |

**NOTICE OF (I) PENDENCY OF CLASS ACTION AND PROPOSED SETTLEMENT; (II) SETTLEMENT HEARING; AND (III) MOTION FOR AN AWARD OF ATTORNEYS' FEES AND REIMBURSEMENT OF LITIGATION EXPENSES**

*A Federal Court authorized this Notice.  This is not a solicitation from a lawyer.*

NOTICE OF PENDENCY OF CLASS ACTION:  Please be advised that your rights may be affected by the above-captioned securities class action (the "Action") pending in the United States District Court for the District of Oregon (the "Court"), if, during the period between November 11, 2015 and November 19, 2019 (the "Settlement Class Period"), you purchased Westpac American Depositary Receipts ("Westpac Securities" or "Westpac ADRs") on a U.S. exchange, including the NYSE, and were damaged thereby.[1]

NOTICE OF SETTLEMENT:  Please also be advised that the Court-appointed Lead Plaintiff, Edward Davies, and named Plaintiff John Byrne ("Plaintiffs"), on behalf of themselves and the Settlement Class (as defined in ¶ 19 below), have reached a proposed settlement of the Action for $3,100,000 U.S. Dollars in cash that, if approved, will resolve all claims in the Action (the "Settlement").

**PLEASE READ THIS NOTICE CAREFULLY.  This Notice explains important rights you may have, including the possible receipt of cash from the Settlement.  If you are a member of the Settlement Class, your legal rights will be affected whether or not you act.**

**If you have any questions about this Notice, the proposed Settlement, or your eligibility to participate in the Settlement, please DO NOT contact Westpac, any other Defendants in the Action, or their counsel. All questions should be directed to Lead Counsel or the Claims Administrator (*see* ¶ 76 below).**

1.　**Description of the Action and the Settlement Class:**  This Notice relates to a proposed Settlement of claims in a pending securities class action brought by investors alleging, among other things, that defendants Westpac Banking Corporation ("Westpac"), Brian Charles Hartzer ("Hartzer") and Peter Francis King ("King") (collectively, the "Defendants")[2], violated the federal securities laws by making certain false and misleading statements.  Defendants deny those claims.  A more detailed description of the Action is set forth in paragraphs 11-18 below.  The proposed Settlement, if approved by the Court, will settle claims of the Settlement Class, as defined in paragraph 19 below.

---

[1]  All capitalized terms used in this Notice that are not otherwise defined herein shall have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated October 6, 2020 (the "Stipulation"), which is available at www.strategicclaims.net.

[2]  Defendants Hartzer and King are collectively referred to herein as the "Individual Defendants."

2.    **Statement of the Settlement Class's Recovery:**  Subject to Court approval,  Plaintiffs, on behalf of themselves and the Settlement Class, have agreed to settle the Action in exchange for a settlement payment of $3,100,000 U.S. Dollars in cash (the "Settlement Amount") to be deposited into an escrow account.  The Net Settlement Fund (*i.e.*, the Settlement Amount plus any and all interest earned thereon (the "Settlement Fund") less (a) any Taxes, (b) any Notice and Administration Costs, (c) any Litigation Expenses awarded by the Court, and (d) any attorneys' fees awarded by the Court) will be distributed in accordance with a plan of allocation that is approved by the Court, which will determine how the Net Settlement Fund shall be allocated among members of the Settlement Class.  The proposed plan of allocation (the "Plan of Allocation") is set forth on pages 10-14 below.

3.    **Estimate of Average Amount of Recovery Per Share:**  Based on Plaintiffs' damages expert's estimates of the number of Westpac Securities purchased during the Settlement Class Period that may have been affected by the conduct at issue in the Action and assuming that all Settlement Class Members elect to participate in the Settlement, Plaintiffs' estimated average recovery (before the deduction of any Court-approved fees, expenses and costs as described herein) per eligible security is $.11.  Settlement Class Members should note, however, that the foregoing average recovery per share is only an estimate.  Some Settlement Class Members may recover more or less than this estimated amount depending on, among other factors, the number of Westpac Securities they purchased, when and at what prices they purchased or sold their Westpac Securities, and the total number of valid Claim Forms submitted.  Distributions to Settlement Class Members will be made based on the Plan of Allocation set forth herein (*see* pages 10-14 below) or such other plan of allocation as may be ordered by the Court.

4.    **Average Amount of Damages Per Share:**  The Parties do not agree on the average amount of damages per share that would be recoverable if Plaintiffs were to prevail in the Action.  Among other things, Defendants do not agree with the assertion that they violated the federal securities laws or that any damages were suffered by any members of the Settlement Class as a result of their conduct.

5.    **Attorneys' Fees and Expenses Sought:**  Plaintiffs' Counsel, which have been prosecuting the Action on a wholly contingent basis since its inception in 2020, have not received any payment of attorneys' fees for their representation of the Settlement Class and have advanced the funds to pay expenses necessarily incurred to prosecute this Action.  Court-appointed Lead Counsel, the Rosen Law Firm, P.A., will apply to the Court for an award of attorneys' fees for all Plaintiffs' Counsel in an amount up to one-third ($33^{1/3}$%) of the Settlement Fund.  In addition, Lead Counsel will apply for reimbursement of Litigation Expenses paid or incurred in connection with the institution, prosecution and resolution of the claims against the Defendants, in an amount not to exceed $40,000, which may include an application for reimbursement of the reasonable costs and expenses incurred by Plaintiffs directly related to their representation of the Settlement Class.  Any fees and expenses awarded by the Court will be paid from the Settlement Fund.  Settlement Class Members are not personally liable for any such fees or expenses.  Plaintiffs' estimates of the average cost per affected share of Westpac Securities, if the Court approves Lead Counsel's fee and expense application, is $.04 per eligible security.

6.    **Identification of Attorney Representatives:**  Plaintiffs and the Settlement Class are represented by Sara Fuks, Esq. of Rosen Law Firm, P.A., 275 Madison Avenue, 40th Floor, New York, New York 10016, (212) 686-1060, info@rosenlegal.com.

7.    **Reasons for the Settlement:** Plaintiffs' principal reason for entering into the Settlement is the substantial immediate cash benefit for the Settlement Class without the risk or the delays inherent in further litigation.  Moreover, the substantial cash benefit provided under the Settlement must be considered against the significant risk that a smaller recovery – or indeed no recovery at all – might be achieved after contested motions, a trial of the Action and the likely appeals that would follow a trial.  This process could be expected to last several years.  Defendants, who deny all allegations of wrongdoing or liability whatsoever, are entering into the Settlement solely to eliminate the continuing cost and burden of, and business interruption associated with, further protracted litigation.

2

| YOUR LEGAL RIGHTS AND OPTIONS IN THE SETTLEMENT: | |
|---|---|
| **SUBMIT A CLAIM FORM POSTMARKED NO LATER THAN JANUARY 18, 2021.** | This is the only way to be eligible to receive a payment from the Settlement Fund.  If you are a Settlement Class Member and you remain in the Settlement Class, you will be bound by the Settlement as approved by the Court and you will give up any Released Plaintiffs' Claims (defined in ¶ 28 below) that you have against Defendants and the other Defendant Releasees (defined in ¶ 29 below), so it is in your interest to submit a Claim Form. |
| **EXCLUDE YOURSELF FROM THE SETTLEMENT CLASS BY SUBMITTING A WRITTEN REQUEST FOR EXCLUSION SO THAT IT IS *RECEIVED* NO LATER THAN MARCH 8, 2021.** | If you exclude yourself from the Settlement Class, you will not be eligible to receive any payment from the Settlement Fund. This is the only option that allows you ever to be part of any other lawsuit against any of the Defendants or the other Defendant Releasees concerning the Released Plaintiffs' Claims. |
| **OBJECT TO THE SETTLEMENT BY SUBMITTING A WRITTEN OBJECTION SO THAT IT IS *RECEIVED* NO LATER THAN MARCH 30, 2021.** | If you do not like the proposed Settlement, the proposed Plan of Allocation, or the request for attorneys' fees and reimbursement of Litigation Expenses, you may write to the Court and explain why you do not like them.  You cannot object to the Settlement, the Plan of Allocation or the fee and expense request unless you are a Settlement Class Member and do not exclude yourself from the Settlement Class. |
| **GO TO A HEARING ON APRIL 20, 2021 AT 9:30 A.M., AND FILE A NOTICE OF INTENTION TO APPEAR SO THAT IT IS *RECEIVED* NO LATER THAN APRIL 6, 2021.** | Filing a written Notice of intention to appear by April 6, 2021 allows you to speak in Court, at the discretion of the Court, about the fairness of the proposed Settlement, the Plan of Allocation, and/or the request for attorneys' fees and reimbursement of Litigation Expenses.  If you submit a written objection, you may (but you do not have to) attend the hearing and, at the discretion of the Court, speak to the Court about your objection. |
| **DO NOTHING.** | If you are a member of the Settlement Class and you do not submit a valid Claim Form, you will not be eligible to receive any payment from the Settlement Fund.  You will, however, remain a member of the Settlement Class, which means that you give up your right to sue about the claims that are resolved by the Settlement and you will be bound by any judgments or orders entered by the Court in the Action. |

3

| **WHAT THIS NOTICE CONTAINS** |
| --- |

Why Did I Get The Postcard Notice? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 4

What Is This Case About? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 5

How Do I Know If I Am Affected By The Settlement?  Who Is Included
In The Settlement Class? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 6

What Are Lead Plaintiffs' Reasons For The Settlement? . . . . . . . . . . . . . . . . . . . . . . . . Page 6

What Might Happen If There Were No Settlement? . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 7

How Are Settlement Class Members Affected By The Action And
The Settlement? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 7

How Do I Participate In The Settlement?  What Do I Need To Do? . . . . . . . . . . . . . . . . . Page 9

How Much Will My Payment Be? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 9

What Payment Are The Attorneys For The Settlement Class Seeking?
How Will The Lawyers Be Paid? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 14

What If I Do Not Want To Be A Member Of The Settlement Class?
How Do I Exclude Myself? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 14

When And Where Will The Court Decide Whether To Approve The Settlement?
Do I Have To Come To The Hearing?  May I Speak At The Hearing If I
Don't Like The Settlement? . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 15

What If I Bought Shares On Someone Else's Behalf? . . . . . . . . . . . . . . . . . . . . . . . . . . . Page 17

Can I See The Court File?  Whom Should I Contact If I Have Questions? . . . . . . . . . . . . Page 17

| **WHY DID I GET THE POSTCARD NOTICE?** |
| --- |

8.     The Court directed that the Postcard Notice be mailed to you because you or someone in your family or an investment account for which you serve as a custodian may have purchased or otherwise acquired Westpac Securities during the Settlement Class Period.  The Court also directed that this Notice be posted online at www.strategicclaims.net and mailed to you upon request to the Claims Administrator.  The Court has directed us to disseminate these notices because, as a potential Settlement Class Member, you have a right to know about your options before the Court rules on the proposed Settlement.  Additionally, you have the right to understand how this class action lawsuit may generally affect your legal rights.  If the Court approves the Settlement, and the Plan of Allocation (or some other plan of allocation), the claims administrator selected by Plaintiffs and approved by the Court will make payments pursuant to the Settlement after any objections and appeals are resolved.

9.     The purpose of this Notice is to inform you of the existence of this case, that it is a class action, how you might be affected, and how to exclude yourself from the Settlement Class if you wish to do so.  It is also being sent to inform you of the terms of the proposed Settlement, and of a hearing to be held by the Court to consider the fairness, reasonableness, and adequacy of the Settlement, the proposed Plan of Allocation and the motion by Lead Counsel for an award of attorneys' fees and reimbursement of Litigation Expenses (the "Settlement Hearing").  *See* paragraph 67 below for details about the Settlement Hearing, including the date and location of the hearing.

10.     The issuance of this Notice is not an expression of any opinion by the Court concerning the merits of any claim in the Action, and the Court still has to decide whether to approve the Settlement.  If the Court approves the Settlement and a plan of allocation, then payments to Authorized Claimants will be made after any appeals are resolved and after the completion of all claims processing.  Please be patient, as this process can take some time to complete.

4

| WHAT IS THIS CASE ABOUT? |
| --- |

11.    This litigation stems from Westpac's announcement that the Australian Transaction Reports and Analysis Centre ("AUSTRAC") filed an enforcement action against it for allegedly violating anti-money laundering and counterterrorism financing ("AML/CTF") laws. In light of that action, Plaintiffs contend that, during the Settlement Class Period, Defendants made materially false and misleading statements about Westpac's policies concerning and compliance with AML/CTF laws.

12.    On January 30, 2020, John Byrne filed a class action complaint (the "Complaint") in the United States District Court for the District of Oregon asserting claims against all Defendants under Section 10(b) of the Securities Exchange Act of 1934 (the "Exchange Act") and Rule 10b-5 promulgated thereunder, and against the Individual Defendants under Section 20(a) of the Exchange Act.  Among other things, the Complaint alleged that Defendants made materially false and misleading statements about Westpac's policies concerning and compliance with AML/CTF laws.  The Complaint further alleged that the prices of Westpac's publicly-traded securities were artificially inflated as a result of Defendants' allegedly false and misleading statements, and allegedly declined when the truth was revealed.  Defendants deny those allegations and claims.

13.    By Order dated April 16, 2020, the Court appointed Edward Davies as Lead Plaintiff for the action and appointed the Rosen Law Firm, P.A. as Lead Counsel for the class.

14.    On July 29, 2020, the Parties informed the Court of their intent to schedule a mediation to attempt to resolve the action and requested a 30-day extension to the case schedule, which the Court granted the next day.

15.    On August 13, 2020, the Parties conducted lengthy discussions and arm's-length negotiations during the course of a mediation before mediator Mr. Jed Melnick, Esq.  The mediation culminated in the Parties reaching an agreement in principle to settle the Action that was memorialized in a memorandum of understanding (the "MOU") executed on August 14, 2020.  The MOU sets forth, among other things, the Parties' agreement to settle all Released Claims in return for a cash payment by Westpac on behalf of Defendants of $3,100,000 U.S. Dollars for the benefit of the Settlement Class.

16.    Based on the investigation of the case and Plaintiffs' direct oversight of the prosecution of this matter and with the advice of their counsel, Plaintiffs have agreed to settle and release the claims raised in the Action pursuant to the terms and provisions of the Stipulation after considering, among other things, (a) the substantial financial benefit that Plaintiffs and the other members of the Settlement Class will receive under the proposed Settlement; and (b) the significant risks and costs of continued litigation and trial.

17.    Defendants are entering into the Stipulation solely to avoid the continuing cost and burden of, and business interruption associated with, the Action.  Each of the Defendants has denied and continues to deny each and every allegation of any wrongdoing that has or could have been asserted by or on behalf of Plaintiff Releasors, and the Stipulation shall in no event be construed or deemed to be evidence of or an admission or concession on the part of any of the Defendants, or any other of the Defendant Releasees (defined in ¶ 29 below), with respect to any factual or legal assertion, claim or allegation of any fault or liability or wrongdoing or damage whatsoever, or any infirmity in the defenses that the Defendants have, or could have, asserted in this Action.  Defendants further deny they have violated the U.S. federal securities laws, or any other laws of any jurisdiction or have otherwise misled investors, and maintain that they have meritorious defenses to all claims alleged in this Action.  Similarly, the Stipulation shall in no event be construed or deemed to be evidence of or an admission or concession on the part of Plaintiffs of any infirmity in any of the claims asserted in the Action, or an admission or concession that any of the Defendants' defenses to liability had any merit.

18.    On October 19, 2020, the Court preliminarily approved the Settlement, authorized the Postcard Notice to be mailed to potential Settlement Class Members and this Notice to be posted online and mailed to potential Settlement Class Members upon request, and scheduled the Settlement Hearing to consider whether to grant final approval to the Settlement.

5

### HOW DO I KNOW IF I AM AFFECTED BY THE SETTLEMENT?
### WHO IS INCLUDED IN THE SETTLEMENT CLASS?

19.    If you are a member of the Settlement Class, you are subject to the Settlement, unless you timely request to be excluded.  The Settlement Class consists of:

All persons who purchased Westpac Securities publicity traded on a U.S. exchange, including the NYSE, during the Settlement Class Period and were damaged thereby. Excluded from the Settlement Class are: (i) the Defendants; (ii) members of the Immediate Family of each of the Individual Defendants; (iii) any entity in which any Defendant has a controlling interest; (iv) the officers and directors of Westpac during the Settlement Class Period; and (v) the legal representatives, heirs, successors or assigns of any such excluded party.  Also excluded from the Settlement Class are any persons and entities who or which exclude themselves by submitting a request for exclusion in accordance with the requirements set forth in this Notice.  *See* "What If I Do Not Want To Be A Member Of The Settlement Class?  How Do I Exclude Myself," on page 14 below.

**PLEASE NOTE:  RECEIPT OF THE POSTCARD NOTICE DOES NOT MEAN THAT YOU ARE A SETTLEMENT CLASS MEMBER OR THAT YOU WILL BE ENTITLED TO RECEIVE PROCEEDS FROM THE SETTLEMENT.**

**If you are a Settlement Class Member and you wish to be eligible to participate in the distribution of proceeds from the Settlement, you are required to submit the Claim Form that is available online at www.strategicclaims.net or which can be mailed to you upon request to the Claims Administrator, and the required supporting documentation as set forth therein, postmarked no later than January 18, 2021.**

### WHAT ARE LEAD PLAINTIFFS' REASONS FOR THE SETTLEMENT?

20.    Plaintiffs and Lead Counsel believe that the claims asserted against Defendants have merit.  They recognize, however, the expense and length of continued proceedings necessary to pursue their claims against the Defendants through trial and appeals, as well as the very substantial risks they would face in establishing liability and damages.  Plaintiffs and Lead Counsel recognized that Defendants had numerous avenues of attack that could preclude a recovery.  For example, Defendants would assert that their statements were not materially false and misleading, and that even if the statements were, they were not made with the requisite state of mind to support the securities fraud claim alleged.  Even if the hurdles to establishing liability were overcome, the amount of damages that could be attributed to the allegedly false statements would be hotly contested.  Plaintiffs would have to prevail at several stages – motion to dismiss, motions for summary judgment, trial, and, if they prevailed on those, on the appeals that would likely follow.  Thus, there were very significant risks attendant to the continued prosecution of the Action.

21.    In light of these risks, the amount of the Settlement and the immediacy of recovery to the Settlement Class, Plaintiffs and Lead Counsel believe that the proposed Settlement is fair, reasonable and adequate, and in the best interests of the Settlement Class. Plaintiffs and Lead Counsel believe that the Settlement provides a substantial benefit to the Settlement Class, namely $3,100,000 U.S. Dollars in cash (less the various deductions described in this Notice), as compared to the risk that the claims in the Action would produce a smaller recovery, or no recovery at all, after summary judgment, trial and appeals, possibly years in the future.

22.    Defendants have denied and continue to deny each and every claim asserted against them in the Action and deny having engaged in any wrongdoing or violation of law of any kind whatsoever.  Defendants have agreed to the Settlement solely to avoid the continuing cost and burden of, and expense associated with, continued litigation.  Accordingly, the Settlement may not be construed as an admission of any wrongdoing by Defendants.

