# EXHIBIT 4

## UNITED STATES DISTRICT COURT
### DISTRICT OF OREGON

| | |
|---|---|
| JOHN BYRNE, Individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>    v.<br><br>WESTPAC BANKING CORPORATION, BRIAN CHARLES HARTZER, and PETER FRANCIS KING,<br><br>    Defendants. | Case No: 3:20-cv-00171-AC |

## DECLARATION OF EDWARD J. DAVIES

DECLARATION OF EDWARD DAVIES

Pursuant to 28 U.S.C. 1746, Edward Davies declares:

I am above the age of 18 and fully competent to make this declaration. If called as a witness, I would testify as follows:

1. I hereby submit this Declaration of Edward Davies in support of: (1) the proposed Settlement of this Action; (2) my application for reimbursement of time spent directly related to my representation of the Class; and (3) Lead Counsel's request for attorneys' fees and reimbursement of expenses.

2. I live in Centennial, Colorado.

3. I am the Lead Plaintiff in the above-captioned action and a proposed class representative.

4. After consultation with counsel, I approved the Settlement of this case for $3,100,000. Having considered the strengths and weaknesses of the case in light of the risks and expense of continued litigation I have concluded that the Settlement, on behalf of me and the Settlement Class is adequate, fair and reasonable.

5. As the Lead Plaintiff and proposed class representative for settlement purposes, I participated in the litigation, keeping abreast of developments in this case and news concerning Westpac Banking Corporation. To satisfy my obligation as a representative to the Settlement Class, I engaged in the following:

   a. Reading and discussing with my counsel the Initial Class Action Complaint;

   b. Providing counsel with information concerning my transactions in Westpac Securities;

   c. Reviewing and discussing with my counsel the lead plaintiff motion on my behalf;

   d. Reviewing news articles concerning Westpac;

   e. Discussing with my counsel settlement negotiations and approving, in principle, the proposed settlement; and

   f. Reviewing the settlement documents

6. I estimate that I spent about 35 hours on these tasks.

7. I seek an award to compensate me for the reasonable costs and expenses that I incurred for

1

DECLARATION OF EDWARD DAVIES

the time I spent on this litigation.

8.  I understand Lead Counsel will seek an award of attorneys' fees in the amount of up to on-third of the Settlement Amount.  I support Lead Counsel's request for attorneys' fees.

9.  I also support Lead Counsel's request for reimbursement of out-of-pocket litigation expenses.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on February 26, 2021    _____

Edward Davies

2

DECLARATION OF EDWARD DAVIES