**UNITED STATES DISTRICT COURT
DISTRICT OF OREGON**

JOHN BYRNE, Individually and on
behalf of all others similarly situated,

Plaintiff,

v.

WESTPAC BANKING CORPORATION,
BRIAN CHARLES HARTZER, and PETER
FRANCIS KING,

Defendants.

**Case No: 3:20-cv-00171-AC**

**NOTICE OF PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES,
REIMBURSEMENT EXPENSES, AND AWARD TO LEAD PLAINTIFF**

Pursuant to the Court's Amended Order Preliminarily Approving Class Action Settlement

("Preliminary Approval Order") (Dkt. No. 31), on April 20, 2021 at 9:30 a.m., or as soon thereafter

as counsel may be heard, before the Honorable John Acosta at United States District Court for the

District of Oregon, Courtroom 1127 of the Mark O. Hatfield United States Courthouse, 1000 S.W.

Third Avenue, Portland, Oregon 97204, Lead Plaintiff Edward Davies and Named Plaintiff John

Byrne (collectively, "Plaintiffs"), on behalf of themselves and all members of the proposed

Settlement Class, will move this Court for an Order awarding: (i) attorneys' fees; (ii)

reimbursement of out-of-pocket litigation expenses; and (iii) payment to Lead Plaintiff for his time

and efforts overseeing the litigation.

Plaintiffs are contemporaneously filing herewith a memorandum of points and authorities

and accompanying Declaration of Sara Fuks in Support of Plaintiffs' Motions for: (1) Final

Approval of Proposed Class Action Settlement and Plan of Allocation; and (2) Award of

- 1 -

Attorneys' Fees, Reimbursement Expenses, and Award to Lead Plaintiff ("Fuks Declaration") and

the exhibits attached thereto, incorporated herein by reference, in support of this motion.

Plaintiffs will submit a Proposed order on April 13, when Plaintiffs' reply papers are to be

filed.

Dated: March 16, 2021                         Respectfully submitted,

**THE ROSEN LAW FIRM, P.A.**

By: */s/ Sara Fuks*
Laurence M. Rosen, Esq. (LR 5733)
Sara Fuks (SF 6034) (*pro hac vice*)
275 Madison Ave., 40th Floor
New York, NY 10016
Tel: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: sfuks@rosenlegal.com

*Lead Counsel for Plaintiffs*

**RANSOM, GILBERTSON, MARTIN & RATLIFF, LLP**
Jeffrey S. Ratliff
8401 NE Halsey Street Suite 208
Portland, OR 97220
T: 503-226-3664

*Liaison Counsel for Plaintiffs*

NOTICE OF LEAD PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT EXPENSES, AND AWARD TO LEAD PLAINTIFF

NOTICE OF LEAD PLAINTIFFS' MOTION FOR AWARD OF ATTORNEYS' FEES, REIMBURSEMENT EXPENSES, AND AWARD TO LEAD PLAINTIFF