# EXHIBIT 3

RANSOM, GILBERTSON, MARTIN &
RATLIFF, LLP
Jeffrey S. Ratliff
8401 NE Halsey Street, Suite 208
Portland, OR 97220
T: 503-226-3664

## UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| JOHN BYRNE, Individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>WESTPAC BANKING CORPORATION, BRIAN CHARLES HARTZER, and PETER FRANCIS KING,<br><br>Defendants. | **Case No: 3:20-cv-00171-AC** |

## DECLARATION OF JEFFREY RATLIFF CONCERNING ATTORNEYS' FEES AND EXPENSES

I, Jeffrey Ratliff, hereby declare as follows:

1.      I am a partner at the law firm of Ransom, Gilbertson, Martin & Ratliff, LLP ("RGMR"), Liaison Counsel for Lead Plaintiff Edward Davies and named plaintiff John Byrne ("Plaintiffs") and the proposed Settlement Class. I am admitted to practice law in the State of Oregon and before this Court. I have personal knowledge of the matters testified to herein.

2.      A copy of RGMR's resume is annexed hereto as Exhibit A.

3.      RGMR has been involved in this Action since it was filed in this Court on January 30, 2020, and continuing throughout all other aspects of this Action.

1 - DECLARATION OF JEFFREY RATLIFF CONCERNING ATTORNEYS' FEES AND EXPENSES

4.    RGMR rendered the following legal services in connection with the prosecution of this Action: (a) advising Lead Counsel, The Rosen Law Firm, P.A., on Oregon federal practice and procedure; (b) researching, reviewing, and filing documents in this Court, (c) monitoring court electronic communications and filings, (d) and communicating with defense counsel.

5.    The chart below is a summary of time expended by the attorneys and professional staff of RGMR on this Action, and the lodestar calculation based on the applicable billing rate. The chart was prepared from daily time records regularly prepared and maintained by my firm. Time spent in preparing this Declaration in support of my application for fees and reimbursement of expenses and any other time related to billing or periodic time reporting has not been included in this chart.

| Professional Position | Years in Practice | Hourly Rate | Hours Worked | Lodestar |
|---|---|---|---|---|
| Jeffrey S. Ratliff (Partner) | 32 | $450.00 | 9.1 | $4,095.00 |
| Kevin Ramsey (Legal Assistant) | 22 | $150.00 | 9.5 | $1,425.00 |

6.    From January 2020 through March 16, 2021, my firm performed a total of 18.6 professional work hours in the prosecution of this Action.  The total lodestar amount for my firm is $5,520.00.

7.    RGMR expended a total of $1,000.00 in un-reimbursed expenses in connection with the prosecution of this Action broken down as follows:

/////

/////

/////

/////

## LIST OF UNREIMBURSED EXPENSES

| Category | Amount |
|---|---|
| Filing Fees | $400.00 |
| Pro Hac Vice Fees | $600.00 |
| **TOTAL EXPENSES** | $1,000.00 |

8.    The expenses set forth above are reflected in counsel's books and records. These books and records are prepared from expense vouchers, check records, and financial statements prepared in the normal course of business for my firm and are an accurate record of the expenses incurred in the prosecution of this Action.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on March 5, 2021 at Portland, Oregon.

Respectfully submitted,

**RANSOM, GILBERTSON, MARTIN & RATLIFF, LLP**
By:
Jeffrey S. Ratliff OSB No.: 893422
8401 NE Halsey Street Suite 208
Portland, OR 97220
T: 503-226-3664

*Liaison Counsel for Plaintiff and Class*

3 - DECLARATION OF JEFFREY RATLIFF CONCERNING ATTORNEYS' FEES AND EXPENSES



# RANSOM, GILBERTSON, MARTIN & RATLIFF, LLP

| 8401 NE Halsey Street | 17 SW Frazer |
|---|---|
| Suite 208 | Suite 381 |
| Portland, OR 97220 | Pendleton, OR 97801 |

Ransom, Gilbertson, Martin & Ratliff, LLP has been representing the legal interests of Oregonians for over 50 years in state and federal court.

- **Michael Gilbertson**

    **Education:**

    **B.A. Political Science – 1985**
    University of Central Florida
    Orlando, Florida

    **Juris Doctor – 1989 (Cum Laude)**
    Northwestern School of Law of Lewis & Clark College
    Portland, Oregon

1

*Ex A-1*

**Legal Experience:**

1989-1990 – Staff Attorney: U.S. District Court Judge James M. Burns
1991-1995 – Associate Attorney: Law Offices of Hollis Ransom
1995-Present – Partner Attorney: Ransom, Gilbertson, Martin & Ratliff, L.L.P

- **Adian Martin**

  **Education:**

  **B.A. Philosophy and History – 1990**
  **M.A. Education – 1993**
  University of South Florida
  Tampa, Florida

  **Juris Doctor – 1997**
  Northwestern School of Law of Lewis and Clark College
  Portland, Oregon

  **Legal Experience:**

  1997-2000 – Associate Attorney: Ransom, Gilbertson, Martin & Ratliff L.L.P
  2000-Present – Partner Attorney: Ransom, Gilbertson, Martin & Ratliff L.L.P

- **Jeffrey Ratliff**

  **Education:**

  **B.A. Economics – 1985**
  Emory University
  Atlanta, Georgia

  **Juris Doctor – 1989**
  Northwestern School of Law of Lewis and Clark College
  Portland, Oregon

  **Legal Experience:**

  1989-2002 – Deputy District Attorney: Multnomah County, Oregon
  2002-2004 – Special Assistant United State Attorney: District of Oregon
  2004-Present – Partner Attorney: Ransom, Gilbertson, Martin & Ratliff L.L.P

2

Ex A-2