**UNITED STATES DISTRICT COURT**
**DISTRICT OF OREGON**

| | |
|---|---|
| JOHN BYRNE, Individually and on behalf of all others similarly situated,<br>        Plaintiff,<br><br>        v.<br><br>WESTPAC BANKING CORPORATION, BRIAN CHARLES HARTZER, and PETER FRANCIS KING,<br>        Defendants. | **Case No: 3:20-cv-00171-AC** |

**SUPPLEMENTAL DECLARATION OF JOSEPHINE BRAVATA**
**CONCERNING: (A) MAILING OF THE POSTCARD NOTICE;**
**(B) REPORT ON REQUESTS FOR EXCLUSION AND OBJECTIONS AND (C)**
**ESTIMATE OF RECOGNIZED LOSSES**

I, Josephine Bravata, declare as follows:

1.      I am the Quality Assurance Manager of Strategic Claims Services ("SCS"), a nationally recognized class action administration firm.[1]  I have over nineteen years of experience specializing in the administration of class action cases.  SCS was established in April 1999 and has administered over four hundred and twenty-five (425) class action settlements since its inception.  Pursuant to the Court's Amended Order Preliminarily Approving Settlement and Providing for Notice, dated November 5, 2020 (the "Preliminary Approval Order"), SCS was retained and approved as Claims Administrator in connection with the Settlement of the above-captioned action.  I submit this Supplemental Declaration in order to provide the Court and the Parties updated information regarding the mailing of the Postcard notice to potential Settlement Class Members, as well as updates concerning other aspects of the Settlement administration process. I have personal knowledge of the facts set forth herein, and if called on to do so, I could and would testify competently thereto.

---

[1] All capitalized terms used herein that are not otherwise defined have the meanings ascribed to them in the Stipulation and Agreement of Settlement dated October 6, 2020 (the "Stipulation").

**UPDATE ON MAILING OF POSTCARD NOTICE**

2.      As noted in the Declaration of Josephine Bravata Concerning: (A) Mailing of the Postcard Notice; (B) Publication of the Summary Notice; and (C) Report on Requests for Exclusion and Objections, dated March 16, 2021 (the "Bravata Declaration"), SCS mailed or emailed 1,308 letters to the Nominee Account Holders and Institutional Groups contained on SCS's master mailing list.  SCS then mailed 84,341 Postcard Notices to potential Settlement Class Members or nominees.  Additionally, as noted in the Bravata Declaration, the Summary Notice was emailed to 8,331 clients of one of the nominees, and a direct link from the webpage for the Notice and Claim Form was sent by email from one of the nominees to 25,607 of their clients.  In total 118,279 potential Settlement Class Members were notified either by Postcard Notice or email of Summary Notice/link of Notice and Claim Form.  Since the Bravata Declaration was filed, no additional Postcard Notices were mailed or Summary Notices/link of Notice and Claim Forms emailed due to responses from Nominee Account Holders and Institutional Groups.

**UPDATE ON WEBSITE**

3.      The Bravata Declaration also noted that on October 29, 2020, SCS established the dedicated webpage, www.strategicclaims.net/westpac/, which is accessible 24 hours a day, 7 days a week. SCS continues to maintain the webpage.  The website contains a current status; case deadlines; an online claim filing link; and important documents such as the Notice and Claim Form, Postcard Notice, Preliminary Approval Order, and Stipulation.

**UPDATE ON TOLL-FREE PHONE LINE**

4.      The Bravata Declaration noted that SCS maintains a toll-free telephone number (1-866-274-4004), which was set forth in the Postcard Notice, Notice, Claim Form, and

2

Summary Notice.  This toll-free helpline was made available for this case on October 29, 2020 for Settlement Class Members to call and obtain information about the Settlement and/or request a Notice and Claim Form.  SCS continues to promptly respond to each telephone inquiry and address Class Member inquiries.

<u>**UPDATE ON REPORT ON EXCLUSIONS AND OBJECTIONS**</u>

5.    The Postcard Notice, Notice, Summary Notice, and the Settlement Webpage all informed potential Settlement Class Members that written requests for exclusion are to be mailed or otherwise be delivered to *In re Westpac Class Action Litigation*-EXCLUSIONS, c/o Strategic Claims Services, P.O. Box 230, 600 N. Jackson St., Suite 205, Media, PA 19063, such that they were received no later than March 8, 2021.  SCS has been monitoring all mail delivered for this case.  As of the date of this Declaration, SCS has received one valid exclusion request and 8 exclusion requests from Settlement Class Members who are not eligible to receive any recovery pursuant to the Settlement.  Exhibit E attached to the Bravata Declaration contains copies of the exclusion request.

6.    Although Settlement Class Members who wish to object to the Settlement, the proposed Plan of Allocation, or Lead Counsel's motion for an award of attorneys' fees and reimbursement of Litigation Expenses, were to file objections with the Court and serve the papers on counsel on or before March 30, 2021. SCS has checked its mail as well and, as of the date of this Declaration, has received no objections.

<u>**CLAIM FORM FILING STATUS AND ESTIMATE OF RECOGNIZED LOSSES**</u>

7.    Settlement Class Members were advised to file a Claim Form with adequate supporting documentation, postmarked or submitted online no later than January 18, 2021, to be

eligible for a payment from the Settlement proceeds. To date, SCS has received 32,248 claim forms. SCS is currently reviewing all the claim submitted.

8.      Of the 32,248 claim forms SCS has received 9,330 claims are valid, 216 are deficient due to insufficient proof (lack of full documentation concerning purchases and sales of Westpac ADS) and 22,702 will be rejected because they have no recognized losses or because the shares associated with those claims are not Westpac ADS. The 9,330 valid claims represent 8,539,995 Westpac ADS with total Recognized Losses of $6,619,147. The 216 deficient claims represent 291,536 Westpac ADS with total Recognized Losses of $164,910. Assuming that the 216 deficient claims are cured the total dollar value of all of the claims (valid claims + deficient claims) is $6,784,057. The chart below contains a summary of the type of claims, number of claims and dollar value of claims. These numbers do not include any adjustments as a result of SCS's quality assurance process, which includes the results of the cure/rejection process.

| Type of Claims | # of Claims | $ Value of Claims | # of ADS |
|---|---|---|---|
| Valid | 9,330 | $6,619,147 | 8,539,995 |
| Deficient w/limited proof | 216 | $164,910 | 291,536 |
| Rejected (no losses/gains) | 22,702 | n/a | n/a |
| Total | 32,248 | $6,784,057 | 8,831,531 |

I declare under penalty of perjury that the foregoing is true and correct.

Signed this 13th day of April 2021, in Media, Pennsylvania.

*Josephine B ravata*

Josephine Bravata