# UNITED STATES DISTRICT COURT
## DISTRICT OF OREGON

| | |
|---|---|
| JOHN BYRNE, Individually and on behalf of all others similarly situated,<br><br>  Plaintiff,<br><br>  v.<br><br>WESTPAC BANKING CORPORATION, BRIAN CHARLES HARTZER, and PETER FRANCIS KING,<br><br>  Defendants. | Case No: 3:20-cv-00171-AC |

## NOTICE OF PLAINTIFFS' MOTION FOR DISTRIBUTION OF CLASS ACTION SETTLEMENT FUNDS

PLEASE TAKE NOTICE that, pursuant to ¶31 of the parties' Stipulation and Agreement of Settlement filed with this Court on October 12, 2020 (Dkt. No. 29), Class Representatives Edward Davies and John Byrne on behalf of themselves and the Settlement Class, will and hereby do move this Court, before the Honorable John Acosta at United States District Court for the District of Oregon, Courtroom 1127 of the Mark O. Hatfield United States Courthouse, 1000 S.W. Third Avenue, Portland, Oregon 97204 for an order authorizing the distribution of class action settlement funds.

The grounds in support of this Motion are set forth fully in the accompanying (i) Memorandum of Law in Support of Plaintiffs' Motion for Distribution of Class Action Settlement Funds and (ii) Declaration of Josephine Bravata Concerning the Results of the Claims Administration Process.

A proposed Order Granting Motion for Distribution of Class Action Settlement Funds, which grants the requested relief, is also submitted herewith.

Dated: December 1, 2021

Respectfully submitted,

*/s/ Sara Fuks*
**THE ROSEN LAW FIRM, P.A.**
Laurence M. Rosen
Sara Fuks
275 Madison Avenue, 40th Floor
New York, New York 10016
Telephone: (212) 686-1060
Fax: (212) 202-3827
Email: lrosen@rosenlegal.com
Email: sfuks@rosenlegal.com

*Class Counsel for Class Representatives and the Class*

**RANSOM, GILBERTSON, MARTIN & RATLIFF, LLP**
Jeffrey S. Ratliff
5441 S. Macadam Avenue Suite 301
Portland, OR 97239
T: 503-226-3664

*Liaison Counsel for Class Representatives and the Class*

1