## WHAT MIGHT HAPPEN IF THERE WERE NO SETTLEMENT?

23.    If there were no Settlement, and Plaintiffs failed to establish any essential legal or factual element of their claims against Defendants, neither Plaintiffs nor the other members of the Settlement Class would recover anything from Defendants.  Also, if Defendants were successful in proving any of their defenses, either at summary judgment, at trial or on appeal, the Settlement Class could recover substantially less than the amount provided in the Settlement or nothing at all.

## HOW ARE SETTLEMENT CLASS MEMBERS AFFECTED
## BY THE ACTION AND THE SETTLEMENT?

24.    As a Settlement Class Member, you are represented by Plaintiffs and Lead Counsel, unless you enter an appearance through counsel of your own choice at your own expense.  You are not required to retain your own counsel, but if you choose to do so, such counsel must file a notice of appearance on your behalf and must serve copies of his or her appearance on the attorneys listed in the section entitled, "When And Where Will The Court Decide Whether To Approve The Settlement? Do I Have To Come To The Hearing? May I Speak At The Hearing If I Don't Like The Settlement?," on page 15 below.

25.    If you are a Settlement Class Member and do not wish to remain a Settlement Class Member, you may exclude yourself from the Settlement Class by following the instructions in the section entitled, "What If I Do Not Want To Be A Member Of The Settlement Class?  How Do I Exclude Myself?," on page 14 below.

26.    If you are a Settlement Class Member and you wish to object to the Settlement, the Plan of Allocation, or Lead Counsel's application for attorneys' fees and reimbursement of Litigation Expenses, and if you do not exclude yourself from the Settlement Class, you may present your objections by following the instructions in the section entitled, "When And Where Will The Court Decide Whether To Approve The Settlement? Do I Have To Come To The Hearing? May I Speak At The Hearing If I Don't Like The Settlement?," below.

27.    If you are a Settlement Class Member and you do not exclude yourself from the Settlement Class, you will be bound by any orders issued by the Court.  If the Settlement is approved, the Court will enter a judgment (the "Judgment").  The Judgment will dismiss with prejudice the claims against Defendants and will provide that, upon the Effective Date of the Settlement, Plaintiffs and each of the other Settlement Class Members, and each and all of their respective  past, present or future families, parent entities, associates, affiliates or subsidiaries and each and all of their respective past, present or future officers directors, stockholders, agents, representatives, employees, attorneys, financial or investment advisors, advisors, consultants, accountants, investment bankers, commercial bankers, trustees, engineers, agents, insurers, co-insurers and reinsurers, heirs, executors, general or limited partners or partnerships, personal or legal representatives, estates, administrators, predecessors, successors and assigns ("Plaintiff Releasors"), will have fully, finally and forever compromised, settled, released, resolved, relinquished, waived and discharged each and every Released Plaintiffs' Claim (as defined in ¶ 28 below) against the Defendants and the other Defendant Releasees (as defined in ¶ 29 below), and shall forever be barred and enjoined without the necessity of posting a bond from commencing or prosecuting any action or proceeding asserting any or all of the Released Plaintiffs' Claims against any of the Defendant Releasees.

28.    "Released Plaintiffs' Claims" means any and all claims (including any claim that the Stipulation was fraudulently induced) debts, demands, rights, actions, suits, causes of action or liabilities whatsoever (including but not limited to, any and all claims for damages, interest, attorneys' fees, expert or consulting fees, and any other costs, expense or liability whatsoever), known or unknown, including any other current proceedings and future claims, whether based on federal, state, local,  statutory or common law or any other law, rule or regulation (whether foreign or domestic), whether class or individual in nature, including both known claims and Unknown Claims that were or could have been asserted by Plaintiffs or members of the Settlement Class

7

relating to the purchase, sale or other acquisition of Westpac Securities during the Settlement Class Period and which in any way arise from or concern the facts, matters, allegations, transactions, events, disclosures statements, acts or omissions which  have been or could have been asserted by or on behalf of Plaintiffs or any member of the Settlement Class in any forum, whether individual, class, representative, legal, equitable or any other type in any other capacity against Defendants and Defendant Releasees.   Released Plaintiffs' Claims do not include any claims relating to the enforcement of the Settlement or any claims of any person or entity who or which submits a request for exclusion from the Settlement Class that is accepted by the Court.

29.    "Defendant Releasees" means each and all of the Defendants and each and all of their respective past, present or future officers, directors, stockholders, agents, representatives, employees, attorneys, financial or investment advisors, advisors, consultants, accountants, investment bankers, commercial bankers, trustees, engineers, agents, insurers, co-insurers and reinsurers, heirs, executors, general or limited partners or partnerships, personal or legal representatives, estates, administrators, predecessors, successors and assigns, each and all of Defendants' respective past, present or future families, parent entities, associates, affiliates or subsidiaries, and each and all of their respective past, present or future officers, directors, stockholders, agents, representatives, employees, attorneys, financial or investment advisors, advisors, consultants, accountants, investment bankers, commercial bankers, trustees, engineers, agents, insurers, co-insurers and reinsurers, heirs, executors, general or limited partners or partnerships, personal or legal representatives, estates, administrators, predecessors, successors and assigns.

30.    "Unknown Claims" means any Released Plaintiffs' Claims which any Plaintiff Releasor does not know or suspect to exist in his, her or its favor at the time of the release of such claims, and any Released Defendants' Claims which any Defendant Releasor does not know or suspect to exist in his, her, or its favor at the time of the release of such claims, which, if known by him, her or it, might have affected his, her or its decision(s) with respect to this Settlement.  With respect to any and all Released Claims, the Parties stipulate and agree that, upon the Effective Date of the Settlement, Plaintiffs and Defendants shall expressly waive, and each of the Plaintiff Releasors and each of the other Defendant Releasors shall be deemed to have waived, and by operation of the Judgment or the Alternate Judgment, if applicable, shall have expressly waived, any and all provisions, rights, and benefits conferred by any law of any state or territory of the United States, or principle of common law or foreign law, which is similar, comparable, or equivalent to California Civil Code §1542, which provides:

> A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor.

Plaintiff Releasors may hereafter discover facts in addition to or different from those which they now know or believe to be true with respect to the subject matter of the Released Plaintiffs' Claims, but each of them hereby stipulates and agrees that Plaintiff Releasors shall be deemed to settle and release, and upon the Effective Date and by operation of the Judgment or Alternate Judgment shall have settled and released, fully, finally, and forever, any and all Released Plaintiffs' Claims against Defendants, known or unknown, suspected or unsuspected, contingent or non-contingent, whether or not concealed or hidden, which now exist, or which heretofore existed upon any theory of law or equity now existing or coming into existence in the future, including, but not limited to, conduct that is negligent or intentional and with or without malice, or a breach of any duty, law, or rule, without regard to the subsequent discovery or existence of such different or additional facts.  Similarly, Defendant Releasors may hereafter discover facts in addition to or different from those which they now know or believe to be true with respect to the subject matter of Released Defendants' Claims, but each of them hereby stipulates and agrees that Defendant Releasors shall be deemed upon the Effective Date and by operation of the Judgment or Alternate Judgment, to have fully, finally, and forever settled and released any and all Released Defendants' Claims against Plaintiffs, known or unknown, suspected or unsuspected contingent or non-contingent, whether or not concealed or hidden, which now exist, or heretofore have existed upon any theory of law or equity now existing or coming into existence in the future, including, but not limited

8

to, conduct which is negligent, intentional, with or without malice, or a breach of any duty, law, or rule, without regard to the subsequent discovery or existence of such different or additional facts. Plaintiffs and Defendants acknowledge, and each of the other Plaintiff Releasors and each of the other Defendant Releasors shall be deemed by operation of law to have acknowledged, that the foregoing waiver was separately bargained for and a key element of the Settlement.

31.    The Judgment will also provide that, upon the Effective Date of the Settlement, Defendants and their respective heirs, executors, administrators, predecessors, successors, and assigns in their capacities as such ("Defendant Releasors"), shall be deemed to have, and by operation of law and of the judgment shall have, fully, finally and forever compromised, settled, released, resolved, relinquished, waived and discharged each and every Released Defendants' Claim (as defined in ¶ 32 below) as against Plaintiffs and the other Plaintiff Releasees (as defined in ¶ 33 below), and shall forever be barred and enjoined from prosecuting any or all of the Released Defendants' Claims against any of the Plaintiff Releasees.

32.    "Released Defendants' Claims" means all claims and causes of action of every nature and description whether known claims or Unknown Claims, whether arising under federal, state, common or foreign law, whether class or individual in nature, by Defendants or any Defendant Releasees, which arise out of, are based upon, or relate in any way to the institution, prosecution or settlement of claims against Defendants in the Action.

33.    "Plaintiff Releasees" means Plaintiffs, Lead Counsel, all Settlement Class Members, and their respective past, present or future families, parent entities, associates, affiliates or subsidiaries, and each and all of their respective past, present or future officers, directors, stockholders, agents, representatives, employees, attorneys, financial or investment advisors, advisors, consultants, accountants, investment bankers, commercial bankers, trustees, engineers, agents, insurers, co-insurers and reinsurers, heirs, executors, general or limited partners or partnerships, personal or legal representatives, estates, administrators, predecessors, successors and assigns.

## HOW DO I PARTICIPATE IN THE SETTLEMENT?  WHAT DO I NEED TO DO?

34.    To be eligible for a payment from the proceeds of the Settlement, you must be a member of the Settlement Class and you must timely complete and return the Claim Form with adequate supporting documentation, **postmarked no later than January 18, 2021**, to the Claims Administrator at the following address: *In re Westpac Class Action Litigation,* c/o Strategic Claims Services, P.O. Box 230, 600 N. Jackson St., Suite 205, Media, PA 19063; fax: (610) 565-7985; info@strategicclaims.net.  A Claim Form is available on the website maintained by the Claims Administrator for the Settlement, www.strategicclaims.net, or you may request that a Claim Form be mailed to you by calling the Claims Administrator toll free at 1-866-274-4004.  Please retain all records of your ownership of and transactions in Westpac Securities, as they may be needed to document your Claim.  If you request exclusion from the Settlement Class or do not submit a timely and valid Claim Form, you will not be eligible to share in the Net Settlement Fund.

## HOW MUCH WILL MY PAYMENT BE?

35.    At this time, it is not possible to make any determination as to how much any individual Settlement Class Member may receive from the Settlement.

36.    Pursuant to the Settlement, Defendants have agreed to pay or caused to be paid three million one hundred thousand U. S. Dollars ($3,100,000) in cash.  The Settlement Amount will be deposited into an escrow account.  The Settlement Amount plus any interest earned thereon is referred to as the "Settlement Fund."  If the Settlement is approved by the Court and the Effective Date occurs, the "Net Settlement Fund" (that is, the Settlement Fund less (a) all federal, state and/or local taxes on any income earned by the Settlement Fund and the reasonable costs incurred in connection with determining the amount of and paying taxes owed by the

Settlement Fund (including reasonable expenses of tax attorneys and accountants); (b) the costs and expenses incurred in connection with providing notice to Settlement Class Members and administering the Settlement on behalf of Settlement Class Members; and (c) any attorneys' fees and Litigation Expenses awarded by the Court) will be distributed to Settlement Class Members who submit valid Claim Forms, in accordance with the proposed Plan of Allocation or such other plan of allocation as the Court may approve ("Authorized Claimants").

37.    The Net Settlement Fund will not be distributed unless and until the Court has approved the Settlement and a plan of allocation, and the time for any petition for rehearing, appeal or review, whether by certiorari or otherwise, has expired.

38.    Neither Defendants nor any other person or entity that paid any portion of the Settlement Amount on their behalf are entitled to get back any portion of the Settlement Fund once the Court's order or judgment approving the Settlement becomes Final.  Defendants shall not have any liability, obligation or responsibility for the administration of the Settlement, the disbursement of the Net Settlement Fund or the plan of allocation.

39.    Approval of the Settlement is independent from approval of a plan of allocation.  Any determination with respect to a plan of allocation will not affect the Settlement, if approved.

40.    Unless the Court otherwise orders, any Settlement Class Member who fails to submit a Claim Form postmarked on or before January 18, 2021 shall be fully and forever barred from receiving payments pursuant to the Settlement, but will in all other respects remain a Settlement Class Member and be subject to the provisions of the Stipulation, including the terms of any Judgment entered and the releases given.  This means that each Settlement Class Member releases the Released Plaintiffs' Claims (as defined in ¶ 28 above) against the Defendant Releasees (as defined in ¶ 29 above) and will be enjoined and prohibited from filing, prosecuting, or pursuing any of the Released Plaintiffs' Claims against any of the Defendant Releasees whether or not such Settlement Class Member submits a Claim Form.

41.    Participants in and beneficiaries of a plan covered by ERISA ("ERISA Plan") should NOT include any information relating to their transactions in Westpac Securities held through the ERISA Plan in any Claim Form that they may submit in this Action.  They should include ONLY those Westpac Securities that they purchased or acquired outside of the ERISA Plan.  Claims based on any ERISA Plan's purchases or acquisitions of Westpac Securities during the Settlement Class Period may be made by the plan's trustees.  To the extent any of the Defendants or any of the other persons or entities excluded from the Settlement Class are participants in the ERISA Plan, such persons or entities shall not receive, either directly or indirectly, any portion of the recovery that may be obtained from the Settlement by the ERISA Plan.

42.    The Court has reserved jurisdiction to allow, disallow, or adjust on equitable grounds the Claim of any Settlement Class Member.

43.    Each Claimant shall be deemed to have submitted to the jurisdiction of the Court with respect to his, her or its Claim Form.

44.    Only Settlement Class Members, *i.e.*, persons and entities who purchased Westpac Securities during the Settlement Class Period and were damaged as a result of such purchases will be eligible to share in the distribution of the Net Settlement Fund.  Persons and entities that are excluded from the Settlement Class by definition or that exclude themselves from the Settlement Class pursuant to request will not be eligible to receive a distribution from the Net Settlement Fund and should not submit Claim Forms.  The only securities that are included in the Settlement are Westpac ADRs traded on a U.S. Exchange, including the NYSE.

## PROPOSED PLAN OF ALLOCATION

45.    The objective of the Plan of Allocation is to equitably distribute the Settlement proceeds to those Settlement Class Members who suffered economic losses as a proximate result of the alleged wrongdoing. The calculations made pursuant to the Plan of Allocation are not intended to be estimates of, nor indicative of, the amounts that Settlement Class Members might have been able to recover after a trial.  Nor are the calculations pursuant to the Plan of Allocation intended to be estimates of the amounts that will be paid to

10

Authorized Claimants pursuant to the Settlement.  The computations under the Plan of Allocation are only a method to weigh the claims of Authorized Claimants against one another for the purposes of making *pro rata* allocations of the Net Settlement Fund.

46.    The Plan of Allocation generally measures the amount of loss that a Settlement Class Member can claim for purposes of making *pro rata* allocations of the cash in the Net Settlement Fund to Authorized Claimants. The Plan of Allocation is not a formal damage analysis.  Recognized Loss Amounts are based primarily on the price declines observed over the period which Plaintiffs allege corrective information was entering the market place.  In this case, Lead Plaintiffs allege that Defendants made false statements and omitted material facts from November  11, 2015 through and including November 19, 2019, which had the alleged effect of artificially inflating the prices of Westpac ADRs.

47.    In order to have recoverable damages, disclosure of the alleged misrepresentations must be the cause of the decline in the price of Westpac ADRs. The alleged corrective disclosure that removed the alleged artificial inflation from the price of Westpac ADRs occurred on November 19, 2019. Accordingly, in order to have a Recognized Loss:

> Westpac ADRs purchased from November 11, 2015 through and including November 19, 2019 must have been held through the close of trading on November 19, 2019, the day of the corrective disclosure, and must have suffered a loss.

48.    To the extent a Claimant does not satisfy the conditions set forth in the preceding paragraph, his, her or its Recognized Loss for those transactions will be zero.

## THE BASIS FOR CALCULATING YOUR RECOGNIZED LOSS

49.    Each Authorized Claimant shall be allocated a *pro rata* share of the Net Settlement Fund based on his, her or its Recognized Loss as compared to the total Recognized Losses of all Authorized Claimants. Recognized Losses will be calculated as follows:

I)  For Westpac ADRs purchased between November 11, 2015 and November 19, 2019, inclusive, the Recognized Loss shall be calculated as follows:

      A.  For ADRs retained at the end of trading on February 14, 2020, the Recognized Loss shall be the lesser of:
         (i)      $.80 per share; or
         (ii)     the difference between the purchase price per share and $16.81 per share[3].
      B.  For ADRs sold on or before November 19, 2019, the Recognized Loss per share shall be $0.
      C.  For ADRs sold between November 20, 2019 and February 14, 2020, inclusive, the Recognized Loss shall be the lesser of:
         (i)      $.80 per share; or
         (ii)     the difference between the purchase price per share and the average closing price per share as of date of sale provided in table A.

---

[3]Pursuant to Section 21(D)(e)(1) of the Private Securities Litigation Reform Act of 1995, "in any private action arising under this title in which the plaintiff seeks to establish damages by reference to the market price of a security, the award of damages to the plaintiff shall not exceed the difference between the purchase or sale price paid or received, as appropriate, by the plaintiff for the subject security and the mean trading price of that security during the 90-day period beginning on the date on which the information correcting the misstatement or omission that is the basis for the action is disseminated." $16.81 per share was the mean (average) daily closing trading price of the Company's common shares during the 90-day period beginning on November 20, 2019 and ending on February 14, 2020.

11

| Table A | | | | | | |
|---|---|---|---|---|---|---|
| Date | Closing Price | Average Closing Price | | Date | Closing Price | Average Closing Price |
| 11/20/2019 | $17.15 | $17.15 | | 1/6/2020 | $16.89 | $16.70 |
| 11/21/2019 | $16.91 | $17.03 | | 1/7/2020 | $16.83 | $16.70 |
| 11/22/2019 | $16.67 | $16.91 | | 1/8/2020 | $16.88 | $16.71 |
| 11/25/2019 | $16.67 | $16.85 | | 1/9/2020 | $16.79 | $16.71 |
| 11/26/2019 | $16.60 | $16.80 | | 1/10/2020 | $16.84 | $16.72 |
| 11/27/2019 | $16.67 | $16.78 | | 1/13/2020 | $17.00 | $16.72 |
| 11/29/2019 | $16.57 | $16.75 | | 1/14/2020 | $16.94 | $16.73 |
| 12/2/2019 | $16.49 | $16.72 | | 1/15/2020 | $17.05 | $16.74 |
| 12/3/2019 | $16.45 | $16.69 | | 1/16/2020 | $17.24 | $16.75 |
| 12/4/2019 | $16.49 | $16.67 | | 1/17/2020 | $17.24 | $16.76 |
| 12/5/2019 | $16.52 | $16.65 | | 1/21/2020 | $17.11 | $16.77 |
| 12/6/2019 | $16.61 | $16.65 | | 1/22/2020 | $17.16 | $16.78 |
| 12/9/2019 | $16.50 | $16.64 | | 1/23/2020 | $17.15 | $16.79 |
| 12/10/2019 | $16.40 | $16.62 | | 1/24/2020 | $17.07 | $16.80 |
| 12/11/2019 | $16.54 | $16.62 | | 1/27/2020 | $16.78 | $16.80 |
| 12/12/2019 | $16.54 | $16.61 | | 1/28/2020 | $17.04 | $16.80 |
| 12/13/2019 | $16.81 | $16.62 | | 1/29/2020 | $17.00 | $16.80 |
| 12/16/2019 | $16.81 | $16.63 | | 1/30/2020 | $17.10 | $16.81 |
| 12/17/2019 | $16.73 | $16.64 | | 1/31/2020 | $16.63 | $16.81 |
| 12/18/2019 | $16.66 | $16.64 | | 2/3/2020 | $16.47 | $16.80 |
| 12/19/2019 | $16.69 | $16.64 | | 2/4/2020 | $16.81 | $16.80 |
| 12/20/2019 | $16.66 | $16.64 | | 2/5/2020 | $16.81 | $16.80 |
| 12/23/2019 | $16.67 | $16.64 | | 2/6/2020 | $16.89 | $16.80 |
| 12/24/2019 | $16.67 | $16.65 | | 2/7/2020 | $16.68 | $16.80 |
| 12/26/2019 | $16.77 | $16.65 | | 2/10/2020 | $16.74 | $16.80 |
| 12/27/2019 | $16.83 | $16.66 | | 2/11/2020 | $16.82 | $16.80 |
| 12/30/2019 | $16.85 | $16.66 | | 2/12/2020 | $17.04 | $16.80 |
| 12/31/2019 | $16.98 | $16.68 | | 2/13/2020 | $17.03 | $16.81 |
| 1/2/2020 | $16.98 | $16.69 | | 2/14/2020 | $17.19 | $16.81 |
| 1/3/2020 | $16.92 | $16.69 | | | | |

## ADDITIONAL PROVISIONS

50.    The Net Settlement Fund will be allocated among all Authorized Claimants whose Distribution Amount is $10.00 or greater.

51.    If a Settlement Class Member has more than one purchase or sale of  Westpac ADRs, all purchases/acquisitions and sales of common shares shall be matched on a First In, First Out ("FIFO") basis. Settlement Class Period sales will be matched first against any holdings at the beginning of the Settlement Class Period, and then against purchases/acquisitions in chronological order, beginning with the earliest purchase/acquisition made during the Settlement Class Period.

12

52.    The Net Settlement Fund will be distributed to Authorized Claimants on a *pro rata* basis based on the relative size of their Recognized Loss. Specifically, a "Distribution Amount" will be calculated for each Authorized Claimant, which shall be the Authorized Claimant's Recognized Loss divided by the total Recognized Losses of all Authorized Claimants, multiplied by the total amount in the Net Settlement Fund. If any Authorized Claimant's Distribution Amount calculates to less than $10.00, it will not be included in the calculation and no distribution will be made to such Authorized Claimant.

53.    Purchases and sales of Westpac ADRs shall be deemed to have occurred on the "contract" or "trade" date as opposed to the "settlement" or "payment" date. The receipt or grant by gift, inheritance or operation of law of Westpac ADRs during the Settlement Class Period shall not be deemed a purchase, acquisition or sale of Westpac ADRs for the calculation of an Authorized Claimant's Recognized Loss, nor shall the receipt or grant be deemed an assignment of any claim relating to the purchase of any Westpac ADRs unless (i) the donor or decedent purchased or otherwise acquired such Westpac ADRs during the Settlement Class Period; (ii) no Claim Form was submitted by or on behalf of the donor, on behalf of the decedent, or by anyone else with respect to such Westpac ADRs; and (iii) it is specifically so provided in the instrument of gift or assignment.

54.    The date of covering a "short sale" is deemed to be the date of purchase of the Westpac ADRs. The date of a "short sale" is deemed to be the date of sale of the Westpac ADRs. Under the Plan of Allocation, however, the Recognized Loss on "short sales" is zero. In the event that a Claimant has an opening short position in Westpac, the earliest Settlement Class Period purchases or acquisitions of those shares shall be matched against such opening short position, and not be entitled to a recovery, until that short position is fully covered.

55.    Option contracts are not securities eligible to participate in the Settlement. With respect to Westpac ADRs purchased or sold through the exercise of an option, the purchase/sale date of the Westpac ADRs is the exercise date of the option and the purchase/sale price of the Westpac ADRs is the exercise price of the option.

56.    To the extent a Claimant had a market gain with respect to his, her, or its overall transactions in Westpac ADRs during the Settlement Class Period, the value of the Claimant's Recognized Loss shall be zero. Such Claimants shall in any event be bound by the Settlement. To the extent that a Claimant suffered an overall market loss with respect to his, her, or its overall transactions in Westpac ADRs during the Settlement Class Period, but that market loss was less than the total Recognized Loss calculated above, then the Claimant's Recognized Loss shall be limited to the amount of the actual market loss.

57.    For purposes of determining whether a Claimant had a market gain with respect to his, her, or its overall transactions in Westpac ADRs during the Settlement Class Period or suffered a market loss, the Claims Administrator shall determine the difference between (i) the Total Purchase Amount[4] and (ii) the sum of the Total Sales Proceeds[5] and Total Holding Value.[6] This difference shall be deemed a Claimant's market gain or loss with respect to his, her, or its overall transactions in Westpac ADRs during the Settlement Class Period.

58.    After the initial distribution of the Net Settlement Fund, the Claims Administrator shall make reasonable and diligent efforts to have Authorized Claimants cash their distribution checks. To the extent any

---

[4] The "Total Purchase Amount" is the total amount the Claimant paid (excluding commissions and other charges) for all Westpac ADRs purchased during the Settlement Class Period.

[5] The Claims Administrator shall match any sales of Westpac ADRs during the Settlement Class Period, first against the Claimant's opening position (the proceeds of those sales will not be considered for purposes of calculating market gains or losses). The total amount received (excluding commissions and other charges) for the remaining sales of Westpac ADRS sold during the Settlement Class Period shall be the "Total Sales Proceeds."

[6] The Claims Administrator shall ascribe a holding value Westpac ADRs stock purchased during the Settlement Class Period and still held as of the open of trading on November 20, 2019. The total calculated holding values for all Westpac ADRs shall be the Claimant's "Total Holding Value."

13

monies remain in the fund nine (9) months after the initial distribution, if Lead Counsel, in consultation with the Claims Administrator, determines that it is cost-effective to do so, the Claims Administrator shall conduct a re-distribution of the funds remaining after payment of any unpaid fees and expenses incurred in administering the Settlement, including for such re-distribution, to Authorized Claimants who have cashed their initial distributions and who would receive at least $10.00 from such re-distribution. Additional re-distributions to Authorized Claimants who have cashed their prior checks and who would receive at least $10.00 on such additional re-distributions may occur thereafter if Lead Counsel, in consultation with the Claims Administrator, determines that additional re-distributions, after the deduction of any additional fees and expenses incurred in administering the Settlement, including for such re-distributions, would be cost-effective. At such time as it is determined that the re-distribution of funds remaining in the Net Settlement Fund is not cost-effective, the remaining balance shall be contributed to non-sectarian, not-for-profit organization(s), to be recommended by Lead Counsel.

59.    Payment pursuant to the Plan of Allocation, or such other plan of allocation as may be approved by the Court, shall be conclusive against all Authorized Claimants. No person shall have any claim against Plaintiffs, Plaintiffs' Counsel, Plaintiffs' damages expert, Defendants, Defendants' Counsel, or any of the other Releasees, or the Claims Administrator or other agent designated by Lead Counsel arising from distributions made substantially in accordance with the Stipulation, the plan of allocation approved by the Court, or further Orders of the Court. Plaintiffs, Defendants and their respective counsel, and all other Defendant Releasees, shall have no responsibility or liability whatsoever for the investment or distribution of the Settlement Fund, the Net Settlement Fund, the plan of allocation, or the determination, administration, calculation, or payment of any Claim Form or nonperformance of the Claims Administrator, the payment or withholding of taxes owed by the Settlement Fund, or any losses incurred in connection therewith.

60.    The Plan of Allocation set forth herein is the plan that is being proposed to the Court for its approval by Plaintiffs after consultation with their damages expert. The Court may approve this plan as proposed or it may modify the Plan of Allocation without further notice to the Settlement Class. Any Orders regarding any modification of the Plan of Allocation will be posted on the settlement website, www.strategicclaims.net.

> **WHAT PAYMENT ARE THE ATTORNEYS FOR THE SETTLEMENT CLASS SEEKING? HOW WILL THE LAWYERS BE PAID?**

61.    Plaintiffs' Counsel have not received any payment for their services in pursuing claims against the Defendants on behalf of the Settlement Class, nor have Plaintiffs' Counsel been reimbursed for their out-of-pocket expenses. Before final approval of the Settlement, Lead Counsel will apply to the Court for an award of attorneys' fees for all Plaintiffs' Counsel in an amount up to $33^{1/3}$% of the Settlement Fund. At the same time, Lead Counsel also intends to apply for reimbursement of Litigation Expenses in an amount not to exceed $40,000 U.S. Dollars, which may include an application for reimbursement of the reasonable costs and expenses incurred by Plaintiffs directly related to their representation of the Settlement Class. The Court will determine the amount of any award of attorneys' fees or reimbursement of Litigation Expenses. Such sums as may be approved by the Court will be paid from the Settlement Fund. Settlement Class Members are not personally liable for any such fees or expenses.

> **WHAT IF I DO NOT WANT TO BE A MEMBER OF THE SETTLEMENT CLASS? HOW DO I EXCLUDE MYSELF?**

62.    Each Settlement Class Member will be bound by all determinations and judgments in this lawsuit, whether favorable or unfavorable, unless such person or entity mails or delivers a written Request for Exclusion from the Settlement Class, addressed to *In re Westpac Class Action Litigation*—EXCLUSIONS, c/o Strategic Claims Services, P.O. Box 230, 600 N. Jackson St., Suite 205, Media, PA 19063. The exclusion request must be *received* no later than March 8, 2021. You will not be able to exclude yourself from the Settlement Class

after that date. Each Request for Exclusion must: (a) state the name, address and telephone number of the person or entity requesting exclusion, and in the case of entities, the name and telephone number of the appropriate contact person; (b) state that such person or entity "requests exclusion from the Settlement Class in *In re Westpac Class Action Litigation*, Case No. 3:20-cv-00171-AC"; (c) identify and state the number of each Westpac Security (in terms of ADRs) that the person or entity requesting exclusion purchased/acquired and/or sold during the Settlement Class Period (*i.e.*, between November 11, 2015 and November 19, 2019, inclusive), as well as the dates and prices of each such purchase and sale; (d) identify and state the number of each Westpac Security (in terms of ADRs) that the person or entity requesting exclusion held at the beginning of the Settlement Class Period; (e) identify and state the aggregate number of Westpac Securities (in terms of ADRs) that the person or entity requesting exclusion purchased/acquired during the Settlement Class Period and held as of November 19, 2019; and (f) be signed by the person or entity requesting exclusion or an authorized representative. A Request for Exclusion shall not be valid and effective unless it provides all the information called for in this paragraph and is received within the time stated above, or is otherwise accepted by the Court.

63.    If you do not want to be part of the Settlement Class, you must follow these instructions for exclusion even if you have pending, or later file, another lawsuit, arbitration, or other proceeding relating to any Released Plaintiffs' Claim against any of the Defendant Releasees.

64.    If you ask to be excluded from the Settlement Class, you will not be eligible to receive any payment out of the Net Settlement Fund.

65.    Defendants have the right to terminate the Settlement if valid requests for exclusion are received from persons and entities entitled to be members of the Settlement Class in an amount that exceeds an amount agreed to by Lead Plaintiffs and Defendants.

> **WHEN AND WHERE WILL THE COURT DECIDE WHETHER TO APPROVE THE SETTLEMENT? DO I HAVE TO COME TO THE HEARING? MAY I SPEAK AT THE HEARING IF I DON'T LIKE THE SETTLEMENT?**

66.    **Settlement Class Members do not need to attend the Settlement Hearing. The Court will consider any submission made in accordance with the provisions below even if a Settlement Class Member does not attend the hearing. You can participate in the Settlement without attending the Settlement Hearing**.

67.    The Settlement Hearing will be held on April 20, 2021 at 9:30 a.m., before the Honorable John Acosta at the United States District Court for the District of Oregon, Courtroom 1127 of the Mark O. Hatfield United States Courthouse, 1000 S.W. Third Avenue, Portland, Oregon 97204. The Court reserves the right to approve the Settlement, the Plan of Allocation, Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses and/or any other matter related to the Settlement at or after the Settlement Hearing without further notice to the members of the Settlement Class.

68.    Any Settlement Class Member who or which does not request exclusion may object to the Settlement, the proposed Plan of Allocation or Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses. Objections must be in writing. You must file any written objection, together with copies of all other papers and briefs supporting the objection, with the Clerk's Office at the United States District Court for the District of Oregon at the address set forth below on or before March 30, 2021. You must also serve the papers on Lead Counsel and on Defendants' Counsel at the addresses set forth below so that the papers are *received* **on or before March 30, 2021.**

15

| Clerk's Office | Lead Counsel | Defendants' Counsel |
|---|---|---|
| United States District Court District of Oregon Clerk of the Court United States Courthouse 1000 S.W. Third Avenue Portland, Oregon 97204 | **The Rosen Law Firm, P.A.** Sara Fuks, Esq. 275 Madison Avenue, 40th Floor New York, NY 10016 | **Cravath, Swaine & Moore LLP** Timothy Cameron, Esq. 825 8th Avenue New York, NY 10019  **Jones Day** Robert Micheletto, Esq. 250 Vesey street New York, NY 10281 |

69.    Any objection: (a) must state the name, address and telephone number of the person or entity objecting and must be signed by the objector; (b) must contain a statement of the Settlement Class Member's objection or objections and the specific reasons for each objection, including any legal and evidentiary support the Settlement Class Member wishes to bring to the Court's attention; (c) must include documents sufficient to prove membership in the Settlement Class, including the number of each Westpac Security that the objecting Settlement Class Member purchased and/or sold during the Settlement Class Period (*i.e.*, between November 11, 2015 and November 19, 2019, inclusive), as well as the dates and prices of each such purchase and sale; and (d) identify any class action (by case name, case number and court) in which the objector has filed an objection to a settlement in the past five years, and the nature of each such objection.  You may not object to the Settlement, the Plan of Allocation or Lead Counsel's motion for attorneys' fees and reimbursement of Litigation Expenses if you exclude yourself from the Settlement Class or if you are not a member of the Settlement Class.

70.    You may file a written objection without having to appear at the Settlement Hearing.  You may not, however, appear at the Settlement Hearing to present your objection unless you first file and serve a written objection in accordance with the procedures described above, unless the Court orders otherwise.

71.    If you wish to be heard orally at the hearing in opposition to the approval of the Settlement, the Plan of Allocation or Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses, and if you timely file and serve a written objection as described above, you must also file a notice of appearance with the Clerk's Office and serve it on Lead Counsel and Defendants' Counsel at the addresses set forth above so that it is *received* **on or before April 6, 2021.**  Persons who intend to object and desire to present evidence at the Settlement Hearing must include in their written objection or notice of appearance the identity of any witnesses they may call to testify and exhibits they intend to introduce into evidence at the hearing.  Such persons may be heard orally at the discretion of the Court.

72.    You are not required to hire an attorney to represent you in making written objections or in appearing at the Settlement Hearing.  However, if you decide to hire an attorney, it will be at your own expense, and that attorney must file a notice of appearance with the Court and serve it on Lead Counsel **March 30, 2021**

73.    The Settlement Hearing may be adjourned by the Court without further written notice to the Settlement Class.  If you intend to attend the Settlement Hearing, you should confirm the date and time with Lead Counsel.

74.    **Unless the Court orders otherwise, any Settlement Class Member who does not object in the manner described above will be deemed to have waived any objection and shall be forever foreclosed from making any objection to the proposed Settlement, the proposed Plan of Allocation or Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses. Settlement Class Members do not need to appear at the Settlement Hearing or take any other action to indicate their approval.**

16

## WHAT IF I BOUGHT SHARES ON SOMEONE ELSE'S BEHALF?

75.    If you purchased Westpac Securities between November 11, 2015 and November 19, 2019, inclusive, for the beneficial interest of persons or organizations other than yourself, you must either: (a) within seven (7) calendar days of receipt of the Postcard Notice, request from the Claims Administrator sufficient copies of the Postcard Notice to forward to all such beneficial owners and within seven (7) calendar days of receipt of those Postcard Notices forward them to all such beneficial owners; (b) request an electronic copy of the Summary Notice and email the Summary Notice in electronic format to each beneficial owner for whom they are nominee or custodian within seven (7) calendar days after receipt thereof; or (c) within seven (7) calendar days of receipt of the Postcard Notice, provide a list of the names, addresses, and email addresses (to the extent known) of all such beneficial owners to *In re Westpac Class Action Litigation*, c/o Strategic Claims Services, P.O. Box 230, 600 N. Jackson St., Suite 205, Media, PA 19063; Fax: (610) 565-7985; info@strategicclaims.net.  If you choose option (c), the Claims Administrator will email a copy of the Summary Notice, if an email is available, or mail a copy of the Postcard Notice, where no email is available, to the beneficial owners.  Upon full compliance with these directions, such nominees may seek reimbursement of their reasonable expenses actually incurred, up to a maximum of $0.05 plus postage at the current pre-sort rate used by the Claims Administrator per Postcard Notice actually mailed, $0.05 per Summary Notice emailed, or $0.05 per name and address provided to the Claims Administrator, by providing the Claims Administrator with proper documentation supporting the expenses for which reimbursement is sought.  Any dispute concerning the reasonableness of reimbursement costs shall be resolved by the Court.  Copies of this Notice and the Claim Form may be obtained from the website maintained by the Claims Administrator, www.strategicclaims.net, or by calling the Claims Administrator toll-free at 1-866-274-4004.

## CAN I SEE THE COURT FILE?  WHOM SHOULD I CONTACT IF I HAVE QUESTIONS?

76.    This Notice contains only a summary of the terms of the proposed Settlement.  For more detailed information about the matters involved in this Action, you are referred to the papers on file in the Action, including the Stipulation, which may be inspected during regular office hours at the Office of the Clerk, United States District Court for the District of Oregon, United States Courthouse, 1000 S.W. Third Avenue, Portland, Oregon 97204.  Additionally, copies of the Stipulation and any related orders entered by the Court will be posted on the website maintained by the Claims Administrator, www.strategicclaims.net.

All inquiries concerning this Notice and the Claim Form should be directed to the Claims Administrator or Lead Counsel at:

| *In re Westpac*<br>*Class Action Litigation*<br>c/o Strategic Claims Services<br>P.O. Box 230<br>600 N. Jackson St., Suite 205<br>Media, PA 19063<br>(866) 274-4004<br>info@strategicclaims.net | and/or | Sara Fuks, Esq.<br>ROSEN LAW FIRM, P.A.<br>275 Madison Avenue, 40th Floor<br>New York, NY 10016<br>(212) 686-1060<br>info@rosenlegal.com |
|---|---|---|

**DO NOT CALL OR WRITE THE COURT, THE OFFICE OF THE CLERK OF THE COURT, DEFENDANTS OR THEIR COUNSEL REGARDING THIS NOTICE.**

Dated: October 19, 2020                              By Order of the Court
United States District Court
District of Oregon

17

**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

| | |
|---|---|
| JOHN BYRNE, Individually and on behalf of all others similarly situated, <br>        Plaintiff, <br><br> v. <br><br> WESTPAC BANKING CORPORATION, BRIAN CHARLES HARTZER, and PETER FRANCIS KING, <br>        Defendants. | **Case No: 3:20-cv-00171-AC** |

**PROOF OF CLAIM AND RELEASE**

Deadline for Submission: January 18, 2021

IF YOU PURCHASED WESTPAC BANKING CORP. ("WESTPAC") SECURITIES ON A U.S. EXCHANGE KNOWN AS AMERICAN DEPOSITARY RECEIPTS ("ADRs") BETWEEN NOVEMBER 11, 2015 AND NOVEMBER 19, 2019, INCLUSIVE, AND WERE DAMAGED THEREBY, YOU MAY BE A SETTLEMENT CLASS MEMBER AND YOU MAY BE ENTITLED TO SHARE IN THE SETTLEMENT PROCEEDS.

**I.    GENERAL INSTRUCTIONS**

1.    To recover as a member of the Settlement Class based on your claims in the action entitled *Byrne v. Westpac Banking Corp., et al.*, No. 3:20-cv-00171-AC (the "Action"), you must complete and, on page 23 hereof, sign this Proof of Claim and Release.  If you fail to file a properly addressed (as set forth in paragraph 3 below) Proof of Claim and Release, your claim may be rejected and you may be precluded from any recovery from the Net Settlement Fund created in connection with the proposed Settlement of the Action.

2.    Submission of this Proof of Claim and Release, however, does not assure that you will share in the proceeds of the Settlement of the Action.

3.    YOU MUST EITHER COMPLETE THE ONLINE VERSION OF THIS CLAIM FORM, AVAILABLE AT **WWW.STRATEGICCLAIMS.NET**, OR EMAIL OR MAIL YOUR COMPLETED AND SIGNED PROOF OF CLAIM AND RELEASE POSTMARKED ON OR BEFORE JANUARY 18, 2021, ADDRESSED AS FOLLOWS TO THE CLAIMS ADMINISTRATOR:

*In re Westpac Class Action Litigation*
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Suite 205
Media, PA 19063
Fax: (610) 565-7985
-or-
Email: info@strategicclaims.net

If you are NOT a member of the Class (as defined in the Postcard Notice or Notice of (i) Pendency of Class Action and Proposed Settlement; (ii) Settlement Hearing; and (iii) Motion for an Award of Attorneys' Fees and Reimbursement of Litigation Expenses (the "Notice"), DO NOT submit a Proof of Claim and Release form.

4.    If you are a member of the Class and you do not timely request exclusion in connection with the proposed Settlement, you will be bound by the terms of any judgment entered in the Action, including the releases provided therein, WHETHER OR NOT YOU SUBMIT A PROOF OF CLAIM AND RELEASE FORM.

5.    PLEASE NOTE: As set forth in the Plan of Allocation, each Authorized Claimant shall receive his, her or its *pro rata* share of the Net Settlement Fund.  If the prorated payment to any Authorized Claimant

18

calculates to less than $10.00, it will not be included in the calculation and no distribution will be made to that Authorized Claimant.

## II.  CLAIMANT IDENTIFICATION

Use Part I of this form entitled "Claimant Identification" to identify the beneficial purchaser of the Westpac ADRs which forms the basis of this claim.  THIS CLAIM MUST BE FILED BY THE ACTUAL BENEFICIAL PURCHASER(S) OR ACQUIRER(S), OR THE LEGAL REPRESENTATIVE OF SUCH PURCHASER(S) OR ACQUIRER(S), OF SHARES OF ADRS UPON WHICH THIS CLAIM IS BASED.

All joint purchasers must sign this claim.  Executors, administrators, guardians, conservators and trustees must complete and sign this claim on behalf of persons represented by them, and their authority must accompany this claim, and their titles or capacities must be stated.  The last four digits of the Social Security (or taxpayer identification) number and telephone number of the beneficial owner may be used in verifying the claim.  Failure to provide the foregoing information could delay verification of your claim or result in rejection of the claim.

If you are acting in a representative capacity on behalf of a Settlement Class Member (for example, as an executor, administrator, trustee, or other representative), you must submit evidence of your current authority to act on behalf of that Settlement Class Member.  Such evidence would include, for example, letters testamentary, letters of administration, or a copy of the trust documents.

NOTICE REGARDING ELECTRONIC FILES:  Certain claimants with large numbers of transactions may request, or may be requested, to submit information regarding their transactions in electronic files.  To obtain the mandatory electronic filing requirements and file layout, you may visit the Settlement website at www.strategicclaims.net, or you may email the Claims Administrator's electronic filing department at efile@strategicclaims.net.  Any file not in accordance with the required electronic filing format will be subject to rejection.  No electronic files will be considered to have been properly submitted unless the Claims Administrator issues an email to that effect after processing your file with your claim numbers and respective account information.  Do not assume that your file has been received or processed until you receive this email. If you do not receive such an email within 10 days of your submission, you should contact the electronic filing department at efile@strategicclaims.net to inquire about your file and confirm it was received and acceptable.

**IMPORTANT: PLEASE NOTE THAT YOUR CLAIM IS NOT DEEMED FILED UNTIL YOU RECEIVE AN ACKNOWLEDGEMENT POSTCARD.  THE CLAIMS ADMINISTRATOR WILL ACKNOWLEDGE RECEIPT OF YOUR CLAIM FORM BY MAIL, WITHIN 60 DAYS.  IF YOU DO NOT RECEIVE AN ACKNOWLEDGEMENT POSTCARD WITHIN 60 DAYS, PLEASE CALL THE CLAIMS ADMINISTRATOR TOLL-FREE AT (866)-274-4004**.

## III.  CLAIM FORM

Use Part II of this form entitled "Schedule of Transactions in Westpac ADRs" to supply all required details of your transaction(s) (including free transfers and deliveries) in and holdings of Westpac ADRs.  If you need more space or additional schedules, attach separate sheets giving all of the required information in substantially the same form.  Sign and print or type your name on each additional sheet.

On the schedules, provide all of the requested information with respect to *all* of your purchases and acquisitions and *all* of your sales of Westpac ADRs between November 11, 2015 and February 14, 2020, whether such transactions resulted in a profit or a loss.  You must also provide all of the requested information with respect to *all* of the Westpac ADRs you held at the close of trading on February 14, 2020.  Failure to report all such transactions may result in the rejection of your claim.

List these transactions separately and in chronological order, by trade date, beginning with the earliest. You must accurately provide the month, day, and year of each transaction you list.

The date of covering a "short sale" is deemed to be the date of purchase of Westpac ADRs.  The date of a "short sale" is deemed to be the date of sale of Westpac ADRs.

Copies of stockbroker confirmation slips, stockbroker statements, or other documents evidencing your transactions in Westpac ADRs should be attached to your claim.  If any such documents are not in your possession, please obtain a copy or equivalent documents from your broker because these documents are necessary to prove and process your claim.  Failure to provide this documentation could delay verification of your claim or result in rejection of your claim.

19

WESTPAC

UNITED STATES DISTRICT COURT
DISTRICT OF OREGON
*Byrne v. Westpac Banking Corp. et al.*
Case No. 3:20-cv-00171-AC

**PROOF OF CLAIM AND RELEASE**

**Must Be Emailed or Postmarked No Later Than: January 18, 2021**

Please Type or Print in Blue or Black Ink

**PART I:   CLAIMANT IDENTIFICATION**

| |
|---|
| Beneficial Owner's Name (First, Middle, Last): |
| |
| Address: |
| |

| City: | State: | ZIP: |
|---|---|---|

| Foreign Province: | Foreign Country: |
|---|---|

| Day Phone: | Evening Phone: |
|---|---|

| Email: |
|---|

| Last Four Digits of Social Security Number (for individuals): | OR | Last Four Digits of Taxpayer Identification Number (for estates, trusts, corporations, etc.): |
|---|---|---|

**PART II:   SCHEDULE OF TRANSACTIONS IN WESTPAC ADRs**

Please be sure to include proper documentation with your Claim Form as described in detail in III – Claim Form, above. Do not include information regarding securities other than Westpac.

| **1. HOLDINGS AS OF NOVEMBER 11, 2015** – State the total number of Westpac ADRs held as of the opening of trading on November 11, 2015 (Must be documented.)  If none, write "zero" or "0." _____ | Confirm Proof of Position Enclosed ○ |
|---|---|

**2.   PURCHASES/ACQUISITIONS FROM NOVEMBER 11, 2015 THROUGH FEBRUARY 14, 2020** – Separately list each and every purchase/acquisition (including free receipts) of Westpac ADRs from after the opening of trading on November 11, 2015 through and including the close of trading on February 14, 2020. (Must be documented.)

| Date of Purchase/Acquisition (List Chronologically) (Month/Day/Year) | Number of Shares Purchased/ Acquired | Purchase/ Acquisition Price Per Share | Total Purchase/Acquisition Price (excluding taxes, commissions, and fees) | Confirm Proof of Purchase Enclosed |
|---|---|---|---|---|
| /    / | | $ | $ | ○ |
| /    / | | $ | $ | ○ |
| /    / | | $ | $ | ○ |
| /    / | | $ | $ | ○ |

20

WESTPAC

| **3. SALES FROM NOVEMBER 11, 2015 THROUGH FEBRUARY 14, 2020** – Separately list each and every sale/disposition (including free deliveries) of Westpac ADRs from after the opening of trading on November 11, 2015 through and including the close of trading on February 14, 2020. (Must be documented.) | | | | **IF NONE, CHECK HERE** ○ |
|---|---|---|---|---|
| Date of Sale (List Chronologically) (Month/Day/Year) | Number of Shares Sold | Sale Price Per Share | Total Sale Price (excluding taxes, commissions, and fees) | Confirm Proof of Sale Enclosed |
| /    / | | $ | $ | ○ |
| /    / | | $ | $ | ○ |
| /    / | | $ | $ | ○ |
| /    / | | $ | $ | ○ |

| **4. HOLDINGS AS OF FEBRUARY 14, 2020** – State the total number of shares of Westpac ADRs held as of the close of trading on February 14, 2020. (Must be documented.)  If none, write "zero" or "0." _____ | Confirm Proof of Position Enclosed ○ |
|---|---|

| **IF YOU REQUIRE ADDITIONAL SPACE FOR THE SCHEDULE ABOVE, ATTACH EXTRA SCHEDULES IN THE SAME FORMAT.  PRINT THE BENEFICIAL OWNER'S FULL NAME AND LAST FOUR DIGITS OF SOCIAL SECURITY/TAXPAYER IDENTIFICATION NUMBER ON EACH ADDITIONAL PAGE.  IF YOU DO ATTACH EXTRA SCHEDULES, CHECK THIS BOX** | ☐ |
|---|---|

**YOU MUST READ AND SIGN THE RELEASE ON PAGE 23.  FAILURE TO SIGN THE RELEASE MAY RESULT IN A DELAY IN PROCESSING OR REJECTION OF YOUR CLAIM.**

**PART III:    RELEASE OF CLAIMS AND SIGNATURE**

**I.    SUBMISSION TO JURISDICTION OF COURT AND ACKNOWLEDGMENTS**

I (We) submit this Proof of Claim and Release under the terms of the Stipulation and Agreement of Settlement, dated October 6, 2020 ("Stipulation"), described in the Postcard Notice and the detailed Notice.[7] I (We) also submit to the jurisdiction of the United States District Court for the District of Oregon with respect to my (our) claim as a Settlement Class Member(s) and for purposes of enforcing the release set forth herein. I (We) further acknowledge that I am (we are) bound by and subject to the terms of any judgment that may be entered in the Action.  I (We) agree to furnish additional information to the Claims Administrator to support this claim if requested to do so.  I (We) have not submitted any other claim in connection with the same purchases of Westpac ADRs and know of no other person having done so on my (our) behalf.

**II.    RELEASE**

1.    Upon the Effective Date of the Settlement, I (we) hereby acknowledge full and complete satisfaction of, and do hereby fully, finally and forever settle, release and discharge from the Released Plaintiffs' Claims (defined below), including Unknown Claims (defined below), each and all of the Defendant Releasees (defined below) as provided in the Stipulation, parts of which are set forth in Paragraphs 2-5 below.

2.    "Defendant Releasees" means each and all of the Defendants, and each and all of their respective past, present or future officers, directors, stockholders, agents, representatives, employees, attorneys, financial or investment advisors, advisors, consultants, accountants, investment bankers, commercial bankers, trustees, engineers, agents, insurers, co-insurers and reinsurers, heirs, executors, general or limited partners or partnerships, personal or legal representatives, estates, administrators, predecessors, successors and assigns, and each and all of Defendants' respective past, present or future families, parent entities, associates, affiliates or subsidiaries, and each and all of their respective past, present or future officers, directors, stockholders, agents, representatives, employees, attorneys, financial or investment advisors, advisors, consultants,

---

[7] All capitalized terms used in this Proof of Claim and Release that are not otherwise defined herein shall have the meanings ascribed to them in the Stipulation, which is available at www.strategicclaims.net.

21

accountants, investment bankers, commercial bankers, trustees, engineers, agents, insurers, co-insurers and reinsurers, heirs, executors, general or limited partners or partnerships, personal or legal representatives, estates, administrators, predecessors, successors and assigns.

3. "Defendants" means Westpac and the Individual Defendants: Brian Charles Hartzer and Peter Francis King

4. "Released Plaintiffs' Claims" means any and all claims (including any claim that the Stipulation was fraudulently induced) debts, demands, rights, actions, suits, causes of action or liabilities whatsoever (including, but not limited to, any and all claims for damages, interest, attorneys' fees, expert or consulting fees, and any other costs, expense or liability whatsoever), known or unknown, including any other current proceedings and future claims, whether based on federal, state, local, statutory or common law or any other law, rule or regulation (whether foreign or domestic), whether class or individual in nature, (including both known claims and Unknown Claims) that were or could have been asserted by Plaintiffs or members of the Settlement Class related to the purchase, sale or other acquisition of Westpac Securities during the Settlement Class Period and which in any way arise from or concern the facts, matters, allegations, transactions, events, disclosures, statements, acts or omissions which have been or could have been asserted by or on behalf of Plaintiffs or any member of the Settlement Class in any forum, whether individual, class, representative, legal, equitable or any other type in any other capacity against Defendants and Defendant Releasees. Released Plaintiffs' Claims do not include any claims relating to the enforcement of the Settlement or any claims against any person or entity who or which submits a request for exclusion from the Settlement Class that is accepted by the Court.

5. "Unknown Claims" means any Released Plaintiffs' Claims which any Plaintiff Releasor does not know or suspect to exist in his, her or its favor at the time of the release of such claims, and any Released Defendants' Claims which any Defendant Releasor does not know or suspect to exist in his, her, or its favor at the time of the release of such claims, which, if known by him, her or it, might have affected his, her or its decision(s) with respect to this Settlement. With respect to any and all Released Claims, the Parties stipulate and agree that, upon the Effective Date of the Settlement, Plaintiffs and Defendants shall expressly waive, and each of the Plaintiff Releasors and each of the other Defendants' Releasors shall be deemed to have waived, and by operation of the Judgment or the Alternate Judgment, if applicable, shall have expressly waived, any and all provisions, rights, and benefits conferred by any law of any state or territory of the United States, or principle of common law or foreign law, which is similar, comparable, or equivalent to California Civil Code §1542, which provides:

> **A general release does not extend to claims which the creditor does not know or suspect to exist in his or her favor at the time of executing the release, which if known by him or her must have materially affected his or her settlement with the debtor.**

6. Plaintiff Releasors may hereafter discover facts in addition to or different from those which they now know or believe to be true with respect to the subject matter of the Released Plaintiffs' Claims, but each of them hereby stipulates and agrees that Plaintiff Releasors shall be deemed to settle and release, and upon the Effective Date and by operation of the Judgment or Alternate Judgment shall have settled and released, fully, finally, and forever, any and all Released Plaintiffs' Claims against Defendants, known or unknown, suspected or unsuspected, contingent or noncontingent, whether or not concealed or hidden, which now exist, or which heretofore existed upon any theory of law or equity now existing or coming into existence in the future, including, but not limited to, conduct that is negligent or intentional and with or without malice, or a breach of any duty, law, or rule, without regard to the subsequent discovery or existence of such different or additional facts. Similarly, Defendant Releasors may hereafter discover facts in addition to or different from those which they now know or believe to be true with respect to the subject matter of Released Defendants' Claims, but each of them hereby stipulates and agrees that Defendant Releasors shall be deemed upon the Effective Date and by operation of the Judgment or Alternate Judgment, to have fully, finally, and forever settled and released any and all Released Defendants' Claims against Plaintiffs, known or unknown, suspected or unsuspected, contingent or non-contingent, whether or not concealed or hidden, which now exist, or heretofore have existed upon any theory of law or equity now existing or coming into existence in the future, including, but not limited

22

to, conduct which is negligent, intentional, with or without malice, or a breach of any duty, law, or rule, without regard to the subsequent discovery or existence of such different or additional facts. Plaintiffs and Defendants acknowledge, and each of the other Plaintiff Releasors and each of the other Defendant Releasors shall be deemed by operation of law to have acknowledged, that the foregoing waiver was separately bargained for and a key element of the Settlement.

7.    I (We) hereby warrant and represent that I (we) have not assigned or transferred or purported to assign or transfer, voluntarily or involuntarily, any matter released pursuant to this release or any other part or portion thereof.

8.    I (We) hereby warrant and represent that I (we) have included information about all of my (our) purchases and sales of Westpac ADRs between November 11, 2015 and February 14, 2020, and the number of shares of Westpac ADRs held by me (us) at the close of trading on February 14, 2020.

9.    I (We) certify that I am (we are) not subject to backup withholding under the provisions of Section 3406(a)(1)(C) of the Internal Revenue Code.

Note:    If you have been notified by the Internal Revenue Service that you are subject to backup withholding, please strike out the language that you are not subject to backup withholding in the certification above.

10. I (We) declare under penalty of perjury under the laws of the United States of America that the foregoing information supplied by the undersigned is true and correct.

Executed    this    _____    day    of    _____
                                                                                                (Month/Year)

in _____, _____.
                                (City)                                                                    (State/Country)


_____                    _____
(Sign your name here)                                                (Sign your name here)


_____                    _____
(Type or print your name here)                                    (Type or print your name here)


_____                    _____
(Capacity of person(s) signing, *e.g.*,                        (Capacity of person(s) signing, *e.g.,*
Beneficial Purchaser or Acquirer,                                Beneficial Purchaser or Acquirer,
Executor or Administrator)                                          Executor or Administrator)


**ACCURATE CLAIMS PROCESSING TAKES A
SIGNIFICANT AMOUNT OF TIME.
THANK YOU FOR YOUR PATIENCE.**

*In re Westpac Class Action Litigation*
c/o Strategic Claims Services
600 N. Jackson St., Ste. 205
Media, PA 19063

**IMPORTANT LEGAL NOTICE – PLEASE FORWARD**

Reminder Checklist:
1.  Please sign and date the above release and declaration.  If this Proof of Claim and Release is submitted on behalf of joint claimants, then both claimants must sign.
2.  Remember to attach supporting documentation.
3.  DO NOT send original stock certificates.
4.  Keep a copy of everything you submit for your records, including your Proof of Claim and Release form.
5.  The Claims Administrator will acknowledge receipt of your Claim Form by mail, within 60 days.  Your claim is not deemed filed until you receive an acknowledgement postcard.  If you do not receive an acknowledgement postcard within 60 days, please call the Claims Administrator toll-free at (866) 274-4004.
6.  If you move after submitting this Proof of Claim and Release, please notify the Claims Administrator of the change in your address.

**THIS     PROOF     OF     CLAIM     AND     RELEASE     MUST     BE     SUBMITTED     ONLINE     AT WWW.STRATEGICCLAIMS.NET, OR VIA EMAIL OR POSTMARKED NO LATER THAN JANUARY 18, 2021, ADDRESSED AS FOLLOWS:**

*In re Westpac Class Action Litigation*
c/o Strategic Claims Services
P.O. Box 230
600 N. Jackson St., Suite 205
Media, PA 19063
Tel.: (866) 274-4004
Fax: (610) 565-7985
-or-
Email: info@strategicclaims.net

Carmen A. Cerza

EXHIBIT E

December 23, 2020

In re Westpac Class Action Litigation
EXCLUSIONS
C/O Strategic Claims Services
P.O. Box 230
600 N Jackson Street, Ste 205
Media, PA 19063

Dear Sir/Madam,

I request to please be excluded from the Settlement Class in In re Westpac Class Action Litigation, Case No. 3:20-cv-00171-AC.

As of the beginning of trading November 11, 2015, I held 83 Westpac Banking Corp ADRs.

I made the following transactions of Westpac Banking Corp ADRs during the class period from November 11, 2015 through November 19, 2019 Inclusive:

| Date | Bought/Sold | Quantity | Price per Share | Total Purchase |
|---|---|---|---|---|
| 03/23/2016 | Sold | 3 | $24.42 | $ 73.26 |
| 05/17/2016 | Bought | 2 | $22.01 | $ 44.02 |
| 03/23/2017 | Sold | 4 | $25.59 | $ 102.36 |
| 03/24/2017 | Sold | 18 | $25.77 | $ 463.86 |
| 03/28/2017 | Sold | 1 | $26.25 | $ 26.25 |
| 03/28/2017 | Bought | 1 | $26.29 | $ 26.29 |
| 06/21/2017 | Bought | 4 | $22.63 | $ 90.52 |
| 06/22/2017 | Bought | 13 | $22.99 | $ 298.87 |
| 08/09/2017 | Bought | 16 | $25.43 | $ 406.88 |
| 11/13/2017 | Sold | 2 | $24.51 | $ 49.02 |
| 04/03/2018 | Bought | 2 | $21.96 | $ 43.92 |
| 07/25/2018 | Sold | 2 | $21.72 | $ 43.44 |
| 02/20/2019 | Sold | 45 | $18.94 | $ 852.30 |
| 09/30/2019 | Sold | 7 | $20.01 | $ 140.07 |
| 11/6/2019 | Sold | 3 | $18.71 | $ 56.13 |
| 11/7/2019 | Sold | 27 | $18.80 | $ 507.60 |
| 11/08/2019 | Sold | 9 | $18.17 | $ 163.48 |

As of close of trading November 19, 2019 I held zero ADRS of Westpac Banking Corp which were purchased during the class period November 11, 2015 through November 19, 2019.

I, Carmen A. Cerza, hereby attest I was the beneficial owner of the ADRs referenced above and have signed this request under penalty of perjury.

Carmen A. Cerza



Leslie Cornett

December 23, 2020

In re Westpac Class Action Litigation
EXCLUSIONS
C/O Strategic Claims Services
P.O. Box 230
600 N Jackson Street, Ste 205
Media, PA 19063

Dear Sir/Madam,

I request to please be excluded from the Settlement Class in In re Westpac Class Action Litigation, Case No. 3:20-cv-00171-AC.

As of the beginning of trading November 11, 2015, I held zero Westpac Banking Corp ADRs.

On 1/21/2017 I inherited 20 Westpac Banking Corp ADRs with a total cost basis of $484.11.

On 4/21/2017 I sold all 20 Westpac Banking Corp ADRs at $25.84 for a total of $516.78

As of close of trading November 19, 2019 I held zero Westpac Banking Corp ADRs.

I, Leslie Cornett, hereby attest I was the beneficial owner of the ADRs referenced above and have signed this request under penalty of perjury.


Leslie Cornett

*THE*

SM **Zaugg Financial Group, Inc.**

5101 Cleveland Street, Suite 302 • Virginia Beach, VA 23462

11 FEB 2021   PM 6   L

USA FOREVER

IN RE WESTPAC CLASS ACTION LITIGATION
EXCLUSIONS
C/O STRATEGIC CLAIMS SVCS
P.O. BOX 230
600 N. JACKSON ST STE 205
MEDIA PA 19063

FEB 1 8 2021

The Zaugg Financial Group, Inc. is not a Broker/Dealer.
Securities Offered Through:
RAYMOND JAMES FINANCIAL SERVICES, INC.®
Member FINRA/SIPC

19063-256455

Nancy A. Gay, Trustee
Nancy A. Gay Revocable Trust

December 23, 2020

In re Westpac Class Action Litigation
EXCLUSIONS
C/O Strategic Claims Services
P.O. Box 230
600 N Jackson Street, Ste 205
Media, PA 19063

Dear Sir/Madam,

I request for the Nancy A. Gay Revocable Trust to please be excluded from the Settlement Class in In re Westpac Class Action Litigation, Case No. 3:20-cv-00171-AC.

As of the beginning of trading November 11, 2015, the Nancy A. Gay Revocable Trust held 42 Westpac Banking Corp ADRs.

The Nancy A. Gay Revocable Trust made the following transactions of Westpac Banking Corp ADRs during the class period from November 11, 2015 through November 19, 2019 Inclusive:

| Date | Bought/Sold | Quantity | Price per Share | Total Purchase |
|------|-------------|----------|-----------------|----------------|
| 11/07/2016 | Bought | 3 | $23.68 | $ 71.04 |
| 03/23/2017 | Sold | 2 | $25.59 | $ 51.18 |
| 03/24/2017 | Sold | 11 | $25.77 | $ 283.47 |
| 06/21/2017 | Bought | 2 | $22.63 | $ 45.26 |
| 06/22/2017 | Bought | 6 | $22.99 | $ 137.94 |
| 08/09/2017 | Bought | 9 | $25.43 | $ 228.87 |
| 11/10/2017 | Bought | 1 | $24.57 | $ 24.57 |
| 11/15/2018 | Bought | 4 | $18.33 | $ 73.32 |
| 09/30/2019 | Sold | 6 | $20.01 | $ 120.06 |
| 11/06/2019 | Sold | 4 | $18.71 | $ 74.84 |
| 11/07/2019 | Sold | 33 | $18.80 | $ 620.40 |
| 11/08/2019 | Sold | 11 | $18.17 | $ 199.87 |

As of close of trading November 19, 2019 the Nancy A. Gay Revocable Trust held zero ADRS of Westpac Banking Corp.

I, Nancy A. Gay, hereby attest I am Trustee of the Nancy A. Gay Revocable Trust which was the beneficial owner of the ADRs referenced above and have signed this request under penalty of perjury.

Nancy A. Gay, Trustee
Nancy A. Gay Revocable Trust

**THE**
**Zaugg Financial Group, Inc.**
5101 Cleveland Street, Suite 302 • Virginia Beach, VA 23462

16 JAN 2021   PM 4   L


USA FOREVER

7AM 1 9 2021

IN RE WESTPAC CLASS ACTION LITIGATION
EXCLUSIONS
C/O STRATEGIC CLAIMS SERVICES
P O BOX 230
600 N. JACKSON ST STE 205
MEDIA PA  19063

The Zaugg Financial Group, Inc. is not a Broker/Dealer.
Securities Offered Through:
**RAYMOND JAMES FINANCIAL SERVICES, INC.®**
Member FINRA/SIPC



16 February 2021

*In re Westpac Class Action Litigation*—EXCLUSIONS,
c/o Strategic Claims Services,
P.O. Box 230,
600 N. Jackson St.,
Suite 205,
Media, PA 19063

**Request for Exclusion from the Settlement Class**

Dear Sir or Madam:

We refer to your Notice of Settlement dated 19 October 2020, outlining a summary of the details of the proposed settlement in respect of the case identified above and known as *In re Westpac Class Action Litigation*, Case No. 3:20-cv-00171-AC.

Settlement Class Members wishing to be excluded from the proposed settlement were required to submit a written request to be excluded from the settlement. That written request was to be received by you no later than 8 March 2021.

Noting that exclusion from the settlement is the only option that allows a class member to ever be part of any other lawsuit against any of the Defendants or the other Defendant Releasees concerning the Released Plaintiffs' Claims, and being members of the Australian Class Action against the Defendants, the entities listed below hereby request exclusion from from the Settlement Class in *In re Westpac Class Action Litigation*, Case No. 3:20-cv-00171-AC:

- *Togethr Trustees Pty Ltd*
- *Equipsuper Pty Ltd (former name of Togethr Trustees Pty Ltd)*
- *Equipsuper superannuation fund*
- *Rio Tinto Staff Superannuation Fund.*

The transactional details of the relevant securities purchased, acquired and/or sold during the Class Periods can be found in the attached Appendix A.

Equipsuper Superannuation Fund
ABN 33 813 823 017  USI 33 813 823 017 000

Togethr Trustees Pty Ltd
ABN 64 006 964 049  AFSL 246383

Level 12, 330 Collins Street
Melbourne VIC 3000

GPO Box 625, Collins Street West
Melbourne VIC 8007

1800 682 626
(03) 9245 5990
www.equipsuper.com.au/contact
www.equipsuper.com.au




Please direct any further correspondence regarding this litigation to:

Catherine Curtain
Direct:
Email:
Address of all entities is:

Yours faithfully,

Scott Cameron (Feb 16, 2021 14:54 GMT+11)

**Scott Cameron**
**CEO**
*Togethr Trustees Pty Ltd as Trustee for*
*Equipsuper Superannuation Fund and*
*Rio Tinto Staff Superannuation Fund*

Appendix A

| AccountNbr | ClientAccountName | SecurityType | SecurityID | TransactionType | TransDate | TransShares | ShareOrParValue | TransOtherCharges | TransAmount |
|---|---|---|---|---|---|---|---|---|---|
| | Rio Tinto Staff Superannuation Fund | ISIN | US9612143019 | BEGINNING | 12/16/2013 | 0 | 0 | 0 | |
| | Rio Tinto Staff Superannuation Fund | ISIN | US9612143019 | P | 01/29/2016 | 27900 | 21.701 | 837 | 605457.9 |
| | Rio Tinto Staff Superannuation Fund | ISIN | US9612143019 | P | 02/01/2016 | 10300 | 21.8226 | 0 | 224772.78 |
| | Rio Tinto Staff Superannuation Fund | ISIN | US9612143019 | P | 02/04/2016 | 1700 | 21.6839 | 0 | 36862.63 |
| | Rio Tinto Staff Superannuation Fund | ISIN | US9612143019 | P | 02/04/2016 | 7800 | 21.6839 | 0 | 169134.42 |
| | Rio Tinto Staff Superannuation Fund | ISIN | US9612143019 | P | 02/05/2016 | 1000 | 21.621 | 0 | 21621 |
| | Rio Tinto Staff Superannuation Fund | ISIN | US9612143019 | P | 02/16/2016 | 2500 | 20.607 | 0 | 51517.5 |
| | Rio Tinto Staff Superannuation Fund | ISIN | US9612143019 | P | 02/17/2016 | 4200 | 20.7107 | 0 | 86984.94 |
| | Rio Tinto Staff Superannuation Fund | ISIN | US9612143019 | P | 02/17/2016 | 1700 | 20.7107 | 0 | 35208.19 |
| | Rio Tinto Staff Superannuation Fund | ISIN | US9612143019 | P | 02/17/2016 | 4400 | 20.7107 | 0 | 91127.08 |
| | Rio Tinto Staff Superannuation Fund | ISIN | US9612143019 | P | 02/18/2016 | 2900 | 21.3035 | 0 | 61780.15 |
| | Rio Tinto Staff Superannuation Fund | ISIN | US9612143019 | P | 03/02/2016 | 2300 | 22.2956 | 0 | 51279.88 |
| | Rio Tinto Staff Superannuation Fund | ISIN | US9612143019 | S | 03/14/2016 | -2800 | 24.7553 | 1.52 | -69314.84 |
| | Rio Tinto Staff Superannuation Fund | ISIN | US9612143019 | S | 03/18/2016 | -5300 | 24.998 | 161.89 | -132489.4 |
| | Rio Tinto Staff Superannuation Fund | ISIN | US9612143019 | S | 03/22/2016 | -1600 | 24.5546 | 0.86 | -39287.36 |
| | Rio Tinto Staff Superannuation Fund | ISIN | US9612143019 | P | 04/20/2016 | 895794 | 26.5433 | 0 | 23777328.88 |
| | Rio Tinto Staff Superannuation Fund | ISIN | US9612143019 | P | 04/21/2016 | 93650 | 31.057 | 2035.94 | 2908488.05 |
| | Rio Tinto Staff Superannuation Fund | ISIN | US9612143019 | S | 04/28/2016 | -1200 | 23.442 | 0.62 | -28130.4 |
| | Rio Tinto Staff Superannuation Fund | ISIN | US9612143019 | S | 05/02/2016 | -989444 | 26.9726 | 0 | -26687877.23 |
| | Rio Tinto Staff Superannuation Fund | ISIN | US9612143019 | S | 05/02/2016 | -2600 | 22.555 | 1.28 | -58643 |
| | Rio Tinto Staff Superannuation Fund | ISIN | US9612143019 | S | 05/02/2016 | -1600 | 22.6326 | 0.79 | -36212.16 |
| | Rio Tinto Staff Superannuation Fund | ISIN | US9612143019 | S | 05/03/2016 | -22800 | 22.7029 | 239.29 | -517626.12 |
| | Rio Tinto Staff Superannuation Fund | ISIN | US9612143019 | S | 05/04/2016 | -28800 | 22.6367 | 878.22 | -651936.96 |
| | Rio Tinto Staff Superannuation Fund | ISIN | US9612143019 | UNSOLD HOLDINGS | 11/19/2019 | 0 | 0 | 0 | |

# Westpac Exclusion Letter

Final Audit Report                                                    2021-02-16

| | |
|---|---|
| Created: | 2021-02-16 |
| By: | Catherine Curtain |
| Status: | Signed |
| Transaction ID: | CBJCHBCAABAAS-3SVTBrA5EjAeiFpiEm8h7o-2Ei5V5l |

## "Westpac Exclusion Letter" History

📄 Document created by Catherine Curtain
2021-02-16 - 3:41:42 AM GMT- IP address: 1.120.5.228

📧 Document emailed to Scott Cameron (                              for signature
2021-02-16 - 3:42:27 AM GMT

📄 Email viewed by Scott Cameron
2021-02-16 - 3:49:20 AM GMT- IP address: 49.184.13.148

✍️ Document e-signed by Scott Cameron
Signature Date: 2021-02-16 - 3:54:12 AM GMT - Time Source: server- IP address: 101.173.129.235

✅ Agreement completed.
2021-02-16 - 3:54:12 AM GMT

**Adobe Sign**

Case 3:20-cv-00171-AC   Document 32-1   Filed 03/16/21   Page 48 of 84

## Express International Post

For Postal Zones please refer to **auspost.com.au/sending/send-overseas**

International Post Guide: **auspost.com.au/ipg**

**· ⊕ Worldwide** Country specific limitations apply. See the International Post Guide for details.

**· ⊕ Tracking** Articles can be tracked at **auspost.com.au/track** Country specific limitations apply. For more information see the International Post Guide.

**· ✍ Signature on Delivery** Country specific limitations apply. For more information, check our International Post Guide.

**··Estimated delivery time** between metro areas of major cities. Excludes time in customs if applicable and may be subject to delay due to causes outside of Australia Post's control.

This article is carried under the Australia Post terms and conditions. View these and the International Post Guide online at **auspost.com.au** or ask at your nearest Post Office.



99703101200200

**Customs Copy** Retain For Records



**CN23**

D 9 2021

**PULL** ➤

### 1. From (Sender)

Name: Catherine Curtain

MyPost No.

Telephone No.

Company Name

Address

City / State / Postcode

Country

### 2. To (Receiver)

Name: Strategic Claims Services

Company Name: Westpac Class Action Litigation Exclusions

Importer's Reference No.

Address: PO Box 230, 600 N Jackson Street Suite 205

City / State / Postcode: Media PA 19063

Country: USA

### Instructions

1. Please read the Australia Post Terms and Conditions applying to this service, available at www.auspost.com.au or at a Post Office.
2. Please press firmly with a ballpoint pen - you are making multiple copies.
3. Please write the destination city and country in ENGLISH. If you also wish to address the item in the language of destination, please attach a separate address directly to the package.

### 4. Extra Cover

☐ Extra Cover* (Tick)    * For UPU purposes Extra Cover means Insured Value

Amount Of Cover (AUD$)

### 5. In Case Of Non-Delivery

☐ Return By Most Economical Route    ☐ Treat As Abandoned

### 6. Sender's Authorisation And Signature

The sender acknowledges: • this article may be carried by air and will be subject to aviation security and clearing procedures • carriage of the article is subject to the Australia Post Terms and Conditions available at www.auspost.com.au or at a Post Office • they may be liable for any costs imposed by Customs, including customs or excise duty.

The sender declares: • the information provided in this customs declaration form is true and correct • the article does not contain any explosive or incendiary devices, dangerous goods (other than those permitted and specif... ... ... by postal or customs regulation.

Signature Of Sender: Articles without this decl...

### 3. Customs Declaration

Category Of Item (Tick): ☑ Documents   ☐ Gift   ☐ Commercial Sample   ☐ Returned Goods

☐ Other    Reason For Export

| Full Description Of Goods | No. Of Items | Net Weight (kgs) | Value (AUD$) | HS Tariff No. | Country Of Origin |
|---|---|---|---|---|---|
| (34) |  |  | $ |  |  |
|  |  |  | $ |  |  |
|  |  |  | $ |  |  |
|  |  |  | $ |  |  |
| **TOTAL** |  |  | $ | **For goods with a value of $2,000 (AUD) or more** |  |

**Export Clearance No.****

**For Commercial Items Only**

**AUSTRALIA POST**

**Limitations Of Liability** Australia Post is not a common carrier and accepts no liability as such. The Warsaw Convention may apply to the carriage of goods under this service and exclude or limit Australia Post's liability for losses. See the Australia Post Terms and Conditions at **www.auspost.com.au** or at a Post Office.

Mail  9:35 AM  Wed Feb 10                                                    58%

securemessaging.raymondjames.com

## Mary R. Chavent

December 23, 2020

In re Westpac Class Action Litigation
EXCLUSIONS
C/O Strategic Claims Services
P.O. Box 230
600 N Jackson Street, Ste 205
Media, PA 19063

Dear Sir/Madam,

I request to please be excluded from the Settlement Class in In re Westpac Class Action Litigation, Case No. 3:20-cv-00171-AC.

As of the beginning of trading November 11, 2015, I held zero Westpac Banking Corp ADRs.

I made the following transactions of Westpac Banking Corp ADRs during the class period from November 11, 2015 through November 19, 2019 Inclusive:

| Date | Bought/Sold | Quantity | Price per Share | Total Purchase |
|---|---|---|---|---|
| 08/12/2016 | Bought | 78 | $22.640 | $1,765.84 |
| 03/23/2017 | Sold | 6 | $25.590 | $ 153.54 |
| 03/24/2017 | Sold | 18 | $25.770 | $ 436.81 |
| 06/21/2017 | Bought | 5 | $22.630 | $ 113.11 |
| 06/22/2017 | Bought | 10 | $22.990 | $ 229.91 |
| 08/09/2017 | Bought | 14 | $25.430 | $ 356.07 |
| 08/23/2017 | Bought | 20 | $25.790 | $ 515.80 |
| 08/21/2018 | Bought | 4 | $21.670 | $ 86.68 |
| 08/26/2019 | Bought | 10 | $18.760 | $ 187.60 |
| 09/30/2019 | Sold | 22 | $20.010 | $ 440.12 |
| 11/05/2019 | Sold | 1 | $18.670 | $ 18.67 |
| 11/06/2019 | Sold | 10 | $18.710 | $ 187.13 |
| 11/07/2019 | Sold | 65 | $18.800 | $1,221.97 |
| 11/08/2019 | Sold | 19 | $18.170 | $ 345.13 |

As of close of trading November 19, 2019 we held zero ADRS of Westpac Banking Corp which were purchased during the class period November 11, 2015 through November 19, 2019.

I, Mary R. Chavent, hereby attest I was the beneficial owners of the stock referenced above and have signed this request under penalty of perjury

Mary R. Chavent

10 FEB 2021 PMS 7L

FEB 12 2021

Westpak Class Litigation
Exclusions
c/o Claims Service
PO Box 230
600 N Jackson St Ste 205
Media, PA 19063

Mark Mirabile

In re Westpac Class Action Litigation – EXCLUSIONS                    January 4, 2021
c/o Strategic Claims Services
PO Box 230
600 N Jackson – Suite 205
Media, PA  19063

Re: Exclusion from referenced Class Action Lawsuit/Settlement – Case No 3:20-cv-00171-AC

To Whom It May Concern:

Remove me, Mark F Mirabile
        and exclude the shares purchased, sold or still being held (identified below) from the Settlement
Class in In re Westpac Class Action Litigation, Case No 3:20-cv-00171-AC.

Share Held November 11, 2015                    Zero (0) shares
   Shares Traded at RBC

| Date | Shares Purch | Shares Sold | Price Per | Total |
|---|---|---|---|---|
| 3-May-17 | 600 | | $25.69245 | $15,415.47 |
| 5-Jul-17 | 250 | | $23.59990 | $5,899.98 |
| 7-Dec-17 | | 600 | $23.54140 | $14,124.84 |
| 8-Feb-18 | 250 | | $23.75000 | $5,937.50 |
| 14-May-18 | 250 | | $22.60900 | $5,652.25 |
| 13-Sep-18 | 250 | | $19.95900 | $4,989.75 |
| 30-Nov-18 | | 250 | $18.97500 | $4,743.75 |
| 22-Mar-19 | | 500 | $18.62200 | $9,311.00 |
| 24-Jun-19 | - | 250 | $19.73200 | $4,933.00 |
| Total | 1600 | 1600 | | $4,782.36 |

   Zero Shares held in RBC as of 11/19/2019

   Shares Traded at Merrill Lynch

| Date | Shares Purch | Shares Sold | Price Per | Total |
|---|---|---|---|---|
| 8-Feb-18 | 300 | | $24.13240 | $7,239.72 |
| 7-Mar-18 | 50 | | $23.21000 | $1,160.50 |
| 14-May-18 | 50 | | $22.62000 | $1,131.00 |
| 19-Jul-19 | - | 300 | $19.70500 | $5,911.50 |
| Total | 400 | 300 | | $1,328.22 |

   100 Shares still held in Merrill Lynch as of November 19, 2019

Sincerely,

Mark F Mirabile

Mr. & Mrs. Mark Mirabile

6 JAN 2021    PM 3  L

FOREVER / USA

IN RE WESTPAC Class Action Litigation – Exclusions
C/O Strategic Claims Services
P.O. Box 230
600 N Jackson – Suite 205
Media, PA. 19063

JAN 1 1 2021

19063-256455

Jules V. Nix

December 23, 2020

In re Westpac Class Action Litigation
EXCLUSIONS
C/O Strategic Claims Services
P.O. Box 230
600 N Jackson Street, Ste 205
Media, PA 19063

Dear Sir/Madam,

I request to please be excluded from the Settlement Class in In re Westpac Class Action Litigation, Case No. 3:20-cv-00171-AC.

As of the beginning of trading November 11, 2015, I held 54 Westpac Banking Corp ADRs.

I made the following transactions of Westpac Banking Corp ADRs during the class period from November 11, 2015 through November 19, 2019 Inclusive:

| Date | Bought/Sold | Quantity | Price per Share | Total Purchase |
|------|-------------|----------|-----------------|----------------|
| 03/22/2016 | Sold | 2 | $24.57 | $ 49.14 |
| 03/23/2017 | Sold | 3 | $25.59 | $ 76.77 |
| 03/24/2017 | Sold | 12 | $25.77 | $ 309.24 |
| 03/27/2017 | Bought | 3 | $25.83 | $ 77.49 |
| 06/21/2017 | Bought | 4 | $22.63 | $ 90.52 |
| 06/22/2017 | Bought | 7 | $22.99 | $ 160.93 |
| 08/09/2017 | Bought | 11 | $25.43 | $ 279.73 |
| 04/02/2018 | Bought | 4 | $22.08 | $ 88.32 |
| 02/20/2019 | Sold | 66 | $18.94 | $ 1,250.04 |

As of close of trading November 19, 2019 I held zero ADRS of Westpac Banking Corp which were purchased during the class period November 11, 2015 through November 19, 2019.

I, Jules V. Nix, hereby attest I was the beneficial owner of the ADRs referenced above and have signed this request under penalty of perjury.

Jules V. Nix

**THE**
**Zaugg Financial Group, Inc.**
5101 Cleveland Street, Suite 302 ♦ Virginia Beach, VA 23462

22 JAN 2021   PM 3  L

USA FOREVER

The Zaugg Financial Group, Inc. is not a Broker/Dealer.
Securities Offered Through:
**RAYMOND JAMES FINANCIAL SERVICES, INC.®**
Member FINRA/SIPC

19063-256455

IN RE WESTPAC CLASS ACTION LITIGATION
EXCLUSIONS
C/O STRATEGIC CLAIMS SVCS
PO BOX 230
600 N JACKSON ST STE 205  JAN 25 2021
MEDIA PA 19063

Roland R. Shaw
and Ianet S. Shaw

December 23, 2020

In re Westpac Class Action Litigation
EXCLUSIONS
C/O Strategic Claims Services
P.O. Box 230
600 N Jackson Street, Ste 205
Media, PA 19063

Dear Sir/Madam,

We request to please be excluded from the Settlement Class in In re Westpac Class Action Litigation, Case No. 3:20-cv-00171-AC.

As of the beginning of trading November 11, 2015, we held 58 Westpac Banking Corp ADRs.

We made the following transactions of Westpac Banking Corp ADRs during the class period from November 11, 2015 through November 19, 2019 Inclusive:

| Date | Bought/Sold | Quantity | Price per Share | Total Purchase |
|------|-------------|----------|-----------------|----------------|
| 03/07/2017 | Bought | 6 | $26.110 | $156.65 |
| 03/23/2017 | Sold | 4 | $25.590 | $102.35 |
| 03/24/2017 | Sold | 15 | $25.770 | $386.51 |
| 06/21/2017 | Bought | 5 | $22.630 | $113.14 |
| 06/22/2017 | Bought | 8 | $22.990 | $183.93 |
| 08/14/2017 | Bought | 13 | $25.430 | $330.63 |
| 09/30/2019 | Sold | 5 | $20.010 | $100.02 |
| 11/05/2019 | Sold | 1 | $18.670 | $ 18.67 |
| 11/06/2019 | Sold | 7 | $18.710 | $130.99 |
| 11/07/2019 | Sold | 45 | $18.800 | $845.98 |
| 11/08/2019 | Sold | 13 | $18.170 | $236.14 |

As of close of trading November 19, 2019 we held zero ADRS of Westpac Banking Corp which were purchased during the class period November 11, 2015 through November 19, 2019.

We, Roland R. Shaw and Janet S. Shaw, hereby attest we were the beneficial owners of the stock referenced above and have signed this request under penalty of perjury.

Roland R. Shaw                                    Janet S. Shaw

**RAYMOND JAMES®**

**SHAW**
**Roland R. Shaw**

Activity from 01/01/2015 to 12/31/2015        Symbol/CUSIP: wbk

Filtered By: Purchase,Sale

Account:        - Roland Freedom UMA

| Date | Trade Date | Settle Date | Symbol /CUSIP | Description | Category | Activity Type | Quantity | Price | Amount | Additional Detail |
|---|---|---|---|---|---|---|---|---|---|---|
| 02/27/2015 | 02/27/2015 | 03/04/2015 | WBK | WESTPAC BANKING CORPORATION SPONSORED ADR (AUSTRALIA)      (WBK) | Purchase | Purchase | 1.00000 | $29.770 | ($29.77) | ON AGENCY BASIS |
| 08/12/2015 | 08/12/2015 | 08/17/2015 | WBK | WESTPAC BANKING CORPORATION SPONSORED ADR (AUSTRALIA)      (WBK) | Purchase | Purchase | 2.00000 | $23.290 | ($46.59) | ON AGENCY BASIS |
| 08/13/2015 | 08/13/2015 | 08/18/2015 | WBK | WESTPAC BANKING CORPORATION SPONSORED ADR (AUSTRALIA)      (WBK) | Purchase | Purchase | 15.00000 | $23.570 | ($353.56) | ON AGENCY BASIS |
| Total | | | | | | | | | ($429.92) | |

Case 3:20-cv-00171-AC   Document 32-1   Filed 03/16/21   Page 56 of 84

Case 3:20-cv-00171-AC   Document 32-1   Filed 03/16/21   Page 57 of 84

**RAYMOND JAMES®**

SHAW
Roland R. Shaw

Activity from 01/01/2016 to 12/31/2016     Symbol/CUSIP: wbk

No History for selected activity type filter(s) for account:

Filtered By: Purchase,Sale

| Date | Trade Date | Settle Date | Symbol /CUSIP | Description | Category | Activity Type | Quantity | Price | Amount | Additional Detail |
|------|-----------|-------------|---------------|-------------|----------|---------------|----------|-------|--------|-------------------|
| Total | | | | | | | | | | |

Case 3:20-cv-00171-AC    Document 32-1    Filed 03/16/21    Page 58 of 84

Activity from 01/01/2017 to 12/31/2017          Symbol/CUSIP: wbk

Filtered By: Purchase,Sale

Account:          - Roland Freedom UMA

| Date | Trade Date | Settle Date | Symbol /CUSIP | Description | Category | Activity Type | Quantity | Price | Amount | Additional Detail |
|------|-----------|-------------|---------------|-------------|----------|---------------|----------|-------|--------|-------------------|
| 03/07/2017 | 03/07/2017 | 03/10/2017 | WBK | WESTPAC BANKING CORPORATION SPONSORED ADR (AUSTRALIA)    (WBK) | Purchase | Purchase | 6.00000 | $26.110 | ($156.65) | ON AGENCY BASIS |
| 03/24/2017 | 03/24/2017 | 03/29/2017 | WBK | WESTPAC BANKING CORPORATION SPONSORED ADR (AUSTRALIA)    (WBK) | Sale/ Redemption | Sale | -15.00000 | $25.770 | $386.51 | ON AGENCY BASIS |
| 03/24/2017 | 03/23/2017 | 03/28/2017 | WBK | WESTPAC BANKING CORPORATION SPONSORED ADR (AUSTRALIA)    (WBK) | Sale/ Redemption | Sale | -4.00000 | $25.590 | $102.35 | ON AGENCY BASIS |
| 06/21/2017 | 06/21/2017 | 06/26/2017 | WBK | WESTPAC BANKING CORPORATION SPONSORED ADR (AUSTRALIA)    (WBK) | Purchase | Purchase | 5.00000 | $22.630 | ($113.14) | ON AGENCY BASIS |
| 06/22/2017 | 06/22/2017 | 06/27/2017 | WBK | WESTPAC BANKING CORPORATION SPONSORED ADR (AUSTRALIA)    (WBK) | Purchase | Purchase | 8.00000 | $22.990 | ($183.93) | ON AGENCY BASIS |
| 08/09/2017 | 08/09/2017 | 08/14/2017 | WBK | WESTPAC BANKING CORPORATION SPONSORED ADR (AUSTRALIA)    (WBK) | Purchase | Purchase | 13.00000 | $25.430 | ($330.63) | ON AGENCY BASIS |
| **Total** | | | | | | | | | ($295.49) | |

**RAYMOND JAMES®**

SHAW
Roland R. Shaw

Activity from 01/01/2018 to 12/31/2018     Symbol/CUSIP: wbk

No History for selected activity type filter(s) for account:

Filtered By: Purchase,Sale

| Date | Trade Date | Settle Date | Symbol /CUSIP | Description | Category | Activity Type | Quantity | Price | Amount | Additional Detail |
|---|---|---|---|---|---|---|---|---|---|---|
| Total | | | | | | | | | | |

Case 3:20-cv-00171-AC  Document 32-1  Filed 03/16/21  Page 60 of 84

**RAYMOND JAMES®**

**SHAW**
Roland R. Shaw

Activity from 01/01/2020 to 12/23/2020     Symbol/CUSIP: wbk

No History for selected activity type filter(s) for account:

Filtered By: Purchase,Sale

| Date | Trade Date | Settle Date | Symbol /CUSIP | Description | Category | Activity Type | Quantity | Price | Amount | Additional Detail |
|------|-----------|-------------|---------------|-------------|----------|---------------|----------|-------|--------|-------------------|
| Total | | | | | | | | | | |

Run Date: 12/23/2020     Page 1 of 2

**Disclaimers**

Quote data provided by Interactive Data Corporation (SM) www.InteractiveData.com. Quotes delayed at least 15 minutes unless otherwise indicated. Interactive Data Corporation and Raymond James shall not be liable for any errors or delays in content.

Market valuations are based on information we believe to be accurate, but accuracy cannot be guaranteed. Estimated Annual Income is an estimate only based on year-to-date information. This schedule is not intended for tax, lending, legal or other non-financial planning purposes and should not be relied upon by third parties.

The Fair Market Value for qualified accounts holding annuities excludes the required minimum distribution basis value.



Roland R. Shaw



In re Westpac Class Action Litigation
Exclusions
c/o Strategic Claims Services
P.O. Box 230
600 N Jackson Street, Ste 205
Media, PA 19063

JAN 06 2021

19063-285485

## Josephine Bravata

| | |
|---|---|
| **From:** | COINT Jonathan |
| **Sent:** | Monday, February 08, 2021 10:33 AM |
| **To:** | Josephine Bravata |
| **Cc:** | |
| **Subject:** | RE: In re Westpac Class Action Litigation—EXCLUSIONS for SOCIETE GENERALE |
| **Attachments:** | Westpac.xlsb |

| | |
|---|---|
| **Flag Status:** | Flagged |

Dear Miss Bravata,

Actually, there is only one client in our data, which is also the only Beneficial Owner, SOCIETE GENERALE.
As you can see in the spreadsheet, all the holdings and transactions are split between Accounts. This structure reflects how our trading desks are organized. Each of them have their own strategy and specific financial product. But in the end, all of this data represents SOCIETE GENERALE's transactions.

Thus, we have modified our data in order to reflect this. You will find attached a new spreadsheet including SOCIETE GENERALE's trades for the relevant period and the relevant cusip. And we have added the market place.

1

Should you need any further details, do not hesitate to let us know.

Kind regards,



**Jonathan Coint**
Business Analyst

MARK/RSR/TDA
Jonathan Coint

http://www.societegenerale.com

**From:** Josephine Bravata <jbravata@strategicclaims.net>
**Sent:** Friday, January 29, 2021 8:12 PM
**To:** COINT Jonathan MarkRsrTda                              ; PAR-Geds-Classactions

2

**Cc:**

**Subject:** RE: In re Westpac Class Action Litigation—EXCLUSIONS for SOCIETE GENERALE

[EMETTEUR EXTERNE] / [EXTERNAL SENDER]
Soyez vigilant avant d'ouvrir les pièces jointes ou de cliquer sur les liens. En cas de doute, signalez le message via le bouton "Message suspect" ou consultez go/secu.
Be cautious before opening attachments or clicking on any links. If in doubt, use "Suspicious email" button or visit go/secu.

We received and reviewed your exclusion request regarding the Westpac Class Action Litigation.

In order to be a valid exclusion request, it must be submitted by Settlement Class Members; therefore, additional documentation is required for us to determine if the accounts are from Settlement Class Members.  Please provide documentation showing that the Westpac Banking Corporation American Depositary Receipts were traded on the New York Stock Exchange ("NYSE") under Cusip Number: 961214301.

**For your request to be honored, we must receive the documentation mentioned above no later than March 8, 2021.**

Regards,

Josephine Bravata
Quality Assurance Manager

Strategic Claims Services
600 N. Jackson Street, Suite 205
Media, PA 19063
Phone: (610) 565-9202 ext. 1002
Fax: (610) 565-7985

*IMPORTANT: The information contained in this message is confidential and is intended only for the named addressee(s). If the reader of this message is not an intended recipient (or the individual responsible for the delivery of this message to an intended recipient), please be advised that any re-use, dissemination, distribution or copying of this message is prohibited. If you have received this message in error, please reply to the sender that you have received the message in error and then delete it.  Thank you.*

**From:** Claims Analyst <info@strategicclaims.net>
**Sent:** Friday, January 29, 2021 9:51 AM
**To:** Josephine Bravata <jbravata@strategicclaims.net>
**Subject:** Fwd: In re Westpac Class Action Litigation—EXCLUSIONS for SOCIETE GENERALE

See below, Westpac exclusion request & attachments --

Thanks,
George

---------- Forwarded message ---------
From: **COINT Jonathan**

Date: Fri, Jan 29, 2021 at 8:13 AM
Subject: In re Westpac Class Action Litigation—EXCLUSIONS for SOCIETE GENERALE
To: info@strategicclaims.net <info@strategicclaims.net>
Cc: PAR-Geds-Classactions


Dear Claims Administrator,


We would like to submit the attached documents to request exclusion from the Settlement Class in "In re Westpac Class Action Litigation, Case No. 3:20-cv-00171-AC" for SOCIETE GENERALE.


Thus, you will find a letter summarizing our request for exclusion, an excel spreadsheet including all our holdings and transactions for the relevant period and the notarized Power of Attorney of Jean Philippe SURDON.


Should you need any further information, do not hesitate to let us know.

5


Best regards,




**Jonathan Coint**
Business Analyst

MARK/RSR/TDA
Jonathan Coint


http://www.societegenerale.com

6

*********************************************************************

This message and any attachments (the "message") are confidential, intended solely for the addressee(s), and may contain legally privileged information.

Any unauthorised use or dissemination is prohibited.

If you are not the intended recipient please notify us immediately by telephoning or e-mailing the sender.

You should not copy this e-mail or use it for any purpose nor disclose its contents to any other person.

E-mails are susceptible to alteration. Neither SOCIETE GENERALE nor any of its subsidiaries or affiliates shall be liable for the message if altered, changed or falsified.

You agree to receive all communications by email or through dedicated websites.

Please visit https://wholesale.banking.societegenerale.com/en/market-reg/ for important information on MiFID, SFTR, IBOR transition and with respect to derivative products.


Ce message et toutes les pieces jointes sont confidentiels et susceptibles de contenir des informations couvertes par le secret professionnel.

Ce message est etabli a l'attention exclusive de ses destinataires. Toute utilisation ou diffusion non autorisee est interdite.

Tout message electronique est susceptible d'alteration.

SOCIETE GENERALE et ses filiales declinent toute responsabilite en cas d'alteration, modification ou falsification de ce message.

Vous acceptez de recevoir nos communications par email ou via des sites web dedies.

Veuillez consulter le site https://wholesale.banking.societegenerale.com/en/market-reg/ pour des informations

7

importantes sur MiFID, SFTR, la transition IBOR et sur les produits derives.
*********************************************************************




--
Claims Administrator
Strategic Claims Services
600 N. Jackson St., Suite 205
Media PA 19063
Phone: 610-565-9202
Fax: 610-565-7985
Toll Free: 1-866-274-4004

*IMPORTANT: The information contained in this message is confidential and is intended only for the named addressee(s). If the reader of this message is not an intended recipient (or the individual responsible for the delivery of this message to an intended recipient), please be advised that any re-use, dissemination, distribution or copying of this message is prohibited. If you have received this message in error, please reply to the sender that you have received the message in error and then delete it.  Thank you.*

8

**********************************************************************

This message and any attachments (the "message") are confidential, intended solely for the addressee(s), and may contain legally privileged information.

Any unauthorised use or dissemination is prohibited.

If you are not the intended recipient please notify us immediately by telephoning or e-mailing the sender.

You should not copy this e-mail or use it for any purpose nor disclose its contents to any other person.

E-mails are susceptible to alteration. Neither SOCIETE GENERALE nor any of its subsidiaries or affiliates shall be liable for the message if altered, changed or falsified.

You agree to receive all communications by email or through dedicated websites.

Please visit https://wholesale.banking.societegenerale.com/en/market-reg/ for important information on MiFID, SFTR, IBOR transition and with respect to derivative products.


Ce message et toutes les pieces jointes sont confidentiels et susceptibles de contenir des informations couvertes par le secret professionnel.

Ce message est etabli a l'attention exclusive de ses destinataires. Toute utilisation ou diffusion non autorisee est interdite.

Tout message electronique est susceptible d'alteration.

SOCIETE GENERALE et ses filiales declinent toute responsabilite en cas d'alteration, modification ou falsification de ce message.

Vous acceptez de recevoir nos communications par email ou via des sites web dedies.

Veuillez consulter le site https://wholesale.banking.societegenerale.com/en/market-reg/ pour des informations importantes sur MiFID, SFTR, la transition IBOR et sur les produits derives.

**********************************************************************

9

| Beneficial Owner Name | Cusip | Transaction Type | Transaction Date | Quantity | Price | Currency | Market Place |
|---|---|---|---|---|---|---|---|
| SOCIETE GENERALE | 961214301 | Beginning Holding | 11/11/2015 | 3566 | | | |
| SOCIETE GENERALE | 961214301 | Buy | 06/27/2018 | 100 | 21.5 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 06/11/2018 | 600 | 21.29 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 06/08/2018 | 266 | 21.12 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 06/07/2018 | 6723 | 21.272887 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 06/07/2018 | 700 | 21.267143 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 06/06/2018 | 100 | 21.21 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 06/06/2018 | 1600 | 21.205 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 06/04/2018 | 100 | 21.36 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 06/04/2018 | 9838 | 21.349951 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 08/03/2017 | 1001 | 25.36 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 06/14/2017 | 600 | 23.665 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 05/22/2017 | 200 | 23.33 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 05/22/2017 | 100 | 23.33 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 05/22/2017 | 2200 | 23.329545 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 04/19/2017 | 100 | 25.56 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 04/19/2017 | 4100 | 25.551951 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 04/13/2017 | 2000 | 26.06 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 04/13/2017 | 200 | 25.99 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 04/13/2017 | 100 | 26.14 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 04/07/2017 | 300 | 25.86 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 04/06/2017 | 2100 | 25.950952 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 03/31/2017 | 100 | 26.74 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 03/21/2017 | 1934 | 26.260776 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 03/21/2017 | 96 | 26.26 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 03/21/2017 | 100 | 26.26 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 03/17/2017 | 200 | 26.595 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 03/17/2017 | 3500 | 26.595143 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 01/09/2017 | 1200 | 24.81 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 12/23/2016 | 435 | 23.36 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 12/23/2016 | 1665 | 23.36 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 12/23/2016 | 2100 | 23.446667 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 11/28/2016 | 400 | 23.4 | USD | NEW-YORK |

| | | | | | | |
|---|---|---|---|---|---|---|
| SOCIETE GENERALE | 961214301 | Buy | 11/28/2016 | 300 | 23.47 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 11/28/2016 | 100 | 23.47 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 11/23/2016 | 400 | 23.38 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 11/22/2016 | 1800 | 23.17 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 11/22/2016 | 1800 | 23.153889 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 11/17/2016 | 1529 | 23.04 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 11/17/2016 | 1129 | 23.022914 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 11/17/2016 | 200 | 23.03 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 11/17/2016 | 200 | 23.05 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 11/16/2016 | 200 | 23.17 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 11/16/2016 | 200 | 23.125 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 11/15/2016 | 1600 | 23.57 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 11/15/2016 | 1400 | 23.265 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 11/15/2016 | 200 | 23.27 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 11/14/2016 | 700 | 23.89 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 11/14/2016 | 100 | 23.9 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 11/14/2016 | 600 | 23.878333 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 11/11/2016 | 2000 | 23.97 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 11/11/2016 | 200 | 23.91 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 11/11/2016 | 1800 | 23.911667 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 11/10/2016 | 2119 | 23.66 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 11/10/2016 | 1819 | 23.722067 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 11/10/2016 | 300 | 23.736667 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 11/04/2016 | 100 | 22.68 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 11/03/2016 | 700 | 22.88 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 11/02/2016 | 700 | 22.98 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 10/28/2016 | 100 | 22.97 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 10/28/2016 | 100 | 22.94 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 10/26/2016 | 1300 | 23.36 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 10/26/2016 | 100 | 23.37 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 10/26/2016 | 200 | 23.34 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 10/26/2016 | 1000 | 23.35 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 10/25/2016 | 700 | 23.56 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 10/25/2016 | 100 | 23.5 USD | NEW-YORK |

| | | | | | |
|---|---|---|---|---|---|
| SOCIETE GENERALE | 961214301 Buy | 10/25/2016 | 100 | 23.58 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 Buy | 10/25/2016 | 500 | 23.564 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 Buy | 10/24/2016 | 95 | 23.32 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 Buy | 10/24/2016 | 95 | 23.28 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 Buy | 10/14/2016 | 700 | 22.98 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 Buy | 10/13/2016 | 4900 | 22.99 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 Buy | 10/13/2016 | 500 | 22.814 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 Buy | 10/13/2016 | 4400 | 22.818409 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 Buy | 10/07/2016 | 673 | 23.24 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 Buy | 10/07/2016 | 373 | 23.080938 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 Buy | 10/07/2016 | 300 | 23.173333 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 Buy | 10/05/2016 | 1100 | 23.13 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 Buy | 10/05/2016 | 300 | 23.13 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 Buy | 09/06/2016 | 8759 | 22.68 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 Buy | 08/31/2016 | 8 | 22.11 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 Buy | 08/31/2016 | 7492 | 22.11 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 Buy | 08/09/2016 | 1292 | 23.8 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 Buy | 08/09/2016 | 8 | 23.8 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 Buy | 08/08/2016 | 1292 | 23.25 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 Buy | 08/08/2016 | 8 | 23.25 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 Buy | 08/05/2016 | 1300 | 23.25 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 Buy | 08/04/2016 | 64 | 23.08 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 Buy | 08/01/2016 | 2200 | 23.29 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 Buy | 07/21/2016 | 100 | 22.79 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 Buy | 07/18/2016 | 2800 | 22.91 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 Buy | 07/15/2016 | 400 | 22.81 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 Buy | 07/14/2016 | 5300 | 22.77 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 Buy | 07/13/2016 | 1000 | 22.53 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 Buy | 06/28/2016 | 5400 | 21.38 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 Buy | 06/22/2016 | 700 | 22.18 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 Buy | 06/22/2016 | 100 | 22.3 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 Buy | 06/22/2016 | 800 | 22.28875 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 Buy | 06/21/2016 | 4400 | 22.12 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 Buy | 06/21/2016 | 100 | 22.21 USD | NEW-YORK |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SOCIETE GENERALE | 961214301 | Buy | 06/21/2016 | 4300 | 22.177442 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 06/20/2016 | 300 | 21.89 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 06/17/2016 | 707 | 21.24 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 06/16/2016 | 2700 | 21.1 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 06/16/2016 | 1004 | 21.064024 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 06/16/2016 | 100 | 21.01 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 06/15/2016 | 1103 | 21.24 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 06/15/2016 | 1000 | 21.34 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 06/14/2016 | 4 | 21.51 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 06/08/2016 | 2336 | 22.85 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 06/08/2016 | 2236 | 22.851628 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 06/08/2016 | 100 | 22.84 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 06/06/2016 | 2200 | 22.44 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 06/06/2016 | 2200 | 22.33 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 06/03/2016 | 1300 | 22 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 06/02/2016 | 2300 | 21.83 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 06/02/2016 | 1200 | 21.799158 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 06/02/2016 | 1100 | 21.799991 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 06/01/2016 | 600 | 22.07 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 06/01/2016 | 600 | 21.86 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 05/25/2016 | 510 | 21.99 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 05/25/2016 | 500 | 22.01 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 05/25/2016 | 100 | 22.01 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 05/23/2016 | 900 | 21.55 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 05/19/2016 | 300 | 21.81 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 05/19/2016 | 500 | 21.72 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 05/18/2016 | 8300 | 21.73 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 05/16/2016 | 1300 | 21.99 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 05/13/2016 | 13800 | 21.55 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 05/13/2016 | 1100 | 21.741818 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 05/13/2016 | 2000 | 21.758 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 05/13/2016 | 13900 | 21.746043 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 05/11/2016 | 700 | 22.2 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 05/11/2016 | 200 | 22.44 | USD | NEW-YORK |

| | | | | | |
|---|---|---|---|---|---|
| SOCIETE GENERALE | 961214301 | Buy | 05/11/2016 | 500 | 22.416 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 05/10/2016 | 2614 | 22.41 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 05/06/2016 | 100 | 22.62 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 05/05/2016 | 100 | 22.73 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 05/03/2016 | 1500 | 22.5 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 05/03/2016 | 1400 | 22.806429 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 05/03/2016 | 100 | 22.81 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 05/02/2016 | 2700 | 22.91 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 04/27/2016 | 700 | 23.72 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 04/25/2016 | 1885 | 24.1 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 04/25/2016 | 1685 | 24.186617 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 04/25/2016 | 200 | 24.19 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 04/22/2016 | 100 | 24.26 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 04/19/2016 | 600 | 24.04 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 04/18/2016 | 5000 | 23.85 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 04/14/2016 | 4100 | 23.66 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 04/14/2016 | 100 | 23.71 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 04/14/2016 | 4000 | 23.7045 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 04/13/2016 | 4410 | 23.22 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 04/07/2016 | 400 | 21.53 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 04/07/2016 | 3300 | 21.657879 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 04/05/2016 | 2200 | 22.02 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 04/01/2016 | 1400 | 22.54 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 03/28/2016 | 400 | 23.49 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 03/22/2016 | 28 | 24.66 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 03/21/2016 | 474 | 24.79 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 03/16/2016 | 2600 | 24.84 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 03/15/2016 | 1500 | 24.12 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 03/14/2016 | 200 | 24.6375 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 03/14/2016 | 1300 | 24.657692 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 03/11/2016 | 1398 | 25.04 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 03/11/2016 | 1398 | 25.025007 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 03/09/2016 | 6840 | 24.36 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 03/09/2016 | 200 | 24.365 USD | NEW-YORK |

| | | | | | | |
|---|---|---|---|---|---|---|
| SOCIETE GENERALE | 961214301 | Buy | 03/09/2016 | 6640 | 24.380873 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 03/08/2016 | 800 | 23.58 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 03/08/2016 | 800 | 23.59 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 03/07/2016 | 300 | 24.12 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 02/24/2016 | 2700 | 20.7 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 02/24/2016 | 3000 | 20.316 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 02/23/2016 | 2100 | 21.19 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 02/22/2016 | 2630 | 21.84 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 02/10/2016 | 900 | 20.26 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 02/10/2016 | 900 | 20.32 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 02/09/2016 | 500 | 20.25 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 02/09/2016 | 500 | 20.18 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 02/08/2016 | 1200 | 21.13 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 02/08/2016 | 1900 | 21.101053 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 02/08/2016 | 500 | 21.16 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 02/05/2016 | 1800 | 21.25 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 02/05/2016 | 1800 | 21.445556 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 02/04/2016 | 500 | 21.88 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 02/03/2016 | 700 | 21.31 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 02/02/2016 | 2140 | 21.08 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 02/02/2016 | 2140 | 21.041215 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 02/01/2016 | 2100 | 21.97 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 02/01/2016 | 2900 | 21.642069 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 01/29/2016 | 1673 | 21.95 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 01/29/2016 | 200 | 21.82 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 01/29/2016 | 1909 | 21.849523 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 01/28/2016 | 1000 | 21.51 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 01/27/2016 | 100 | 21.22 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 01/27/2016 | 200 | 21.51 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 01/26/2016 | 900 | 21.6 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 01/25/2016 | 2200 | 21.14 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 01/22/2016 | 3164 | 21.3 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 01/22/2016 | 3164 | 21.263793 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 01/21/2016 | 2704 | 21.02 USD | NEW-YORK |

| Company | Security | Type | Date | Quantity | Price | | Location |
|---|---|---|---|---|---|---|---|
| SOCIETE GENERALE | 961214301 | Buy | 01/20/2016 | 5800 | 20.8 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 01/20/2016 | 6200 | 20.525484 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 01/19/2016 | 2900 | 21.33 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 01/14/2016 | 1500 | 21.99 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 01/14/2016 | 11100 | 21.868559 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 01/06/2016 | 1600 | 22.6 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 12/21/2015 | 1000 | 23.16 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 12/21/2015 | 1000 | 23.19 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 12/15/2015 | 53 | 22.3 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 12/10/2015 | 85 | 22.85 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 12/10/2015 | 185 | 22.83 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 12/09/2015 | 400 | 23 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 12/08/2015 | 600 | 23.06 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 12/03/2015 | 122 | 23.73 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 12/01/2015 | 300 | 23.89 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 11/30/2015 | 2092 | 23.29 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 11/30/2015 | 8 | 23.29 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 11/25/2015 | 900 | 22.94 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 11/25/2015 | 900 | 22.91 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 11/24/2015 | 1600 | 23.1 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 11/23/2015 | 1600 | 23.08 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 11/20/2015 | 1600 | 23.08 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 11/20/2015 | 1600 | 23.04 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 11/19/2015 | 200 | 22.72 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 11/18/2015 | 500 | 22.2 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 11/17/2015 | 800 | 21.89 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 11/17/2015 | 800 | 21.99 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 11/16/2015 | 2000 | 21.939 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 11/16/2015 | 100 | 21.94 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 11/12/2015 | 100 | 21.68 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Buy | 11/11/2015 | 200 | 22.09 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Internal | 11/18/2019 | 36 | 18.0072 | USD | |
| SOCIETE GENERALE | 961214301 | Internal | 11/14/2019 | 58 | 18.0317 | USD | |
| SOCIETE GENERALE | 961214301 | Internal | 11/11/2019 | 35 | 19.039 | USD | |

| | | | Date | Quantity | Price |
|---|---|---|---|---|---|
| SOCIETE GENERALE | 961214301 | Internal | 11/08/2019 | 24 | 18.8785 USD |
| SOCIETE GENERALE | 961214301 | Internal | 11/06/2019 | 846 | 18.733 USD |
| SOCIETE GENERALE | 961214301 | Internal | 11/06/2019 | 24 | 18.733 USD |
| SOCIETE GENERALE | 961214301 | Internal | 11/04/2019 | 151 | 19.2274 USD |
| SOCIETE GENERALE | 961214301 | Internal | 10/29/2019 | 32 | 19.6987 USD |
| SOCIETE GENERALE | 961214301 | Internal | 10/28/2019 | 39 | 19.8422 USD |
| SOCIETE GENERALE | 961214301 | Internal | 10/24/2019 | 416 | 19.7199 USD |
| SOCIETE GENERALE | 961214301 | Internal | 10/17/2019 | 423 | 19.8486 USD |
| SOCIETE GENERALE | 961214301 | Internal | 10/07/2019 | 251 | 19.2603 USD |
| SOCIETE GENERALE | 961214301 | Internal | 09/26/2019 | 423 | 20.2152 USD |
| SOCIETE GENERALE | 961214301 | Internal | 04/02/2019 | 976 | 18.5915 USD |
| SOCIETE GENERALE | 961214301 | Internal | 06/07/2018 | 9123 | 21.1012 USD |
| SOCIETE GENERALE | 961214301 | Internal | 06/04/2018 | 12550 | 21.2809 USD |
| SOCIETE GENERALE | 961214301 | Internal | 08/29/2017 | 5409 | 24.7454 USD |
| SOCIETE GENERALE | 961214301 | Internal | 04/07/2017 | 4030 | 25.6937 USD |
| SOCIETE GENERALE | 961214301 | Internal | 03/17/2017 | 4261 | 26.6874 USD |
| SOCIETE GENERALE | 961214301 | Internal | 01/05/2017 | 5 | 24.15407158 USD |
| SOCIETE GENERALE | 961214301 | Internal | 01/05/2017 | 1 | 24.15407158 USD |
| SOCIETE GENERALE | 961214301 | Internal | 01/03/2017 | 14 | 23.7899 USD |
| SOCIETE GENERALE | 961214301 | Internal | 11/22/2016 | 5829 | 23.0264 USD |
| SOCIETE GENERALE | 961214301 | Internal | 11/11/2016 | 5514 | 24.1 USD |
| SOCIETE GENERALE | 961214301 | Internal | 11/10/2016 | 15 | 23.5621 USD |
| SOCIETE GENERALE | 961214301 | Internal | 10/13/2016 | 4473 | 22.9931 USD |
| SOCIETE GENERALE | 961214301 | Internal | 10/06/2016 | 4 | 23.0554 USD |
| SOCIETE GENERALE | 961214301 | Internal | 09/06/2016 | 8759 | 22.7148 USD |
| SOCIETE GENERALE | 961214301 | Internal | 08/31/2016 | 8864 | 22.1451 USD |
| SOCIETE GENERALE | 961214301 | Internal | 08/01/2016 | 5500 | 23.4276 USD |
| SOCIETE GENERALE | 961214301 | Internal | 07/14/2016 | 6600 | 22.7449 USD |
| SOCIETE GENERALE | 961214301 | Internal | 07/11/2016 | 300 | 21.988827 USD |
| SOCIETE GENERALE | 961214301 | Internal | 07/07/2016 | 2104 | 21.212 USD |
| SOCIETE GENERALE | 961214301 | Internal | 06/28/2016 | 10050 | 21.0763 USD |
| SOCIETE GENERALE | 961214301 | Internal | 06/20/2016 | 4814 | 21.9655 USD |
| SOCIETE GENERALE | 961214301 | Internal | 06/10/2016 | 6136 | 22.0836 USD |
| SOCIETE GENERALE | 961214301 | Internal | 06/07/2016 | 4 | 22.7391 USD |

| Company | Account | Date | Quantity | Price |
|---|---|---|---|---|
| SOCIETE GENERALE | 961214301 Internal | 05/26/2016 | 10010 | 22.2092 USD |
| SOCIETE GENERALE | 961214301 Internal | 05/16/2016 | 6659 | 21.9007 USD |
| SOCIETE GENERALE | 961214301 Internal | 03/14/2016 | 8835 | 24.6896 USD |
| SOCIETE GENERALE | 961214301 Internal | 11/18/2019 | -36 | 18.0072 USD |
| SOCIETE GENERALE | 961214301 Internal | 11/14/2019 | -58 | 18.0317 USD |
| SOCIETE GENERALE | 961214301 Internal | 11/11/2019 | -35 | 19.039 USD |
| SOCIETE GENERALE | 961214301 Internal | 11/08/2019 | -24 | 18.8785 USD |
| SOCIETE GENERALE | 961214301 Internal | 11/06/2019 | -846 | 18.733 USD |
| SOCIETE GENERALE | 961214301 Internal | 11/06/2019 | -24 | 18.733 USD |
| SOCIETE GENERALE | 961214301 Internal | 11/04/2019 | -151 | 19.2274 USD |
| SOCIETE GENERALE | 961214301 Internal | 10/29/2019 | -32 | 19.6987 USD |
| SOCIETE GENERALE | 961214301 Internal | 10/28/2019 | -39 | 19.8422 USD |
| SOCIETE GENERALE | 961214301 Internal | 10/24/2019 | -416 | 19.7199 USD |
| SOCIETE GENERALE | 961214301 Internal | 10/17/2019 | -423 | 19.8486 USD |
| SOCIETE GENERALE | 961214301 Internal | 10/07/2019 | -251 | 19.2603 USD |
| SOCIETE GENERALE | 961214301 Internal | 09/26/2019 | -423 | 20.2152 USD |
| SOCIETE GENERALE | 961214301 Internal | 04/02/2019 | -976 | 18.5915 USD |
| SOCIETE GENERALE | 961214301 Internal | 06/07/2018 | -9123 | 21.1012 USD |
| SOCIETE GENERALE | 961214301 Internal | 06/04/2018 | -12550 | 21.2809 USD |
| SOCIETE GENERALE | 961214301 Internal | 08/29/2017 | -5409 | 24.7454 USD |
| SOCIETE GENERALE | 961214301 Internal | 04/07/2017 | -4030 | 25.6937 USD |
| SOCIETE GENERALE | 961214301 Internal | 03/17/2017 | -4261 | 26.6874 USD |
| SOCIETE GENERALE | 961214301 Internal | 01/05/2017 | -5 | 24.15407158 USD |
| SOCIETE GENERALE | 961214301 Internal | 01/05/2017 | -1 | 24.15407158 USD |
| SOCIETE GENERALE | 961214301 Internal | 01/03/2017 | -14 | 23.7899 USD |
| SOCIETE GENERALE | 961214301 Internal | 11/22/2016 | -5829 | 23.0264 USD |
| SOCIETE GENERALE | 961214301 Internal | 11/11/2016 | -5514 | 24.1 USD |
| SOCIETE GENERALE | 961214301 Internal | 11/10/2016 | -15 | 23.5621 USD |
| SOCIETE GENERALE | 961214301 Internal | 10/13/2016 | -4473 | 22.9931 USD |
| SOCIETE GENERALE | 961214301 Internal | 10/06/2016 | -4 | 23.0554 USD |
| SOCIETE GENERALE | 961214301 Internal | 09/06/2016 | -8759 | 22.7148 USD |
| SOCIETE GENERALE | 961214301 Internal | 08/31/2016 | -8864 | 22.1451 USD |
| SOCIETE GENERALE | 961214301 Internal | 08/01/2016 | -5500 | 23.4276 USD |
| SOCIETE GENERALE | 961214301 Internal | 07/14/2016 | -6600 | 22.7449 USD |

| | | | | | | |
|---|---|---|---|---|---|---|
| SOCIETE GENERALE | 961214301 | Internal | 07/11/2016 | -300 | 21.988827 USD | |
| SOCIETE GENERALE | 961214301 | Internal | 07/07/2016 | -2104 | 21.212 USD | |
| SOCIETE GENERALE | 961214301 | Internal | 06/28/2016 | -10050 | 21.0763 USD | |
| SOCIETE GENERALE | 961214301 | Internal | 06/20/2016 | -4814 | 21.9655 USD | |
| SOCIETE GENERALE | 961214301 | Internal | 06/10/2016 | -6136 | 22.0836 USD | |
| SOCIETE GENERALE | 961214301 | Internal | 06/07/2016 | -4 | 22.7391 USD | |
| SOCIETE GENERALE | 961214301 | Internal | 05/26/2016 | -10010 | 22.2092 USD | |
| SOCIETE GENERALE | 961214301 | Internal | 05/16/2016 | -6659 | 21.9007 USD | |
| SOCIETE GENERALE | 961214301 | Internal | 03/14/2016 | -8835 | 24.6896 USD | |
| SOCIETE GENERALE | 961214301 | Sell | 11/05/2019 | -846 | 18.62 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 10/15/2019 | -423 | 19.67 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 09/24/2019 | -423 | 20.32 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 06/01/2018 | -19641 | 21.194452 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 06/01/2018 | -400 | 21.1975 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 06/01/2018 | -47 | 21.25 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 09/06/2017 | -100 | 24.72 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 08/31/2017 | -1400 | 24.93 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 08/31/2017 | -900 | 24.883333 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 08/29/2017 | -200 | 24.93 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 08/29/2017 | -1800 | 24.93 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 08/11/2017 | -3500 | 25.069 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 08/09/2017 | -1700 | 25.28 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 08/09/2017 | -200 | 25.28 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 08/08/2017 | -1010 | 25.407723 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 06/02/2017 | -1400 | 22.652143 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 05/12/2017 | -1200 | 24.026667 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 05/08/2017 | -1900 | 25.128684 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 05/08/2017 | -200 | 25.12 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 04/11/2017 | -2900 | 25.933793 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 04/05/2017 | -200 | 26.36 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 04/05/2017 | -400 | 26.37 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 03/16/2017 | -339 | 26.35 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 01/09/2017 | -1200 | 24.81 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 01/09/2017 | -1200 | 24.833333 USD | NEW-YORK |

| SOCIETE GENERALE | 961214301 | Sell | 12/23/2016 | -1665 | 23.36 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 12/23/2016 | -435 | 23.36 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 11/28/2016 | -400 | 23.4 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 11/23/2016 | -400 | 23.38 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 11/23/2016 | -400 | 23.34 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 11/22/2016 | -1800 | 23.17 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 11/17/2016 | -1529 | 23.04 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 11/16/2016 | -200 | 23.17 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 11/15/2016 | -1600 | 23.57 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 11/14/2016 | -700 | 23.89 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 11/11/2016 | -2000 | 23.97 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 11/10/2016 | -2119 | 23.66 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 11/04/2016 | -100 | 22.68 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 11/04/2016 | -100 | 22.77 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 11/03/2016 | -700 | 22.88 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 11/02/2016 | -700 | 22.98 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 10/28/2016 | -100 | 22.97 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 10/26/2016 | -1300 | 23.36 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 10/25/2016 | -700 | 23.56 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 10/24/2016 | -95 | 23.32 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 10/14/2016 | -700 | 22.98 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 10/14/2016 | -600 | 23.025 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 10/14/2016 | -100 | 22.98 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 10/13/2016 | -4900 | 22.99 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 10/07/2016 | -673 | 23.24 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 10/05/2016 | -1100 | 23.13 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 10/05/2016 | -500 | 23.04 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 10/05/2016 | -200 | 23.13 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 10/05/2016 | -600 | 23.04 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 10/05/2016 | -100 | 23.13 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 09/06/2016 | -8759 | 22.68 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 09/06/2016 | -7900 | 22.587882 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 09/06/2016 | -859 | 22.583015 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 08/31/2016 | -8 | 22.11 | USD | NEW-YORK |

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| SOCIETE GENERALE | 961214301 | Sell | 08/31/2016 | -7492 | 22.11 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 08/31/2016 | -2600 | 22.023462 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 08/31/2016 | -4900 | 22.032041 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 08/09/2016 | -8 | 23.8 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 08/09/2016 | -1292 | 23.8 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 08/08/2016 | -1292 | 23.25 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 08/08/2016 | -8 | 23.25 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 08/05/2016 | -1300 | 23.25 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 08/05/2016 | -1300 | 23.142308 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 08/04/2016 | -64 | 23.08 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 08/04/2016 | -64 | 23.05 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 08/01/2016 | -2200 | 23.29 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 08/01/2016 | -2100 | 23.300952 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 08/01/2016 | -100 | 23.28 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 07/21/2016 | -100 | 22.79 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 07/21/2016 | -100 | 22.871 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 07/18/2016 | -2800 | 22.91 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 07/18/2016 | -2800 | 22.920177 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 07/15/2016 | -400 | 22.81 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 07/15/2016 | -400 | 22.835 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 07/14/2016 | -5300 | 22.77 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 07/14/2016 | -1700 | 22.813529 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 07/14/2016 | -3600 | 22.801111 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 07/13/2016 | -1000 | 22.53 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 07/13/2016 | -1000 | 22.528 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 06/28/2016 | -5400 | 21.38 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 06/27/2016 | -5400 | 20.427593 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 06/22/2016 | -700 | 22.18 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 06/22/2016 | -100 | 22.24 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 06/22/2016 | -100 | 22.24 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 06/21/2016 | -4400 | 22.12 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 06/20/2016 | -300 | 21.89 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 06/20/2016 | -300 | 22.06 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 06/17/2016 | -707 | 21.24 | USD | NEW-YORK |

| | | | | | | |
|---|---|---|---|---|---|---|
| SOCIETE GENERALE | 961214301 | Sell | 06/17/2016 | -707 | 21.29826 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 06/16/2016 | -2700 | 21.1 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 06/16/2016 | -400 | 21.08 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 06/16/2016 | -100 | 21.11 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 06/16/2016 | -2404 | 21.082974 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 06/16/2016 | -100 | 21.07 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 06/16/2016 | -800 | 21.0925 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 06/15/2016 | -1103 | 21.24 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 06/15/2016 | -2103 | 21.259063 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 06/14/2016 | -4 | 21.51 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 06/14/2016 | -4 | 21.34 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 06/08/2016 | -2336 | 22.85 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 06/06/2016 | -2200 | 22.44 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 06/03/2016 | -1300 | 22 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 06/03/2016 | -1300 | 21.904615 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 06/02/2016 | -2300 | 21.83 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 06/01/2016 | -600 | 22.07 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 05/25/2016 | -510 | 21.99 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 05/25/2016 | -100 | 22 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 05/25/2016 | -810 | 21.989753 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 05/25/2016 | -200 | 22.01 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 05/23/2016 | -900 | 21.55 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 05/23/2016 | -800 | 21.5225 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 05/23/2016 | -100 | 21.56 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 05/19/2016 | -300 | 21.81 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 05/19/2016 | -100 | 21.82 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 05/19/2016 | -200 | 21.82 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 05/19/2016 | -500 | 21.82 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 05/18/2016 | -8300 | 21.73 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 05/18/2016 | -600 | 21.835 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 05/18/2016 | -7700 | 21.773117 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 05/16/2016 | -1300 | 21.99 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 05/16/2016 | -1000 | 21.98 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 05/16/2016 | -300 | 21.95 USD | NEW-YORK |

| Counterparty | Security | Side | Date | Quantity | Price | | Location |
|---|---|---|---|---|---|---|---|
| SOCIETE GENERALE | 961214301 | Sell | 05/13/2016 | -13800 | 21.55 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 05/13/2016 | -300 | 21.59 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 05/13/2016 | -2900 | 21.575862 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 05/11/2016 | -700 | 22.2 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 05/10/2016 | -2614 | 22.41 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 05/10/2016 | -2614 | 22.401201 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 05/06/2016 | -100 | 22.62 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 05/03/2016 | -1500 | 22.5 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 05/02/2016 | -2700 | 22.91 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 05/02/2016 | -100 | 22.79 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 05/02/2016 | -2600 | 22.843462 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 04/27/2016 | -700 | 23.72 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 04/27/2016 | -700 | 23.6 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 04/25/2016 | -1885 | 24.1 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 04/22/2016 | -100 | 24.26 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 04/22/2016 | -100 | 24.23 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 04/19/2016 | -600 | 24.04 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 04/19/2016 | -600 | 24.03 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 04/18/2016 | -5000 | 23.85 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 04/18/2016 | -2100 | 23.832381 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 04/18/2016 | -2900 | 23.843103 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 04/14/2016 | -4100 | 23.66 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 04/13/2016 | -4410 | 23.22 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 04/13/2016 | -4310 | 23.123109 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 04/13/2016 | -100 | 23.08 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 04/07/2016 | -400 | 21.53 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 04/05/2016 | -2200 | 22.01 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 03/22/2016 | -28 | 24.66 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 03/22/2016 | -28 | 24.65 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 03/21/2016 | -474 | 24.79 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 03/18/2016 | -474 | 24.93 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 03/16/2016 | -2600 | 24.84 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 03/16/2016 | -2500 | 24.8194 | USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 03/16/2016 | -100 | 24.83 | USD | NEW-YORK |

| | | | | | | |
|---|---|---|---|---|---|---|
| SOCIETE GENERALE | 961214301 | Sell | 03/15/2016 | -1500 | 24.12 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 03/11/2016 | -1398 | 25.04 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 03/09/2016 | -6840 | 24.36 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 03/08/2016 | -800 | 23.58 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 03/07/2016 | -300 | 24.12 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 03/07/2016 | -300 | 24.016667 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 03/02/2016 | -500 | 22.392 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 03/02/2016 | -1610 | 22.407329 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 02/24/2016 | -2700 | 20.7 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 02/24/2016 | -300 | 20.67 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 02/23/2016 | -2100 | 21.19 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 02/23/2016 | -300 | 21.353333 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 02/23/2016 | -1800 | 21.265556 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 02/22/2016 | -2630 | 21.84 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 02/22/2016 | -2030 | 21.782365 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 02/22/2016 | -600 | 21.783333 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 02/19/2016 | -100 | 21.19 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 02/19/2016 | -500 | 21.178 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 02/10/2016 | -900 | 20.26 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 02/09/2016 | -500 | 20.25 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 02/08/2016 | -1200 | 21.13 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 02/08/2016 | -700 | 20.995 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 02/08/2016 | -500 | 21.009 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 02/05/2016 | -1800 | 21.25 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 02/04/2016 | -500 | 21.88 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 02/04/2016 | -500 | 21.92 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 02/03/2016 | -700 | 21.31 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 02/03/2016 | -400 | 21.07 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 02/03/2016 | -300 | 21.056667 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 02/02/2016 | -2140 | 21.08 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 02/01/2016 | -2100 | 21.97 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 02/01/2016 | -800 | 21.7875 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 01/29/2016 | -1673 | 21.95 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 01/29/2016 | -3482 | 21.906008 USD | NEW-YORK |

| | | | | | |
|---|---|---|---|---|---|
| SOCIETE GENERALE | 961214301 Sell | 01/29/2016 | -300 | 21.9 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 Sell | 01/28/2016 | -1000 | 21.51 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 Sell | 01/28/2016 | -1000 | 21.52 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 Sell | 01/27/2016 | -100 | 21.22 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 Sell | 01/27/2016 | -200 | 21.15 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 Sell | 01/27/2016 | -100 | 21.15 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 Sell | 01/26/2016 | -900 | 21.6 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 Sell | 01/26/2016 | -500 | 21.552 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 Sell | 01/26/2016 | -400 | 21.525 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 Sell | 01/25/2016 | -2200 | 21.14 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 Sell | 01/25/2016 | -1300 | 21.373846 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 Sell | 01/25/2016 | -900 | 21.337778 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 Sell | 01/22/2016 | -3164 | 21.3 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 Sell | 01/21/2016 | -2704 | 21.02 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 Sell | 01/21/2016 | -2104 | 21.04375 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 Sell | 01/21/2016 | -600 | 21.14 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 Sell | 01/20/2016 | -5800 | 20.8 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 Sell | 01/20/2016 | -200 | 20.8 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 Sell | 01/20/2016 | -200 | 20.91 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 Sell | 01/19/2016 | -2900 | 21.33 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 Sell | 01/19/2016 | -700 | 21.372857 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 Sell | 01/19/2016 | -1600 | 21.35375 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 Sell | 01/15/2016 | -600 | 20.82 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 Sell | 01/14/2016 | -1500 | 21.99 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 Sell | 01/14/2016 | -4900 | 21.944694 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 Sell | 01/14/2016 | -1100 | 22.049091 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 Sell | 01/14/2016 | -400 | 22.04 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 Sell | 01/14/2016 | -6200 | 21.944032 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 Sell | 01/06/2016 | -1600 | 22.6 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 Sell | 01/06/2016 | -1500 | 22.778667 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 Sell | 01/06/2016 | -100 | 22.77 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 Sell | 12/21/2015 | -1000 | 23.16 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 Sell | 12/15/2015 | -53 | 22.3 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 Sell | 12/15/2015 | -53 | 22.29 USD | NEW-YORK |

| | | | | | | |
|---|---|---|---|---|---|---|
| SOCIETE GENERALE | 961214301 | Sell | 12/10/2015 | -85 | 22.85 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 12/10/2015 | -100 | 22.85 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 12/09/2015 | -400 | 23 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 12/09/2015 | -300 | 22.973333 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 12/09/2015 | -100 | 22.97 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 12/08/2015 | -600 | 23.06 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 12/08/2015 | -600 | 23 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 12/03/2015 | -122 | 23.73 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 12/03/2015 | -122 | 23.68541 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 12/01/2015 | -300 | 23.89 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 12/01/2015 | -300 | 23.84 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 11/27/2015 | -1500 | 22.98 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 11/25/2015 | -900 | 22.94 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 11/24/2015 | -1600 | 23.1 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 11/23/2015 | -1600 | 23.08 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 11/20/2015 | -1600 | 23.08 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 11/19/2015 | -200 | 22.72 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 11/19/2015 | -200 | 22.71 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 11/18/2015 | -500 | 22.2 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 11/18/2015 | -500 | 22.08 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 11/17/2015 | -800 | 21.89 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 11/12/2015 | -100 | 21.68 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 11/12/2015 | -100 | 21.76 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 11/11/2015 | -200 | 22.09 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | Sell | 11/11/2015 | -200 | 22.105 USD | NEW-YORK |
| SOCIETE GENERALE | 961214301 | End Holding | 11/19/2019 | -1706 | | |